IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-52861 |
| | ) | |
| JOSE VILLAVICENCIO, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE HOFFMAN |

## NOTICE OF APPEARANCE OF COUNSEL – LBR 2090-1

Now comes Verna R. Coward, individually and as the Administrator of the Estate of Frederick Noel Coward, Jr., by and through counsel, and notifies this Honorable Court and the Clerk of Courts that all future notices and correspondence regarding the above captioned matter should be sent to the undersigned on behalf of Verna R. Coward.

The undersigned is admitted to the Ohio Supreme Court, United States District Court for the Northern District of Ohio and the Third and Sixth Circuit Courts of Appeals. The basis for the undersigned's representation is his long-standing relationship with the Movant in bankruptcy matters.

Respectfully submitted,

*/s/    Brian Green*
_____
BRIAN GREEN (#0062931)
bgreen@shaperolaw.com
SHAPERO & GREEN LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Beachwood, Ohio  44122
P: (216) 831-5100

CERTIFICATE OF SERVICE

       A true and accurate copy of the foregoing was served via the Court's electronic mail system this 3rd day of May, 2019 upon the following:

**Asst US Trustee (Col)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

**Myron N Terlecky**
575 S Third Street
Columbus, OH 43215
mnt@columbuslawyer.net

**Matthew J Thompson**
Nobile & Thompson Co., L.P.A.
4876 Cemetery Road
Hilliard, OH 43026
lahennessy@ntlegal.com

                                                               */s/     Brian Green*
                                                               _____
                                                                BRIAN GREEN (0063921)
                                                               SHAPERO & GREEN LLC

P:\Brian\Coward\Bankruptcy\Notice.Appearance