JG
18-01475
05/08/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| In re: | ) | **Case No 19-52861** |
| | ) | |
| **Jose Villavicencio** | ) | **Chapter 7** |
| | ) | |
| Debtor(s). | ) | **Judge John E. Hoffman, Jr.** |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

Please take notice that Sandhu Law Group, LLC, hereby enters its appearance as attorney for TLOA Acquisitions, LLC -Series 2 in the above proceeding and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115

Please take further notice that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules  and also includes, without limitations, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer  and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, or otherwise.

Respectfully submitted,

/s/ Austin B. Barnes, III
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Austin B. Barnes III (0052130)
Brian S. Gozelanczyk (0090858)
Sandhu Law Group, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115
216-373-1001
216-373-1002
abarnes@sandhu-law.com
*Attorney for TLOA Acquisitions, LLC -Series 2*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 9th day of May, 2019, a true and correct copy of the foregoing Notice of Appearance and Request for Service filed by TLOA Acquisitions, LLC -Series 2 was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Matthew J. Thompson
lahennessy@ntlegal.com
***Attorney for Debtor***

Myron N. Terlecky
mnt@columbuslawyer.net
***Trustee***

***US Trustee***

and by regular U.S. mail, postage prepaid, to:

Jose Villavicencio
P. O. Box 32185
Columbus, OH 43232

/s/ Austin B. Barnes, III
David T. Brady (0073127)
Suzanne M. Godenswager (0086422)
Austin B. Barnes III (0052130)
Brian S. Gozelanczyk (0090858)