IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JOSE R. VILLAVICENCIO ) | | Case No. 19-52861 |
| ) | | |
| Debtor. ) | | Judge Hoffman |
| ) | | |

## NOTICE OF APPEARANCE

The United States Trustee hereby gives notice of his appearance in this above-captioned matter. Please forward all pleadings, motions, notices, correspondence, ECF filings, and e-mails to the United States Trustee, as follows:

        Pamela Arndt
        Attorney for the United States Trustee
        170 North High Street, Suite 200
        Columbus, OH  43215
        Telephone:  (614) 469-7411 ext. 228
        Facsimile:  (614) 469-7448
        E-mail:  Pamela.D.Arndt@usdoj.gov

Dated:  May 10, 2019        Daniel M. McDermott
        United States Trustee
        Region 9

        By:    */s/ Pamela Arndt*
        Pamela Arndt  (0068230)
        Attorney for the United States Trustee
        170 North High Street, Suite 200
        Columbus, OH 43215
        Telephone:  (614) 469-7411 ext. 228
        Facsimile:  (614) 469-7448
        E-mail:  Pamela.D.Arndt@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on or about May 10, 2019, a copy of the foregoing NOTICE OF APPEARANCE was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) on the following by ordinary U.S. Mail addressed to:

Jose R. Villavicencio
P.O. Box 32185
Columbus, OH 43232

Matthew J. Thompson
Nobile & Thompson Co., L.P.A.
4876 Cemetery Road
Hilliard, OH 43026

                By:  /s/ *Pamela Arndt*
                Pamela Arndt