**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 18, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| JOSE R. VILLAVICENCIO, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE FOR APPOINTMENT OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE (DOC. 16)

This matter came before the Court upon the *Application of Chapter 7 Trustee for Appointment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, as Attorneys for the Chapter 7 Trustee* (the "Application"), filed on June 17, 2019 (Doc. 16). The Application was served upon the Debtor, counsel for the Debtor, the Office of the United States Trustee, and those parties requesting notice. Pursuant to the General Orders of this Court, no 21-day notice was required to be filed with the Application.

Based upon the matters contained in the Application and the affidavit in support thereof, the Court finds that it would be in the best interests of the bankruptcy estate and its creditors that the Trustee be authorized to employ the firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, as counsel to represent the Trustee, generally, in all matters pertaining to the administration of this estate.

It is therefore ORDERED and DECREED, that the Trustee be, and he hereby is, authorized to employ the firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, as counsel for the Trustee, to represent the Trustee, generally, in the administration of this estate, and to perform such services as the Trustee may require from time to time.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Attorneys to Chapter 7 Trustee

Copies to: Default List