IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

VERNA R. COWARD,                         )        CASE NO. 13 CV 09914
                                         )
            Plaintiff,                   )        JUDGE KAREN HELD PHIPPS
                                         )
      -vs-                               )
                                         )
JOSE VILLAVICENCIO, M.D., *et al.*,      )
                                         )
            Defendants.                  )

## EMERGENCY ORDER APPOINTING RECEIVER AS PROPERTY MANAGER

This matter is before the Court upon the Emergency Motion of Plaintiff and the Receiver,

Zachary B. Burkons of Rent Due LLC to appoint the Receiver to manage any and all real properties

of any of the Defendants, and South German Village LLC, JRV Sepira LLC, Argous LLC (the

"Properties"), and to act with the authority with respect the Properties, including but, not limited

to the management and collection of rents. Any and all third-parties are required to cooperate with

the Receiver in performing his duties and are prohibited from in any manner interfering with the

Receiver in performing his duties.

The Court is of the opinion that it is in the best interests of the creditors that the Receiver

be appointed to oversee the Properties as the Properties are not being managed by a company or

individual licensed by the State of Ohio to manage the Properties (based on the testimony of Jose

Villaviciencio). Accordingly, it is hereby ordered, adjudged, and decreed as follows:

1.      The Receiver shall take immediate control, management, operation and charge

        of the Properties subject to further Order of this Court.

2.      Under the jurisdiction of this Court, the Receiver shall have the authority to

        operate and manage the Properties, to collect all profits, rents and revenues



generated there from to pay all necessary expensed relating to said management.

3.    The Receiver shall keep a true and accurate account of any and all receipts and disbursements which the Receiver shall receive or make as Receiver in the course of the operation of the Properties.

4.    Except as directed by the Receiver, all third-parties are hereby prohibited from taking any documents and/or property relating to the Properties or interfering in any way with the acts of the Receiver.  No parties other than the Receiver or his agents are permitted to accept payment of rent for any of the Properties.  In the event any rents are collected, they will be remitted to the Receiver forthwith.

5.    The terms of this Order shall continue in full force and effect unless and until further Order of this Court.

6.    Any parties interfering with the Receiver in performing his duties shall be subject to contempt citations by this Court.

7.    This Order is in addition to all prior Orders of this Court with respect to the Receiver's duties and authority.

8.    This Order is an interim Order subject to a full evidentiary hearing scheduled for May 1, 2019 at 1:30 p.m., Courtroom 7D, unless further extended by agreement of the parties or by the Court.

**IT IS SO ORDERED.**

_____
**JUDGE KAREN HELD PHELPS**

P:\Brian\Coward\Order.Receiver.Manager

Franklin County Court of Common Pleas

**Date:** 04-25-2019

**Case Title:** VERNA R COWARD -VS- JOSE VILLAVICENCIO MD ET AL

**Case Number:** 13CV009914

**Type:** ORDER

It Is So Ordered.

/s/ Judge Karen Held Phipps