**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 23, 2019**

_____
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                    :
                                          :    Case No. 19-52861
Jose R. Villavicencio                     :
                                          :    Chapter 7
                                          :
                                          :
                                          :    Judge Hoffman

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (DOC #20)

This matter came before the Court upon Matthew J. Thompson and Nobile & Thompson Co., L.P.A.'s Motion to Withdraw as Counsel filed on June 27, 2019 (ECF Doc. #20).

The Court finds that all parties in interest have been served with this motion and that no objections to the Motion have been filed.

Wherefore, the Court hereby orders that the Motion is sustained and that Matthew J. Thompson and the law firm of Nobile & Thompson Co., L.P.A. are hereby removed as counsel on the above captioned matter.

IT IS SO ORDERED.

Copies to: Default List

###