**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 24, 2019**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 2:19-bk-52861 |
| | ) | |
| JOSE R. VILLAVICENCIO, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE JOHN E. HOFFMAN JR. |

ORDER GRANTING MOTION OF
VERNA R. COWARD AND VERNA R. COWARD ADMINISTRATOR
OF THE ESTATE OF FREDERICK N. COWARD, JR.
FOR RELIEF FROM STAY (DOC.19)

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Verna R. Coward and Verna R. Coward Administrator Of The Estate Of Frederick N. Coward, Jr, on June 19, 2019. (*Docket 19*). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, the U.S. Trustee, and all other necessary parties were served with the Motion, and the Notice as required by LBR 9013-1(a). Movant seeks relief from the automatic stay of 11 U.S.C. 362 to permit Zachary Burkons of Rent Due LLC (the "Receiver") as receiver over the Debtor and his assets appointed by the Franklin County,

Ohio Common Pleas Court (the "Common Pleas Court") to manage and sell certain properties under the supervision of the Common Pleas Court. No party filed a response or otherwise appeared in opposition to the Motion. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns as follows; Movant is granted relief from stay to pursue relief with the Common Pleas Court with respect to the properties that are under the supervision of the Receiver. In the event the Common Pleas Court authorizes the Receiver to sell any of the properties under its jurisdiction, the net proceeds are to be deposited with the Chapter 7 Trustee until further order of this Court. Nothing in this Order shall bar the Chapter 7 Trustee from seeking authorization to sell property of the estate pursuant to 11 U.S.C. 363 or seeking any other relief as to any asset of the Debtor.

**IT IS SO ORDERED.**


SUBMITTED BY:


/s/ *Brian Green*_____
BRIAN GREEN (0063921)
bgreen@shaperolaw.com
SHAPERO & GREEN LLC
25101 Chagrin Blvd. #220
Beachwood, Ohio 44122
P: (216) 831-5100
F: (216) 831-9467
*Attorney for Movant*

3

Copies to:  Default List

# # #