UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| JOSE R. VILLAVICENCIO, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

## OBJECTION OF CHAPTER 7 TRUSTEE TO
## DEBTOR'S CLAIM OF EXEMPTIONS

Now comes Myron N. Terlecky, the Chapter 7 Trustee herein (the "Trustee"), by and through the undersigned counsel, and, pursuant to Rule 4003(b) of the Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4003-1, hereby objects to exemptions claimed by the above-named Debtors, as follows:

1. Asset:  Madison Trust (JRV SEPIRA LLC)

   Exemption Amounts: $240,000.00

   Exemption: O.R.C. §2329.66(A)(10)(b)

**Factual Background**

1.      Jose R. Villavicencio (the "Debtor"), filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on May 1, 2019 (the "Petition Date"). Myron N. Terlecky is the duly appointed Chapter 7 Trustee (the "Trustee") herein.

2.      The first date set for the Meeting of Creditors in this case held pursuant to 11 U.S.C. 341 (the "Meeting of Creditors") was June 10, 2019.  The Meeting of Creditors was adjourned to July 15, 2019.  Accordingly, this Objection is timely filed.

1

3.        The Meeting of Creditors was adjourned for the Debtor to provide certain additional documents to the Trustee. The Debtor provided some, but not all, of the requested documentation until the end of July.

4.        On Schedule B, line 21.2, of the Schedules of Assets and Liabilities filed with the Petition (See, Doc. 1), the Debtor lists a retirement account with Madison Trust (JRV SEPIRA LLC) (the "IRA") in the amount of $240,000.00.

5.        On Schedule C, the Debtor claimed an exemption in the IRA in the amount of $240,000.00 pursuant to O.R.C. §2329.66(A)(10)(b).

6.        The Trustee has requested account statements, the account agreement and the Operating Agreement of JRV SEPIRA LLC but has not received documentation that will permit the Trustee and this Court to determine whether the exemption has been properly claimed. Attached as Exhibit A is a Certificate from the Office of the Ohio Secretary of State that shows JRV SEPIRA LLC (the "LLC") is a limited liability company registered to do business in Ohio. The Agent of the LLC was changed to a different individual located at the business address used by the Debtor in his real estate management business (See, Exhibit B).

**<u>Legal Argument</u>**

7.        The public policy aims supporting exemptions include "(1) providing the debtor with that property which is necessary for their survival; (2) enabling the debtor to rehabilitate themselves; and (3) protecting the debtor's family from the adverse effects of impoverishment." *In re Williams,* 345 B.R. 853, 855 (Bankr. N.D. Ohio 2006) (citing *In re Bunnell,* 322 B.R. 331, 333 (Bankr. N.D. Ohio 2005)).

8.        When statutory language is plain, "the sole function of the courts—at least where the disposition required by the text is not absurd —is to enforce it according to its terms." *Hartford*

*Underwriters Ins. Co. v. Union Planters Bank, N.A.,* 530 U.S. 1, 6 (2000) (citing *United States v.*

*Ron Pair Enterprises, Inc.*, 489 U.S. 235, 241 (1989)).

9.    In the present case, the Debtor has claimed an exemption in the IRA pursuant to

O.R.C. §2329.66(A)(10)(b), which provides an exemption for pension or retirement accounts.  It

is unclear if the alleged IRA is a retirement account or simply a limited liability company.  The

claimed exemption may not be applicable to the alleged IRA.

Based upon the foregoing, it is respectfully requested that this Court enter an Order (1)

disallowing the exemption in the Madison Trust JRV SEPIRA LLC claimed pursuant to O.R.C.

§2329.66(A)(10)(b), and (2) granting such other and further relief as is appropriate.

Respectfully submitted,


  /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile  (614) 228-6369
Email: mnt@columbuslawyer.net
          jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee

## <u>NOTICE OF OBJECTION OF CHAPTER 7 TRUSTEE TO DEBTOR'S CLAIM OF EXEMPTIONS AND CERTIFICATE OF SERVICE</u>

The Chapter 7 Trustee has filed papers with the court objecting to the Debtor's claim of exemptions.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Objection, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Objection,** you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| | |
|---|---|
| United States Trustee | Myron N. Terlecky, Esq. |
| 170 North High Street, Suite 200 | Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA |
| Columbus, Ohio 43215 | 575 South Third Street |
| | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Objection and may enter an order granting that relief without further notice or hearing.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing OBJECTION OF CHAPTER 7 TRUSTEE TO DEBTOR'S CLAIM OF EXEMPTIONS was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email address registered with the Court and (ii) by **ordinary U.S. Mail** on August 12,  2019 addressed to:

Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH  43215

Jose R. Villavicencio
P O Box 32185
Columbus, OH  43232

4

Also Served At:

Jose R. Villavicencio
3339 Daglow Rd.
Columbus, OH  43232

  /s/ Myron N. Terlecky
Myron N. Terlecky

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 01/31/2017 | 201702601616 | DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG (LCP) | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

BROAD FINANCIAL
21 ROBERT PITT DRIVE
MONSEY, NY 10952

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

**3984050**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**JRV SEPIRA LLC**

and, that said business records show the filing and recording of:

Document(s)                                    Document No(s):

**DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**          **201702601616**
Effective Date:  01/26/2017



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 31st day of January, A.D. 2017.

*Jon Husted*

**Ohio Secretary of State**

---

**EXHIBIT**

A



Form 533A Prescribed by:
**Ohio Secretary of State**
JON HUSTED
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
*www.OhioSecretaryofState.gov*
*Busserv@OhioSecretaryofState.gov*

Date Electronically Filed: 1/26/2017

# Articles of Organization for a Domestic
# Limited Liability Company
### Filing Fee: $99

**CHECK ONLY ONE (1) BOX**

| (1) ☒ Articles of Organization for Domestic<br>For-Profit Limited Liability Company<br>**(115-LCA)** | (2) ☐2 Articles of Organization for Domestic<br>Nonprofit Limited Liability Company<br>**(115-LCA)** |
| --- | --- |

Name of Limited Liability Company **JRV SEPIRA LLC**

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd., "or "ltd"

Effective Date **1/26/2017**
**(Optional)**     mm/dd/yyyy

(The legal existence of the limited liability company begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing)

This limited liability company shall exist for
**(Optional)**

Period of Existence

Purpose
**(Optional)**

**\*\*Note for Nonprofit LLCs**
The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit limited liability company secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided.

Form 533A                              Page 1 of 3                              Last Revised: 8/12/2015

# ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member(s), manager(s) or representative(s) of

| JRV SEPIRA LLC |
|---|

Name of Limited Liability Company

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is

| JOSE R. VILLAVICENCIO |
|---|

Name of Agent

| 3339 DAGLOW RD |
|---|

Mailing Address

| COLUMBUS | OH | 43232 |
|---|---|---|

City · State · ZIP Code

# ACCEPTANCE OF APPOINTMENT

The undersigned, **JOSE R. VILLAVICENCIO** named herein as the statutory agent

for **JRV SEPIRA LLC**

Statutory Agent Name

Name of Limited Liability Company

hereby acknowledges and accepts the appointment of agent for said limited liability company

Statutory Agent Signature **JOSE R. VILLAVICENCIO**

Individual Agent's Signature / Signature on Behalf of Business Serving as Agent

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she
has the requisite authority to execute this document.

**Required**
Articles and original
appointment of agent must
be signed by a member,
manager or other
representative.

If authorized representative
is an individual, then they
must sign in the "signature"
box and print their name
in the "Print Name" box.

If authorized representative
is a business entity, not an
individual, then please print
the business name in the
"signature" box, an
authorized representative
of the business entity
must sign in the "By" box
and print their name in the
"Print Name" box.

RAVEN ANTHONY, ORGANIZER
Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

 

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 12/03/2018 | 201833700016 | SUBSEQUENT AGENT APPOINTMENT (LSA) | 25.00 | | | | 0 |

## Receipt

This is not a bill. Please do not remit payment.

JOSE VILLAVICENCIO
P.O. BOX 32185
COLUMBUS, OH, 43232

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
#### 3984050

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**JRV SEPIRA LLC**

and, that said business records show the filing and recording of:

Document(s)                                              Document No(s):
**SUBSEQUENT AGENT APPOINTMENT**                          201833700016
                    **Effective Date:  12/03/2018**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 3rd day of December, A.D. 2018.

*Jon Husted*

**Ohio Secretary of State**

EXHIBIT
B

Form 521 Prescribed by:



# JON HUSTED
## Ohio Secretary of State

Date Electronically Filed: 12/3/2018

Toll Free: (877) SOS-FILE (877-767-3453) | Central Ohio: (614) 466-3910
*www.OhioSecretaryofState.gov* | *busserv@OhioSecretaryofState.gov*
File online or for more information: *www.OHBusinessCentral.com*

For screen readers, follow instructions located at this path.

## Statutory Agent Update
### Filing Fee: $25
### Form Must Be Typed

**(CHECK ONLY ONE(1) BOX)**

| (1) Subsequent Appointment of Agent | (2) Change of Address of an Agent | (3) Resignation of Agent |
|---|---|---|
| ☐ Corp (165-AGS) | ☐ Corp (145-AGA) | ☐ Corp (155-AGR) |
| ☐ LP (165-AGS) | ☐ LP (145-AGA) | ☐ LP (155-AGR) |
| ☉ LLC (171-LSA) | ☐ LLC (144-LAD) | ☐ LLC (153-LAG) |
| ☐ Business Trust (171-LSA) | ☐ Business Trust (144-LAD) | ☐ Partnership (153-LAG) |
| ☐ Real Estate Investment Trust (171-LSA) | ☐ Real Estate Investment Trust (144-LAD) | ☐ Business Trust (153-LAG) |
| | | ☐ Real Estate Investment Trust (153-LAG) |

Name of Entity  JRV SEPIRA LLC

Charter, License or Registration No. 3984050

Name of Current Agent  BRANDON AZBELL

**Complete the information in this section if box (1) is checked**

Name and Address of New Agent

ANDREW THOMAS
Name of Agent

1931 PARSONS AVE
Mailing Address

COLUMBUS
City

OH
State

43207
ZIP Code

| Complete the information in this section if box (1) is checked and business is an Ohio entity |
|---|

<u>ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT</u>

The Undersigned,     ANDREW THOMAS , named herein as the
Name of Agent

statutory agent for     JRV SEPIRA LLC , hereby acknowledges
Name of Business Entity

and accepts the appointment of statutory agent for said entity.

Signature:   ANDREWS THOMAS

Individual Agent's Signature/Signature on behalf of Business Serving as Agent

| Complete the information in this section if box (2) is checked |
|---|

New Address of Agent

Mailing Address

City     State     ZIP Code

| Complete the information in this section if box (3) is checked |
|---|

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

Mailing Address

City     State     Zip Code

Form 521     Page 2 of 3     Last Revised: 10/01/2017

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

JOSE VILLAVICENCIO
Signature

By (if applicable)

Print Name

JOSE VILLAVICENCIO
Signature

JOSE VILLAVICENCIO
By (if applicable)

Print Name