**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 9, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| JOSE R. VILLAVICENCIO, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF TIME FOR FILING AN OBJECTION TO DISCHARGE (DOC. 31)

This matter is before the Court on the Chapter 7 Trustee's Motion for Extension of Time for Filing an Objection to Discharge, filed on August 8, 2019 (Doc. 31). The Motion seeks authorization to extend the time for filing an objection to discharge through and including December 31, 2019. This Motion was served upon the Debtor, Debtor's Counsel, and the U. S. Trustee and no objection to the Motion was filed.

2

Based upon the foregoing, it is ORDERED and DECREED that the Motion of Chapter 7 Trustee for Extension of Time for Filing an Objection to Discharge be, and it hereby is, granted and the time for filing an objection to discharge is extended through and including December 31, 2019.

IT IS SO ORDERED.

SUBMITTED BY:


 /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH  43215
Telephone  (614) 228-6345
Facsimile  (614) 228-6369
Email: mnt@columbuslawyer.net
Chapter 7 Trustee

Copies to:   Default List