**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 9, 2019**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOSE R. VILLAVICENCIO | ) | Case No. 19-52861 |
| | ) | |
| Debtor. | ) | Judge Hoffman |
| | ) | |

**STIPULATION AND AGREED ORDER RE-SCHEDULING
FED. R. BANKR. P. 2004 EXAMINATION OF
DEBTOR JOSE R. VILLAVICENCIO (Docket No. 28)**

This matter came on for consideration upon agreement of the Parties, who hereby enter into the following Stipulations:

1. Jose R. Villavicencio ("Debtor") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on May 1, 2019 (Docket No. 1).

2. The United States Trustee filed a Motion for Order Directing Debtor to Appear for FED.R.BANKR.P. 2004 Examination and Produce Documents on August 7, 2019 (Docket No. 27), which Motion was granted the same day ("Exam Order," Docket No. 28).

3. The Exam Order scheduled the FED.R.BANKR.P. Examination for September 16, 2019, at 10:00 a.m. at the Office of the United States Trustee.

4. Attorney Matthew Thompson withdrew as Counsel on July 23, 2019 (Docket No. 22). Attorney Herbert N. Strayer, Jr. now represents Debtor.

5. The Parties have agreed to re-schedule the FED.R.BANKR.P. 2004 Examination to a mutually convenient time; as such, the FED.R.BANKR.P. 2004 Examination is now scheduled to begin at 1:00 p.m. on October 7, 2019, at the Office of the United States Trustee.

6. All other provisions of the Exam Order, including directing Debtor to produce documents by September 9, 2019, remains in full force and effect.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the FED.R.BANKR.P. 2004 Examination is re-scheduled by agreement of the parties.

**IT IS FURTHER ORDERED** that Debtor Jose R. Villavicencio shall appear at the Office of the United States Trustee, 170 N. High Street, Suite 200, Columbus, Ohio on Tuesday, October 7, 2019, at 1:00 p.m. for Examination.

**IT IS FURTHER ORDERED** that all other provisions in the Exam Order (Docket No. 28) remain in full force and effect.

**IT IS SO ORDERED.**

SUBMITTED BY:

OFFICE OF THE UNITED STATES TRUSTEE

Daniel M. McDermott
United States Trustee
Region 9

*/s/ Pamela Arndt*
Pamela Arndt (0068230)
United States Department of Justice, U.S. Trustee Program
170 N. High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 228
Facsimile: (614) 469-7448
E-mail: Pamela.D.Arndt@usdoj.gov
*Attorney for the United States Trustee*

*/s/ Herbert N. Strayer, Jr.* – **permission for electronic signature granted via email 9/9/19**
Herbert N. Strayer, Jr. (0075854)
Strayer Legal
7240 Muirfield Drive, #120
Dublin, OH  43017
Telephone:  (614) 378-2252
Email: strayerlegal@gmail.com
*Attorney for Debtor*


*/s/ Myron N. Terlecky* – **permission for electronic signature granted via email 9/9/19**
Myron N. Terlecky (0018628)
575 S. Third Street
Columbus, OH 43215
Telephone:  (614) 228-6345
Email:  mnt@columbuslawyer.net
*Chapter 7 Panel Trustee*


COPIES TO:

Default List