Form a0ncloth
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re: Jose R. Villavicencio | Case No.: 2:19−bk−52861 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: xxx−xx−8375 | Judge: John E. Hoffman Jr. |

## Notice to Debtor of Status of Case

The above captioned case is deficient as follows:

☑ Pending Motion(s) / Application(s): Doc [51] Motion to Extend Time; Filed 01/30/2020.

☐ Other:

Please correct any deficiency within twenty−one (21) days from the date of this notice; otherwise this case may proceed to closing and/or may not be discharged.

Dated: May 27, 2020

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court