THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-52861 |
| JOSE VILLAVICENCIO, | : | CHAPTER 7 |
| Debtor. | : | JUDGE HOFFMAN |

## NOTICE OF SUBSTITUTION OF COUNSEL

Mark Bamberger, PO Box 189, Spring Valley, OH 45370, Ohio Supreme Court Number 0082053, hereby file this NOTICE OF SUBSTITUTION OF COUNSEL in relation to Herbert N. Strayer, Jr.'s representation of Jose Villavicencio, the Debtor in this matter.

1. Pursuant to Local Rule 2091-1 (b)(1), The notice has been signed by all relevant parties

Respectfully Submitted,

/s/ *Mark Bamberger*
Mark Bamberger (OH#0082053)
The Mark Bamberger Co., LLC
PO Box 189
Spring Valley, OH 45370
Tel: 937-317-0222
Fax: 877-644-0548
Email: mark@bambergerlaw.com


/s/ *Herbert N. Strayer, Jr.*
Herbert N. Strayer, Jr. (0075854)
4635 Trueman Blvd. Ste. 100
Tel: 614-586-7900
Fax: 614-586-7901
Email: hstrayer@willisattorneys.com

*Jose Villavicencio*
Jose Villavicencio , Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

U.S. Trustee
Chapter 7 Trustee
Austin Barnes Attorney for TLOA Acquisitions
Brian Green Attorney for Verna Coward
Maria C. Mariano Guthrie Attorney for Rent Due LLC
Herbert N. Strayer, Jr.
Matthew J. Thompson

and by first class mail on March 16, 2022 addressed to:

Debtor: Jose Villavicencio, PO Box 32185, Columbus, OH 43232
Tax Ease, OH LLC 14800 Landmark Blvd., Suite, 400, Dallas TX, 75254
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
TLOA Acquisitions, LLC, 11 Talcott Notch Road, Farmington, CT 06032
Franklin County Treasurer, 373 S. High Street, Columbus, OH 43215
Ohio Department of Taxation, Bankruptcy Division, PO Box 530, Columbus, OH 43216
Bank of America N.A., PO Box 982284, El Paso, TX 79998-2238
Verna Coward, Verna & Craig Coward Administrators, Estate of Frederick Coward, 25101 Chagrin Blvd., #220, Beachwood, OH 44122
American Electric Power, Attn Bankruptcy, 1 AEP Way, Hurricane, WV., 25526-1231
Affiliated Tax Co., LLC, US Bank/Affiliated Tax Co. LLC, PO Box 645040, Cincinnati, OH 45264
US Bank as Customer, c/o Liege Tax Liens, LLC 18, PO Box 645040, Cincinnati, OH 45264

/s/ *Mark Bamberger*
Mark Bamberger (OH#0082053)