**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 14, 2022**



John E. Hoffman, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### AGREED ORDER ON MOTION OF CHAPTER 7 TRUSTEE FOR RELIEF FROM JUDGMENT (Doc. 116)

This matter is before the Court on the *Motion of Chapter 7 Trustee for Relief from Judgment* (Doc. 116) (the "Motion") filed on September 14, 2022, by Myron N. Terlecky, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jose R. Villavicencio (the "Debtor"). Through the Motion, the Trustee seeks to vacate this Court's *Order Granting Motion of Chapter 7 Trustee for an Order Authorizing and Approving the Compromise of Claims* (Doc. 114) (the "Compromise Order") for the reason that the settlement payment set forth in the Compromise Order was not paid by Andrew J. Thomas ("Mr. Thomas"). No objection or response to the Motion has been filed.

1

It now appears that Mr. Thomas has obtained financing to make the settlement payment; however, Mr. Thomas's lender, Kemba Financial Credit Union ("Kemba"), seeks some assurance that the Compromise Order will not be vacated if it completes the loan to Mr. Thomas.

Therefore, upon a review of the Motion and upon the agreement of the parties, the Court finds as follows:

1. Within 14 days of the date of entry of this Agreed Order, Kemba or Mr. Thomas shall remit to the Trustee the settlement payment in the amount of $80,000.00 in certified funds.

2. If the settlement payment is received by the Trustee within this time period, the Trustee shall withdraw the Motion within seven days of receipt.

3. If the settlement payment is not received by the Trustee within this time period, the Trustee may submit to this Court an order granting the Motion.

IT IS SO ORDERED.

Agreed to:


  /s/    John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
        jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee

/s/ Thomas C. Lonn per email authority
Thomas C. Lonn (0059788)
885 Eastwind Dr.
Westerville, OH 43081
(614) 895-1234
(614) 865-3377 fax
tclonnesq@rrohio.com
Attorney for Mr. Thomas


/s/ James Tebbutt per email authority
James Tebbutt (0084830)
KEMBA Financial Credit Union
555 Officecenter Pl.
Gahanna, OH 43230
614-729-1361
jtebbutt@kemba.org
Attorney for Kemba Financial Credit Union


Default List plus additional party:

James Tebbutt
KEMBA Financial Credit Union
555 Officecenter Pl.
Gahanna, OH 43230