**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: August 9, 2023**

John E. Hoffman, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| JOSE R. VILLAVICENCIO, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### ORDER DENYING MOTION TO STAY FORECLOSURE WHILE THE APPEALS COURT FOR THE 6TH CIRCUIT IS HEARING THE APPEAL (DOC. 127)

This matter came before the Court at a hearing held on August 1, 2023, on the *Motion to Stay Foreclosure While the Appeals Court for the 6th Circuit is Hearing the Appeal* (Doc. 127) filed by Jose R. Villavicencio, the Debtor herein, pro se, on June 23, 2023 (Doc. 127) (the "Motion") and *Myron N. Terlecky, Chapter 7 Trustee's Response in Opposition to Motion to Stay Foreclosure While the Appeals Court for the 6th Circuit is Hearing the Appeal*, filed July 12, 2023 (Doc. 130).

The Court heard argument by the parties and for the reasons set forth on the record, the Motion is DENIED.

1

Based upon the foregoing, it is ORDERED and DECREED that the *Motion to Stay Foreclosure While the Appeals Court for the 6th Circuit is Hearing the Appeal* be, and it hereby is, DENIED.

IT IS SO ORDERED.

 /s/   Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Loni R. Sammons (0102196)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslaywer.net
         jwk@columbuslawyer.net
         lrs@columbuslawyer.net
Attorneys for Chapter 7 Trustee

Default List