UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO PAY REAL ESTATE COMMISSION RELATED TO THE SALE OF REAL ESTATE LOCATED AT 5465 HANSEL AVE, UNIT H-11, ORLANDO, FLORIDA AND 5449 HANSEL AVENUE, UNIT M-17, ORLANDO, FLORIDA

Now comes Myron N. Terlecky, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jose R. Villavicencio (the "Debtor"), by and through the undersigned counsel, and hereby applies to this Court for authority, pursuant to 11 U.S.C. § 330, to pay real estate sales commission and reimburse expenses to Christine Bowen of RE/MAX Town & Country Realty (the "Listing Realtor") and Chris Creegan of Creegan Property Group (the "Cooperating Realtor") for services performed as realtor for the Chapter 7 Trustee related to the sale of real estate located at 5465 Hansel Avenue, Unit H-11, Camelot by The Lake, Orlando, Florida (the "5465 Hansel Real Estate"), and 5449 Hansel Avenue, Unit M-17, Camelot by The Lake, Orlando, Florida (the "5449 Hansel Real Estate" and collectively with the 5465 Hansel Real Estate", the "Real Estate"). In support of this Application, the Trustee states as follows:

1. On May 1, 2024, this Court authorized the Trustee to employ the Listing Realtor to assist the Trustee in selling the Real Estate. *See*, *Order Granting Application of Chapter 7 Trustee for Authority to Employ Christine Bowen of RE/MAX Town & Country Realty as Realtor (Doc. 141)* (Doc. 144), attached hereto as Exhibit A (the "Employment Order").

2. On July 18, 2024, the Trustee filed his *Motion of Chapter 7 Trustee to Sell Real Estate Located at (1) 5465 Hansel Avenue, Unit H-11, of Camelot by The Lake, Orlando, Florida,*

1

*and (2) 5449 Hansel Avenue, Unit M-17, Camelot by The Lake, Orlando, Florida Free and Clear of any and all Claimed Liens, Interests or Encumbrances* (the "Sale Motion").

3. The Sale Motion seeks authority sell the Real Estate as follows:

   a. The 5465 Hansel Real Estate to Graziella Hediger and Andreas Hediger for the sum of $129,000.00. A copy of the purchase contract to purchase the 5465 Real Estate is attached to the Sale Motion as Exhibit C.

   b. The 5449 Hansel Real Estate to Graziella Hediger and Andreas Hediger for the sum of $106,000.00. A copy of the purchase contract to purchase the 5449 Real Estate is attached to the Sale Motion as Exhibit D.

4. The Trustee represents that the Listing Realtor was the procuring cause in obtaining the prospective purchasers of the 5465 Hansel Real Estate and of the 5449 Hansel Real Estate and has performed those services as realtor in a competent and professional manner.

5. Pursuant to the Employment Order, the Realtor is entitled to a commission of six percent (6%) of the sale price of the 5465 Hansel Real Estate and of the sale price of the 5449 Hansel Real Estate. Pursuant to the standard custom in the real estate market, the Listing Realtor is sharing this commission with the Cooperating Realtor on an equal basis.

6. Subject to the Sale Motion being granted and the prospective sale of the 5465 Hansel Real Estate and of the 5449 Hansel Real Estate being consummated, the Listing Realtor and the Cooperating Realtor are entitled to commissions as follows:

   a. With respect to the 5465 Hansel Real Estate a total commission of $7,740.00 with $3,870.00 to the Listing Realtor and $3,870 to the Cooperating Realtor;

   b. With respect to the 5449 Hansel Real Estate the sum of $3,180 to the Listing Realtor and $3,180 to the Cooperating Realtor.

2

Based upon the foregoing, the Trustee respectfully requests that the Court issue an order:

    a.    Authorizing payment of the total six percent (6%) commission for the sale of the 5465 Hansel Real Estate in the amount of $7,740.00, with $3,870.00 payable to the Listing Realtor and $3,870.00 to the Cooperating Realtor, subject to the sale of 5465 Hansel Real Estate being consummated;

    b.    Authorizing payment of the total six percent (6%) commission for the sale of the 5449 Hansel Real Estate in the amount of $6,360.00, with $3,180.00 payable to the Listing Realtor and $3,180.00 to the Cooperating Realtor, subject to the sale of 5465 Hansel Real Estate being consummated; and

    c.    Granting such other and further relief as is appropriate.

Respectfully submitted,

/s/  Myron N. Terlecky
Myron N. Terlecky  (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH  43215
Telephone  (614) 228-6345
Facsimile  (614) 228-6369
Email: mnt@columbuslawyer.net
       jwk@columbuslawyer.net
Attorneys for the Chapter 7 Trustee

**NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO PAY REAL ESTATE COMMISSION RELATED TO THE SALE OF REAL ESTATE LOCATED AT 5465 HANSEL AVE, UNIT H-11, ORLANDO, FLORIDA AND 5449 HANSEL AVENUE, UNIT M-17, ORLANDO, FLORIDA AND CERTIFICATE OF SERVICE**

The Chapter 7 Trustee has filed papers with the court seeking to compensate a realtor in connection with the sale of certain real estate.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application,** you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

**The Chapter 7 Trustee has filed a Motion to Reduce this 21 day period to 10 days. If the Court grants this Motion, you will receive Notice of the Date by which you need to file your response.**

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| | |
|---|---|
| United States Trustee<br>170 North High Street, Suite 200<br>Columbus, Ohio 43215 | Myron N. Terlecky, Esq.<br>Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA<br>575 South Third Street<br>Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO PAY REAL ESTATE COMMISSION RELATED TO THE SALE OF REAL ESTATE LOCATED AT 5465 HANSEL AVE, UNIT H-11, ORLANDO, FLORIDA AND 5449 HANSEL AVENUE, UNIT M-17, ORLANDO, FLORIDA was served **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by **first class U.S. Mail** on July 18, 2024 addressed to all creditors and parties in interest on the attached mailing matrix and listed below:

Jose Villavicencio
669 South 22nd Street
Columbus, OH 43205

Christine Bowen
RE/MAX Town & Country Realty
1315 Tuskawilla Rd., Ste. 101
Winter Springs, FL 32708

Chris Creegan
Creegan Property Group
439 Lake Howell Rd.
Maitland, FL 32751

      The attached mailing matrix was provided by the Bankruptcy Court's CM/ECF Service. Service was made upon both preferred and non-preferred addresses (preferred addresses are marked with "(p)"). Service was not made upon entities with similar names at identical addresses. Though listed in the matrix, a copy of this document was not sent to the United Stated Bankruptcy Court, John W. Kennedy, nor Myron N. Terlecky.

      /s/ Myron N. Terlecky
      Myron N. Terlecky

# EXHIBIT A

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
**John E. Hoffman, Jr.**
**Dated: April 30, 2024**                **United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| JOSE R. VILLAVICENCIO, | : | Chapter 7 |
| | : | |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY CHRISTINE BOWEN OF RE/MAX TOWN & COUNTRY REALTY AS REALTOR (DOC. 141)**

This matter came before the Court upon the *Application of Chapter 7 Trustee for Authority to Employ Christine Bowen of RE/MAX Town & Country Realty as Realtor (Doc. 141)*, filed on March 22, 2024 (the "Application") (Doc. 141). The Trustee served the Application on the Debtor, counsel for the Debtor, the U.S. Trustee, the proposed Realtor, and those parties requesting notice in this case. The period for filing an objection to the Application has lapsed and no objection to the Application was filed.

1

Based upon the matters contained in the Application and the Affidavit in Support thereof, proper service of the Application having been completed, and no objection to the Application having been filed, the Court finds the Application to be well-taken and it is approved. The Court finds that it would be in the best interests of the bankruptcy estate and its creditors that the Trustee be authorized to employ Christine Bowen of RE/MAX Town & Country Realty as a Realtor, as detailed in the Application, for the purposes and on the terms and conditions set forth in the Application, with compensation and reimbursement of expenses to be paid as an expense of administration herein for services rendered, on the terms and conditions described in the Application, subject to the provisions of 11 U.S.C. §330.

It is therefore ORDERED and DECREED that the Trustee be, and he hereby is, authorized to employ Christine Bowen of RE/MAX Town & Country Realty as Realtor.

IT IS SO ORDERED.

SUBMITTED BY:


　/s/  Myron N. Terlecky
Myron N. Terlecky  (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone:     (614) 228-6345
Facsimile:     (614) 228-6369
mnt@columbuslawyer.net
Attorneys for Chapter 7 Trustee


Default List and Additional Parties Listed:

Christine Bowen
RE/MAX Town & Country
1315 Tuskawilla Rd., Suite 101
Winter Springs, FL 32708

```
Label Matrix for local noticing      Rent Due LLC                          AFFILIATED TAX CO LLC -17
0648-2                               c/o Maria Mariano Guthrie             US Bank/Affiliated Tax Co LLC
Case 2:19-bk-52861                   Kegler, Brown, Hill & Ritter          PO Box 645040
Southern District of Ohio            65 E. State Street, Ste. 1800         Cincinnati OH 45264-0303
Columbus                             Columbus, OH 43215-4294
Tue Jul 16 14:10:31 EDT 2024

(p)AMERICAN ELECTRIC POWER           Asst US Trustee (Col)                 (p)OHIO ATTORNEY GENERAL
ATTN JASON E REID                    Office of the US Trustee              COLLECTIONS ENFORCEMENT ATTN BANKRUPTCY MANAG
1 RIVERSIDE PLAZA 13TH FLOOR         170 North High Street                 30 E BROAD ST
COLUMBUS OH 43215-2373               Suite 200                             14TH FLOOR
                                     Columbus, OH 43215-2417               COLUMBUS OH 43215-3414

(p)BANK OF AMERICA                   Bank of America, N.A.                 City of Columbus Attorney
PO BOX 982238                        P O Box 982284                        90 W. Broad St. Room 200
EL PASO TX 79998-2238                El Paso, TX 79998-2284                Columbus, OH 43215-9013


(p)COLUMBIA GAS                      Enhanced Recovery Corp                Franklin County Treasurer
290 W NATIONWIDE BLVD 5TH FL         8014 Bayberry Rd                      373 S. High St. 17th Floor
BANKRUPTCY DEPARTMENT                Jacksonville, FL 32256-7412           Columbus, OH 43215-4591
COLUMBUS OH 43215-4157


Graf & McGovern LPA                  Internal Revenue Service              Law Office of Manbir Sandhu
604 E. Rich St.                      PO Box 7346                           1213 Prospect Ave. #300
Columbus, OH 43215-5341              Philadelphia, PA 19101-7346           Cleveland, OH 44115-1260


Mishkind Kulwicki Law Co             (p)NATIONSTAR MORTGAGE LLC            Ohio Department of Taxation
23240 Chagrin Blvd.                  PO BOX 619096                         Bankruptcy Division
Ste 101 Commerce Park IV             DALLAS TX 75261-9096                  P.O. Box 530
Beachwood, OH 44122-5482                                                   Columbus, OH 43216-0530


Shapero & Green LLC                  TLOA Acquisitions, LLC - Series 2     TLOA Servicing LLC
25101 Chagrin Blvd. #220             11 Talcott Notch Road                 11 Talcott Notch Rd.
Beachwood, OH 44122-5656             Farmington, CT 06032-1817             Farmington, CT 06032-1817


Tax Ease Ohio, LLC                   US Attorney General                   US Bank as Customer
14800 Landmark Blvd., Suite 400      Main Justice Bldg, Room 5111          c/o Liege Tax Liens LLC 18
Dallas, TX 75254-7598                10th & Constitutional Avenue NW       P.O. Box 645040
                                     Washington, DC 20530-0001             Cincinnati, OH 45264-0303


US District Attorney                 Verna Coward                          Verna Coward
303 Marconi Blvd                     16250 Flint Ridge Rd. South           Verna & Craig Coward, Admin.
Columbus, OH 43215-2839              Newark, OH 43056-9457                 25101 Chagrin Blvd. #220
                                                                           Beachwood, Oh 44122-5656


Verna Coward                         Verna R. Coward                       Weltman Weinberg & Reis
Verna & Craig Coward, Admins         Adm Est.Frederick Coward, Jr.         3705 Marlane Dr.
Estate of Frederick Coward           25101 Chagrin Blvd #220               Grove City, OH 43123-8895
25101 Chagrin Blvd. #220             Beachwood, Oh 44122-5656
Beachwood, OH 44122-5656
```

| | | |
|---|---|---|
| Westgate Blue Tree Owners Association,<br>C/O Greenspoon Marder LLP<br>201 E. Pine Street, Suite 500<br>Orlando Florida 32801-2718 | Christine Bowen<br>RE/MAX Town & Country<br>1315 Tuskawilla Rd., Suite 101<br>Winter Springs, FL 32708-5059 | Jose R. Villavicencio<br>PO Box 32185<br>Columbus, OH 43232-0185 |
| Mark Jay Bamberger<br>The Mark Bamberger Co., LLC<br>PO Box 189<br>Spring Valley, OH 45370-0189 | Myron N Terlecky<br>575 S Third Street<br>Columbus, OH 43215-5755 | Verna Coward<br>c/o Brian Green<br>25101 Chagrin Blvd. #220<br>Beachwood, OH 44122-5656 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Electric Power<br>Attn Bankruptcy<br>1 AEP Way<br>Hurricane, WV 25526-1231 | Attorney General - Rev Rec<br>ATTN: Bankruptcy Staff<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | Bank of America<br>Billing Inquiries<br>PO Box 982236<br>El Paso, TX 79998-2236 |
| Columbia Gas<br>290 W. Nationwide Blvd. 5th Flr<br>Bankruptcy Department<br>Columbus, OH 43215-4157 | Nationstar Mortgage LLC<br>Attn Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)TLOA Acquisitions, LLC | (u)Tax Ease Ohio, LLC | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |