# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**US BANKTUPTCY COURT**
DIVISION FROM WHICH YOU ARE APPEALING

FILED OH S BANKRUPTCY
AUG 21 2024 PM 1:46

Jose Villavicencio
1664 Parsons Avenue
Columbus OH 43207

APPELLANTS NAME AND ADDRESS

vs.

CASE NUMBER  Case No 2:19-bk-52861

Myron Terlecky
Trustee
575 S. Third Street
Columbus

APPELLEE'S NAME AND ADDRESS

Notice is hereby given that **Jose R. Villavicencio** (PARTY NAME) hereby appeals to the Sixtth Circuit Court of Appeals, 100 East Fifth St., Cincinnati, OH 45202, the judgment entry of the **US Bankruptcy Court** (NAME OF TRIAL COURT) entered on **07/19/2024** (DATE).

Jose Villavicencio
1664 Parsons Avenue
Columbus OH  43207
joevillaoh@gmail.com
(614) 972 3126

NAME, ADDRESS, EMAIL, AND PHONE NUMBER

United States Bankruptcy Court
Southern District of Ohio

Jose Villavicencio                                    Judge John Hoffman

vs

Myron Terlecky                                        Case No 2:19-bk-52861
Trustee

# NOTICE OF APPEAL

I would like to inform the court that I am appealing the last order of Judge Hoffman filed July 19, 2024 which disallows the plaintiff from introducing new evidence.

While it is true that the initial case was filed over 2 yrs ago, it must be pointed out that the COVID event has disrupted the normal course of events. Add to this the various other steps that went into the appeal process, such as the plaintiff's case having to go through the local district office, the plaintiff having to represent himself pro se and the need to ask for a certiorari.

In as much as the case was always in another court did not allow the plaintiff to file for the introduction of new evidence. The statutory deadlines cannot work and should not run as long as the case is in another court.

Moreover, it must be pointed out that the new evidence have been brought to light while the appeal is being made, but this being done so in appellate courts, the evidence was not even considered in the said courts.

It is quite known that the bankruptcy judge is in a hurry to retire from the bench, but to deny the introduction of new evidence after the case landed square back in his court for this reason would be a travesty of justice.

Yours Truly,

*Jose Villavicencio*

Jose Villavicencio

1664 Parsons Avenue

Columbus OH   43207

joevillaoh@gmail.com

614 972 3126

## CERTIFICATE OF SERVICE

I certify that on July 18. 2024 , a copy of the foregoing memorandum was served by regular U.S. Mail on the following parties:

Myron Terlecky
Trustee
575 S Third Street
Columbus OH 43215

Jose Villavicencio