**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: August 29, 2024**

_____
John E. Hoffman, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING AND APPROVING THE COMPROMISE OF CLAIMS (DOC. 153)

This matter is before the Court on the *Motion of Chapter 7 Trustee for an Order Authorizing and Approving the Compromise of Claims* (the "Motion") (Doc. 153) filed on July 18, 2024, by Myron N. Terlecky, Chapter 7 Trustee (the "Trustee") for the estate of Jose R. Villavicencio (the "Debtor"). Through the Motion, and pursuant to Fed. R. Bankr. P. 9019(a), the Trustee seeks approval of a settlement that has been reached with regard to the judgment lien of Verna R. Coward and Verna R. Coward, Administrator of the Estate of Frederick N. Coward (See, Claim 9 on the Claims register in this case) (the "Coward Claim") on real estate located in the State of Florida and certain real estate located in Ohio.

As set forth in the Motion, the Debtor has an interest in certain real estate located in the State of Florida that the Trustee is seeking to sell located at 5465 Hansel Avenue Unit H-11, of Camelot by The Lake, Orlando, Florida, 5449 Hansel Avenue Unit M-17, of Camelot by The Lake, Orlando, Florida (collectively, the "Florida Real Estate"), and located at 12007 Cypress Run Rd., Orlando, Florida, which appears to be a timeshare interest deeded to South German Village Medical Center.

The Debtor also has an interest in certain real estate owned by South German Village Medical Center, LLC, an entity that does not exist in the state of Ohio (the "Non-Registered LLC"). This real estate is as follows:

| Address | Auditor Value |
|---|---|
| 36 E. Innis Ave. | $122,300 |
| 377 Berkeley | $128,500 |
| 445-451 Morrill Ave. | $224,200 |
| 463 S. 22nd St. | $145,400 |
| 669 S. 22nd St. | $229,900 |
| 848 S. Heyl Ave. | $149,800 |
| 1084-1086 E. Fulton St. | $143,300 |

(collectively, the "Ohio Real Estate").

Another asset of the bankruptcy estate is the real estate located at 354 S Harris Avenue, Columbus, OH (the "S. Harris Real Estate"). The S. Harris Real Estate is titled as follows: "Jose Villavicencio/South German Village, LLC."

Verna R. Coward and Verna R. Coward, Administrator of the Estate of Frederick N. Coward claims a judgment lien on the Florida Real Estate, on the Ohio Real Estate and on the S. Harris Real Estate.

The essential terms of the settlement are:

Subject to the authorization by this Court approving any sale, one-half of the net proceeds from the sale of (i) the Florida Real Estate; (ii) the Ohio Real Estate; and (iii) the Trustee's share of the S. Harris Real Estate will be retained by the bankruptcy estate to cover any capital gains taxes associated with the sales and for distribution to unsecured creditors. The other one-half of the net proceeds will be distributed to the Coward Claim and reduce the unsecured portion of the Coward Claim (the "Settlement").

The Trustee asserts that the Settlement is fair and equitable and in the best interest of creditors of the bankruptcy estate. Further, the Settlement will allow the Trustee to hasten the administration of this bankruptcy estate.

The Motion was served upon the Debtor, counsel for the Debtor, the Office of the United States Trustee and all creditors and parties in interest. No objection or response to the Motion has been filed. Based upon the merits of the Motion, proper service having been completed and no objection having been filed, the Court finds that the Motion is well-taken and it is approved.

It is therefore ORDERED and DECREED that the Motion be, and hereby is, granted in all respects; and it is further,

ORDERED and DECREED that the Settlement is hereby approved pursuant to the terms set forth above and shall be binding on the parties.

IT IS SO ORDERED.

SUBMITTED BY:


 /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
T: 614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
       jwk@columbuslawyer.net
Attorneys to Chapter 7 Trustee

Default List Plus Additional Parties:

Via Regular Mail:

Brian Green
25101 Chagrin Blvd., #220
Beachwood, OH 44122
Attorney for Verna R. Coward and Verna R. Coward,
Administrator of the Estate of Frederick N. Coward

Jose Villavicencio
1664 Parsons Ave.
Columbus, OH 43207

Jose Villavicencio
669 South 22nd Street
Columbus, OH 43205