**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*

**John E. Hoffman, Jr.**
United States Bankruptcy Judge

**Dated: September 9, 2024**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (DOC. 167)

This matter is before the Court on the *Motion of Chapter 7 Trustee for Allowance and Payment of Administrative Expense Claim* (Doc. 167) (the "Motion") filed by Myron N. Terlecky (the "Trustee"), Chapter 7 trustee for the estate of Jose R. Villavicencio (the "Debtor") on August 7, 2024. Through the Motion, the Debtor seeks authority to pay Land and Mortgage Title (the "Title Agent") fees in the amount of $3,000.00 (the "Claim") for 12 title searches on real estate that is property of the estate and/or that the Trustee is authorized to liquidate. The Motion was served on all creditors and parties in interest and no objection or responsive pleading to the Motion has been filed.

The Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference entered in this District; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the estate, creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted in all respects as set forth herein.

2. The Trustee is authorized to pay the Claim to the Title Agent pursuant to the terms set forth in the Motion.

IT IS SO ORDERED.

Submitted by:

/s/ John W. Kennedy
Myron N. Terlecky     (0018628)
John W. Kennedy       (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co. LPA
575 South Third St.
Columbus, OH 43215
Telephone:    (614) 228-6345
Facsimile:    (614) 228-6369
E-mail:       mnt@columbuslawyer.net
              jwk@columbuslawyer.net
*Counsel for the Chapter 7 Trustee*

Default List