UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

## MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL REAL ESTATE LOCATED AT (1) 409-411 ST. CLAIR AVENUE, COLUMBUS, OHIO, (2) 527-529 STEWART AVENUE, COLUMBUS, OHIO (3) 2269 JEFFERSON AVENUE, COLUMBUS, OHIO and (4) 354 S. HARRIS AVENUE, COLUMBUS, OHIO, FREE AND CLEAR OF ALL CLAIMED LIENS, INTERESTS OR ENCUMBRANCES

Now comes Myron N. Terlecky, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jose R. Villavicencio (the "Debtor"), and hereby moves this Court pursuant to 11 U.S.C. 363(b)(1) and (f)(1), (3) and (5), Rule 6004(c) of the Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1 for an Order authorizing him to sell real estate located at 409-411 St. Clair Avenue, Columbus, Ohio, 527-529 Stewart Avenue, Columbus, Ohio, 2269 Jefferson Avenue, Columbus, Ohio, and the real estate located at 354 S. Harris Avenue, Columbus, Ohio, free and clear of all claimed liens, claims or encumbrances on the terms set forth herein.  A Memorandum in Support follows.

Respectfully submitted,

  /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345  F: (614) 228-6369
Email: mnt@columbuslawyer.net
          jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee

1

## MEMORANDUM IN SUPPORT

### A.    BACKGROUND

1.      Jose R. Villavicencio (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on May 1, 2019 (the "Petition Date").

2.      Myron N. Terlecky is the Chapter 7 Trustee for this bankruptcy estate (the "Trustee").

3.      The Debtor is the sole owner of JRV Sepira, LLC (the "LLC").  The LLC owns the following real estate:

a.      409-411 St. Clair Avenue, Columbus, Ohio, (the "St. Clair Property") which the Franklin County, Ohio Auditor values at $183,600.00.  A copy of the legal description of the St. Clair Property is attached hereto as Exhibit A.

b.      527-529 Stewart Avenue, Columbus, Ohio, (the "Stewart Property") which the Franklin County, Ohio Auditor values at $222,700.00.  A copy of the legal description of the Stewart Property is attached hereto as Exhibit B.

c.      2269 Jefferson Avenue, Columbus, Ohio (the "Jefferson Property") which the Franklin County, Ohio Auditor values at $68,500.00.  A copy of the legal description of the Jefferson Property is attached hereto as Exhibit C.

4.      On January 2, 2024, this Court entered its *Order Granting Motion of Chapter 7 Trustee for Authority to Liquidate Assets of JRV Sepira LLC* (Doc. 139) which authorizes the Trustee to sell the assets of the LLC to, first, pay the creditors of the LLC, and second, for the benefit of the bankruptcy estate.

5.      The real estate located at 354 S. Harris Avenue, Columbus, Ohio (the "S. Harris Real Estate") is titled in the name of "Jose Villavicencio/South German Village, LLC" (the St.

Clair Property, the Stewart Property, the Jefferson Property and the S. Harris Real Estate are collectively referred to herein as the "Real Estate").

6.      On June 7, 2024, this Court entered its *Order Granting Motion of Chapter 7 Trustee for an Order Authorizing and Approving the Compromise of Claims (Doc. 143)* (the "June 7 Order") which authorized the Trustee to sell the S. Harris Real Estate with the Trustee to receive 62.5% of the net proceeds and the balance to be paid to South German Village LLC.  (See, Doc. 149).

7.      Pursuant to the terms of the June 7 Order, the Trustee's share of the S. Harris Real Estate will be retained by the bankruptcy estate to cover any capital gains taxes associated with the sales and for distribution to unsecured creditors.  The other one-half of the net proceeds will be distributed in accordance with the terms of the June 7 Order.

8.      The Trustee believes it is in the best interest of the bankruptcy estate that he be authorized to sell the Real Estate and the S. Harris Real Estate.

**B.      LAW AND ARGUMENT**

The Trustee is authorized to sell property of the estate, other than in the ordinary course of business, pursuant to 11 U.S.C. §363(b)(1).  Property, under certain circumstances, may be sold free and clear of any interest in the property other than the interest of the estate.  11 U.S.C. §363(f). Bankruptcy Code §363(f) provides:

> The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if—
>
> (1)      applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> (2)      such entity consents;
> (3)      such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4)      such interest is in bona fide dispute; or

(5)     such entity could be compelled, in a legal or equitable proceeding,
to accept a money satisfaction of such interest.

All liens against the Real Estate and the S. Harris Real Estate will attach to the proceeds of

sale.  11 U.S.C. §363(f)(1).  Therefore, the Trustee seeks authorization from this Court, pursuant

to 11 U.S.C. §363(f)(1), (2), (3) and (5) to sell the Real Estate free and clear of any and all claimed

liens and encumbrances.  Bankruptcy Rule 6004(f) of the Rules of Bankruptcy Procedure provides

that sales may be made by public sale.

## C.     AUCTIONEER AND SALE PROCEDURES

Contemporaneous with the filing of this Motion, the Trustee is filing an Application to

Employ Richard F. Kruse of Gryphon USA, Ltd. (the "Auctioneer") to conduct a proposed auction

of the Real Estate and of the S. Harris Real Estate.  The Trustee has considered several alternatives

and determined that the retention of the Auctioneer and the auction sale, as set forth in the

Application to Employ the Auctioneer, will allow the maximum net recovery to the bankruptcy

estate.  The Auctioneer proposes an online auction sale of the Real Estate and of the S. Harris Real

Estate, which will be conducted as an online auction on GryphonUSA.bidwrangler.com.

The proposed agreement between the Trustee and the Auctioneer provides for the

Auctioneer to receive a buyer's premium of ten percent (10%) on gross proceeds from the online

auction, and the reimbursement of $200.00 for the cost of listing each individual piece of Real

Estate and of the S. Harris Real Estate on the Auctioneer's bid platform.  The Auctioneer will pay

any other sale costs and advertisement costs from its commission, other than customary closing

costs, and the Trustee will not be required to pay any such costs.

The Trustee believes that the Auctioneer has experience and expertise conducting auctions

of this type proposed in this motion. Further, the Trustee believes that it is in the best interest of

the bankruptcy estate for the sale procedures proposed herein to be approved.  The Trustee does

not believe he can recover significantly higher net proceeds by any other means of liquidation of the Real Estate.

The auction will be open for thirty (30) days.  The auction will be managed by the Auctioneer using its website and related electronic communication services.

The Successful Bidder – The person or entity making the highest bid ("Highest Bid") for each individual asset to be sold at the conclusion of the Auction will be the successful bidder (the "Purchaser").  The amount of the Highest Bid will be the "Purchase Price."

Secured Claims:

The following parties have or may have valid liens against the interest of the Debtor in the S. Harris Real Estate with the liens attaching to the proceeds of sale in order of priority:

a.      State of Ohio, Department of Taxation, Judgment Lien filed on April 21, 2017, in the amount of $14,563.00 plus interest and costs assigned Case No. 17JG19641, Franklin County Common Pleas Court.

b.      State of Ohio, Department of Taxation, Judgment Lien filed on June 3, 2017, in the amount of $2,215.61 plus interest and costs, assigned Case No. 17JG25782, Franklin County, Ohio, Common Pleas Court[1]; and

c.      Certificate of Judgment filed by Verna Coward on April 16, 2021, in the amount of $2,850,000.00 plus interest, assigned Case No. 21JG43769.

As set forth in the June 7 Order, the Trustee's share of the S. Harris Real Estate will be retained by the bankruptcy estate to cover any capital gains taxes associated with the sales and for distribution to unsecured creditors.  The other one-half of the net proceeds will be distributed to

---

[1] The Liens of the State of Ohio, Department of Taxation are listed in the title report of the title company the Trustee will use to close this sale. However, counsel for the State of Ohio, Department of Taxation has indicated both liens have been satisfied.  The proof of claim filed by the State of Ohio, Department of Taxation, assigned Claim No. 7 on the Claims Register has been withdrawn.  (See, Doc. 209).

Verna R. Coward and Verna R. Coward, Administrator of the Estate of Frederick N. Coward (See, Claim 9 on the Claims register in this case) (the "Coward Claim"), which amount will reduce the unsecured portion of the Coward Claim

Other Interests

The following are noted in the Title Reports as to the Real Estate:

a.      As to the St. Clair Avenue property, there is a pending environmental case No. 2024 EVH 60076, Franklin County Municipal Court, Environmental Division, Notice of *Lis Pendens* filed with the Franklin County Recorder, instrument no. 202404110035181, a copy of which is attached hereto as Exhibit E.

b.       As to the S. Harris property, there is a pending case no. 24CV987, captioned *New Perspective Asset Management LLC and City of Columbus v. Villavicencio*, pending in the Franklin County Common Pleas Court, Franklin County, Ohio, filed on February 2, 2024, and dismissed on February 9, 2025; and Case No. 24CV9711, captioned *City of Columbus v. Villavicencio, et al.* filed on December 18, 2024.

The Payment or Crediting of Real Property Taxes – All real property taxes owed or accrued through the date of Closing on the sale of the Real Estate will be paid by the Trustee to the Franklin County, Ohio Treasurer from the Purchase Price and/or will be a credit to the Purchaser against the Purchase Price.

The Payment of All Other Closing Costs – The Purchaser will be responsible for the cost of the title search fee, title insurance binder, and title insurance premium.  The Trustee will be responsible for the closing fee and any recording cost or fee for the release of any mortgage or lien on the Real Estate and for the recording of the Trustee's Deed or for the recording of the Order

authorizing the sale or related documents or pleadings.  All other closing costs will be shared equally between the Trustee and the Purchaser.

<u>The Payment of the Buyer's premium</u> – The Trustee requests that the Court approve the payment of a buyer's premium (the "Buyer's Premium") of ten percent (10%) of the Purchase Price.  The Buyer's Premium will be in addition to the Highest Bid and will not reduce the amount of the Highest Bid.  The Buyer's Premium and the bid platform fee of $200.00 will be paid to the Auctioneer at the Closing, without further order of the Court.  The Auctioneer may split the Buyer's Commission with other participating realtors or brokers.

<u>No Commission or Fee to be Paid by the Trustee</u> – The Trustee shall not be responsible for the payment of any commission or fee to the Auctioneer.

<u>Deposit by Purchaser</u> – The Purchaser will deposit (the "Deposit") $5,000 with the Trustee within fifteen (15) days after the conclusion of the Auction.  The Deposit will be a credit against the Purchase Price at the Closing.

<u>Default by Purchaser</u> – In the event of a default by the Purchaser, the Deposit shall be forfeited as liquidated damages.  The Deposit shall be divided equally between the Trustee and Auctioneer after reimbursement of all budgeted and expended selling expenses by Auctioneer, up to the amount of $5,000.00.  The Auctioneer shall then have a 30-day exclusive listing to attempt to find an alternate purchaser from other auction bidders or other interested parties, upon the same terms and conditions as provided in this Motion.

<u>The Closing</u> – The closing ("Closing") will be held within thirty (30) days of the date of the completion of the Auction.  The Closing may be conducted by mail or other means convenient to and agreed upon by the Trustee and the Purchaser.

Identification of Purchaser – The Trustee will file a Report with the Court identifying the Purchaser within ten (10) days after the conclusion of the Auction.  This Report, together with the Order granting this Motion, will constitute authority for the Trustee to complete the Sale of the Real Estate to the Purchaser upon the terms and conditions provided in the Order granting this Motion.

Conveyance of Title to the Real Estate – The Trustee shall convey title to the Real Estate by execution and delivery of a Trustee's Deed at the Closing.

Trustee's Authorization to Sign Documents and to Take Actions Necessary to Complete the Sale – The Trustee requests that the Court authorize the Trustee to sign the Trustee's Deed, and all necessary documents to transfer title of the Real Estate to the Purchaser and that the Court further authorize the Trustee to sign any other documents or take any other actions necessary to complete the sale of the Real Estate as authorized by the Order granting this Motion.

**D.    CONCLUSION**

For the foregoing reasons, the Trustee, the Trustee respectfully requests that the Court enter an Order granting:

1.    The Trustee authority to sell the Real Estate free and clear of all claims, liens and encumbrances at an online auction conducted by Richard F. Kruse of Gryphon USA, Ltd.;

2.    To distribute the proceeds of sale from the S. Harris Real Estate in accordance with the terms of the June 7 Order;

3.    Authorizing payment of closing costs associated with the sale of the Real Estate;

4.    Authorizing the payment at closing to delinquent and prorated real estate taxes to the Franklin County Treasurer;

5.      Authorizing payment to the Auctioneer of the Buyer's Premium of ten percent

(10%) of the gross proceeds and the reimbursement of the $200.00 on-line fee from the  sale

proceeds, with these proceeds being paid without further order of the Court and auction; and

6.      That the Court grant such other and further relief as is appropriate.

Respectfully submitted,


  /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345  F: (614) 228-6369
Email:  mnt@columbuslawyer.net
        jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee

# EXHIBIT A

EXHIBIT A

The Land is described as follows:
Situated in the State of Ohio, County of Franklin, and in the City of Columbus:

Being twenty-eight (28) feet off the South side of Lot Number Two Hundred Eleven (211) and four (4) feet off the north side of Lot Number Two Hundred Twelve (212), in DESHLER, SINKS AND HOOVER'S GARRISON PARK PLACE, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 4, Page 96, Recorder's Office, Franklin County, Ohio.

Commonly Known As:  409-411 St. Clair Avenue, Columbus, OH 43203
Parcel Number:  010-049185-00

# EXHIBIT B

EXHBIT B

The Land is described as follows:
Situated in the State of Ohio, County of Franklin, and in the City of Columbus:

Being Lot Number Ten (10), in L.D. DAVIES SUBDIVISION, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 4, Page 83, Recorder's Office, Franklin County, Oho.

Commonly Known As: 527-529 Steward Avenue, Columbus, OH 43206
Parcel Number:  010-047402-00

# EXHIBIT C

EXHIBIT C


The Land is described as follows:
Situated in the State of Ohio, County of Franklin, and in the City of Columbus:

Being Lot Number Three Hundred Seven (307), in GRASMERE GARDENS, as the same is
numbered and delineated upon the recorded plat thereof, of record in Plat Book 15, Page 2,
Recorder's Office, Franklin County, Ohio.

Commonly Known As: 2269 Jefferson Avenue, Columbus, OH 43211
Parcel Number:  010-075070-00

# EXHIBIT D

EXHIBIT D

The Land is described as follows:
Situated in the State of Ohio, County of Franklin, and in the City of Columbus:

Being Lot Number Five Hundred Sixty One (561), in WICKLOW EXTENSION ADDITION to
the City of Columbus, as the same is numbered and delineated upon the recorded plat thereof, of
record in Plat Book 7, Page 65, Recorder's Office, Franklin County, Ohio.

Commonly Know As: 354 South Harris Avenue, Columbus, OH 43204
Parcel Number: 010-045469-00

# EXHIBIT E

## DO NOT DETACH



**Instrument Number: 202404110035181**
**Recorded Date: 04/11/2024 2:18:07 PM**



Daniel J. O'Connor Jr.
Franklin County Recorder
373 South High Street, 18th Floor
Columbus, OH 43215
(614) 525-3930
http://Recorder.FranklinCountyOhio.gov
Recorder@FranklinCountyOhio.gov

**Return To (Box):**
CITY ATTORNEY OFFICE-ZONE INITIATIVE

Box

**Transaction Number:** T20240024368
**Document Type:** NOTICE
**Document Page Count:** 2

**Submitted By (Walk-In):**
CITY ATTORNEY OFFICE-ZONE INITIATIVE

Walk-In

**First Grantor:**
JRV SEPIRA LLC

**First Grantee:**
COLUMBUS CITY OF

| Fees: | | |
|---|---|---|
| Document Recording Fee: | $34.00 | |
| **Total Fees:** | $34.00 | |
| **Amount Paid:** | $34.00 | |
| **Amount Due:** | $0.00 | |

**Instrument Number:** 202404110035181
**Recorded Date:** 04/11/2024 2:18:07 PM

### OFFICIAL RECORDING COVER PAGE
## DO NOT DETACH

THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been
corrected.  The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

FCMC LORI M. TYACK
2024 EVH 060076 Apr 5 2024 01:59 PM

## IN THE FRANKLIN COUNTY MUNICIPAL COURT
## ENVIRONMENTAL DIVISION
## COLUMBUS, OHIO

City of Columbus, Ohio       :

                      :

       Plaintiff,      :

                      :     Case No. 2024 EVH 60076

v.                     :

                      :     Judge Stephanie Mingo

JRV Sepira LLC, et al.      :

                      :

       Defendants.    :

### NOTICE OF LIS PENDENS

To all persons having interest of claims regarding real property located at:

409-411 St. Clark Avenue, Columbus, Ohio 43203

Parcel No. 010-049185-00

And further described as:

Situated in the County of Franklin, in the State of Ohio, and in the City of Columbus:

Being Twenty-eight feet (28) off the south side of Lot Number Two Hundred and Eleven (211) and four (4) feet off the north side of Lot Number Two Hundred and Twelve (212) in DESHLER, SINKS, AND HOVER'S GARRISON PARK PLACE SUBDIVISION, as the same is numbered and delineated upon the recorded plat, thereof, of record in Plat Book 4, page 96 Recorder's Office, Franklin County, Ohio.

You are hereby notified that on February 12, 2024 a Verified Complaint for Injunctive Relief was filed in the Environmental Division of the Franklin County Municipal Court and directly affects the ownership and title of the above described real property. This pending litigation, Case Number 2024 EVH 60076, is captioned as:

This is to certify that the following is a true copy of the original entry as the same appears upon the records of the court.

LORI M. TYACK, CLERK

By: _____
Date: _____4/9/24_____

FCMC LORI M. TYACK
2024 EVH 060076 Apr 5 2024 01:59 PM

City of Columbus, Ohio          v.          JRV Sepira LLC, et al.

This file is available for viewing in its entirety in the office of the Civil Clerk of Court, Franklin County Municipal Court, 3rd Floor of the Municipal Courthouse. All persons interested in or having a claim regarding the above-referenced real property are charged with Notice of pending litigation by the provisions of the Franklin County Municipal Court Local Court Rule 6.10.

Respectfully submitted,

**CITY OF COLUMBUS, DEPARTMENT OF LAW**
**ZACH KLEIN, CITY ATTORNEY**

*Kenyatta Wilder*

---

Kenyatta Wilder (0099893)
Assistant City Attorney
375 S. High Street, 17th Floor
Columbus, Ohio 43215
Phone: (614) 645-5346
Fax:    614-645-6548
KLWilder@columbus.gov
*Counsel for Plaintiff, City of Columbus*

## <u>NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL REAL ESTATE LOCATED AT (1) 409-411 ST. CLAIR AVENUE, COLUMBUS, OHIO, (2) 527-529 STEWART AVENUE, COLUMBUS, OHIO (3) 2269 JEFFERSON AVENUE, COLUMBUS, OHIO and (4) 354 S. HARRIS AVENUE, COLUMBUS, OHIO, FREE AND CLEAR OF ALL CLAIMED LIENS, INTERESTS OR ENCUMBRANCES AND CERTIFICATE OF SERVICE</u>

The Chapter 7 Trustee has filed papers with the court seeking the authority to sell property of the estate.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you or your attorney must file with the court a response explaining your position by mailing your response by first class U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) first class U.S. Mail to:

United States Trustee              Myron N. Terlecky, Esq.
170 North High Street, Suite 200   Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
Columbus, Ohio 43215               575 South Third Street
                                   Columbus, Ohio 43215


If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

10

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL REAL ESTATE LOCATED AT (1) 409-411 ST. CLAIR AVENUE, COLUMBUS, OHIO, (2) 527-529 STEWART AVENUE, COLUMBUS, OHIO (3) 2269 JEFFERSON AVENUE, COLUMBUS, OHIO and (4) 354 S. HARRIS AVENUE, COLUMBUS, OHIO, FREE AND CLEAR OF ALL CLAIMED LIENS, INTERESTS OR ENCUMBRANCES was served (i) electronically on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by first class U.S. mail on April 15, 2025, addressed to those parties listed on the attached mailing matrix and addressed to the additional parties as set forth below:

Jose R. Villavicencio
PO Box 32185
Columbus, OH  43232

Also Served At:

Jose R. Villavicencio
3339 Daglow Rd.
Columbus, OH  43232

        And

Jose Villavicencio
1664 Parsons Ave.
Columbus, OH 43207

        And

Jose Villavicencio
669 South 22nd Street
Columbus, OH 43205

South German Village Limited Liability Company
Attn:  Brian Gearheart, Statutory Agent
669 South 22nd Street
Columbus, OH 43205

Richard F. Kruse
Gryphon USA, Ltd.
P O Box 78
Lewis Center, OH  43035

11

New Perspective Asset Managment LLC
c/o James A. Coutinho, Stat. Agent
10 W. Broad St., #2400
Columbus, OH  43215

City of Columbus
Division of Income Tax
77 N. Front St., Floor 2
Columbus, OH  43215

Paul T. Khoury
Columbus City Attorney's Office
77 N. Front St., #450
Columbus, OH  43215-1895

Joseph F. Miccio
3339 Daglow Rd.
Columbus, OH  43232

Joseph F. Miccio
5063 Red Ivy Dr., Apt A
Groveport, OH  43125

 

The attached mailing matrix was provided by the Bankruptcy Court's CM/ECF Service. Service was made upon both preferred and non-preferred addresses (preferred addresses are marked with "(p)"). Service was not made upon entities with similar names at identical addresses. Though listed in the matrix, a copy of this document was not sent to the United Stated Bankruptcy Court, and Myron N. Terlecky.

 

    /s/    Myron N Terlecky
Myron N. Terlecky (0018628)

Label Matrix for local noticing
0648-2
Case 2:19-bk-52861
Southern District of Ohio
Columbus
Mon Apr 14 11:09:22 EDT 2025

AFFILIATED TAX CO LLC - 17
US Bank/Affiliated Tax Co LLC
PO Box 645040
Cincinnati OH 45264-0303

Affiliated Tax Co LLC - 17
PO Box 645040
Cincinnati, OH 45264-0303

(p)AMERICAN ELECTRIC POWER
ATTN JASON E REID
1 RIVERSIDE PLAZA 13TH FLOOR
COLUMBUS OH 43215-2373

Pamela Arndt
DOJ-Ust
170 North High Street
Suite 200
Columbus, OH 43215-2417

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

(p)OHIO ATTORNEY GENERAL
COLLECTIONS ENFORCEMENT ATTN BANKRUPTCY MANAGER
30 E BROAD ST
14TH FLOOR
COLUMBUS OH 43215-3414

Mark Jay Bamberger
The Mark Bamberger Co., LLC
PO Box 189
Spring Valley, OH 45370-0189

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Austin B Barnes III
Law Offices of Manbir S. Sandhu, LLC
1213 Prospect Avenue, Suite 300
Cleveland, OH 44115-1260

Christine Bowen
RE/MAX Town & Country
1315 Tuskawilla Rd., Suite 101
Winter Springs, FL 32708-5059

City of Columbus Attorney
90 W. Broad St. Room 200
Columbus, OH 43215-9013

(p)COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

Verna Coward
c/o Brian Green
25101 Chagrin Blvd. #220
Beachwood, OH 44122-5656

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Franklin County Treasurer
373 S. High St. 17th Floor
Columbus, OH 43215-4591

Brian M Gianangeli
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, OH 43016-3241

Graf & McGovern LPA
604 E. Rich St.
Columbus, OH 43215-5341

Brian Green
25101 Chagrin Blvd
Ste 220
Beachwood, OH 44122-5656

Maria C Mariano Guthrie
Kegler Brown Hill & Ritter
65 East State Street
Suite 1800
Columbus, OH 43215-4294

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Theodore W Johnson
Johnson & Company CPA, LLC
87 Preswicke Mill
Blacklick, OH 43004-8774

John W Kennedy
Strip Hoppers Leithart McGrath & Terleck
575 S. Third St.
Columbus, OH 43215-5755

Law Office of Manbir Sandhu
1213 Prospect Ave. #300
Cleveland, OH 44115-1260

Mishkind Kulwicki Law Co
23240 Chagrin Blvd.
Ste 101 Commerce Park IV
Beachwood, OH 44122-5404

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

New Perspective Asset Management, LLC
c/o James A. Coutinho
ALLEN STOVALL NEUMAN & AS
10 WEST BROAD ST
SUITE 2400
COLUMBUS, OH 43215-3469

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Rent Due LLC
c/o Maria Mariano Guthrie
Kegler, Brown, Hill & Ritter
65 E. State Street, Ste. 1800
Columbus, OH 43215-4294

Lони Rae Samson
Strip, Hoppers, Leithart, McGrath & Terl
575 South Third Street
Columbus, OH 43215-5755

Shapero & Green LLC
25101 Chagrin Blvd. #220
Beachwood, OH 44122-5656


TLOA Acquisitions, LLC - Series 2
11 Talcott Notch Road
Farmington, CT 06032-1817

TLOA Servicing LLC
11 Talcott Notch Rd.
Farmington, CT 06032-1817

Tax Ease Ohio, LLC
14800 Landmark Blvd., Suite 400
Dallas, TX 75254-7598


Myron N Terlecky
575 S Third St
Columbus, OH 43215-5755

US Attorney General
Main Justice Bldg, Room 5111
10th & Constitutional Avenue NW
Washington, DC 20530-0001

US Bank as Customer
c/o Liege Tax Liens LLC 18
P.O. Box 645040
Cincinnati, OH 45264-0303


US District Attorney
303 Marconi Blvd
Columbus, OH 43215-2839

Verna Coward
16250 Flint Ridge Rd. South
Newark, OH 43056-9457

Verna Coward
Verna & Craig Coward, Admin.
25101 Chagrin Blvd. #220
Beachwood, Oh 44122-5656


Verna Coward
Verna & Craig Coward, Admins
Estate of Frederick Coward
25101 Chagrin Blvd. #220
Beachwood, OH 44122-5656

Verna R. Coward
Adm Est.Frederick Coward, Jr.
25101 Chagrin Blvd #220
Beachwood, Oh 44122-5656

Jose R. Villavicencio
PO Box 32185
Columbus, OH 43232-0185


Weltman Weinberg & Reis
3705 Marlane Dr.
Grove City, OH 43123-8895

Westgate Blue Tree Owners Association,
C/O Greenspoon Marder LLP
201 E. Pine Street, Suite 500
Orlando Florida 32801-2718


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Electric Power
Attn Bankruptcy
1 AEP Way
Hurricane, WV 25526-1231

Attorney General - Rev Rec
ATTN: Bankruptcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Bank of America
Billing Inquiries
PO Box 982236
El Paso, TX 79998-2236


Columbia Gas
290 W. Nationwide Blvd. 5th Flr
Bankruptcy Department
Columbus, OH 43215-4157

Nationstar Mortgage LLC
Attn Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ohio Department of Taxation

(u)TSA Acquisitions, LLC

(u)Tax Ease Ohio, LLC

(d)Myron N Terlecky
575 S Third Street
Columbus, OH 43215-5755

(d)US Bank as Customer
c/o Liege Tax Liens LLC 18
P.O. Box 645040
Cincinnati, OH 45264-0303

End of Label Matrix
Mailable recipients    46
Bypassed recipients     5
Total                  51