**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-52861 | | | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|---|---|
| Case Name: | VILLAVICENCIO, JOSE R. | | | Date Filed (f) or Converted (c): | 05/01/2019 (f) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 06/10/2019 |
| | | | | Claims Bar Date: | 09/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset was marked VOID as it was previously a duplicate of Asset 2.  The notation of this asset as fully administered should not be interpreted as suggesting that Asset 2 is fully administered. | | | | | |
| 2 | 44-46 S Hague Ave. Columbus OH 43204-0000 | $72,200.00 | $68,200.00 | | $0.00 | FA |
| Asset Notes: | This asset was transferred to a third party on the petition date.  An avoidance action was filed.  See Asset 34. | | | | | |
| 3 | 483-5 S Champion Ave. Columbus, OH - 43205-0000 Franklin County | $51,400.00 | $51,400.00 | | $0.00 | FA |
| Asset Notes: | This asset was transferred to a third party on the petition date.  An avoidance action was filed.  See Asset 34. | | | | | |
| 4 | 1361 E. University Blvd. Apt. 306 Las Vegas, NV - 89119-0000 Clark County | $60,000.00 | $15,000.00 | | $0.00 | $60,000.00 |
| 5 | 5465 Hansel Ave. Camelot by the Lake Orlando, FL - 32809-0000 Orange County | $90,000.00 | $90,000.00 | | $129,000.00 | FA |
| 6 | 5449 Hansel Ave Camelot by the Lake Orlando, FL - 32809-0000 Orange County | $50,000.00 | $50,000.00 | | $106,000.00 | FA |
| 7 | Household Furnishings | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Electronics | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Fifth Third Bank | $2,000.00 | $175.00 | | $0.00 | FA |
| 11 | Checking Fifth Third Bank (business account) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Name of entity: % of ownership: South German Village LLC 5 % | $20,000.00 | $57,566.45 | | $56,566.45 | $1,000.00 |
| Asset Notes: | The real estate owned by this LLC was the subject of the adversary proceeding for substantive consolidation.  The adversary proceeding was settled.  See, Doc. 149.  See, also Asset 15.  The payments due under that compromise have been made.  The value of this asset is listed for litigation purposes only and is not an indication of the actual value of the asset.  While the interest of the LLC in certain real estate has been settled, the ownership interest remains an asset to be administered.  The value of this ownership interest is not known and is listed for litigation purposes only. | | | | | |
| 13 | JVAT LLC 50 % | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | At the deposition in the case McDermont v Villavicencio, Adv. Pro. 19-2140, held on August 26, 2020, the Debtor testified that this entity owned no assets.  Because of the lack of records maintained by the Debtor, the notation that this asset has been fully administered is not an admission by the Trustee that there are in fact no assets owned by this entity. | | | | | |
| 14 | Amerience LLC 100 % | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | At the deposition in the case McDermont v Villavicencio, Adv. Pro. 19-2140, held on August 26, 2020, the Debtor testified that this entity owned no assets.  Because of the lack of records maintained by the Debtor, the notation that this asset has been fully administered is not an admission by the Trustee that there are in fact no assets owned by this entity. | | | | | |
| 15 | Argous LLC 5 % | $2,500.00 | $71,000.00 | | $70,000.00 | $1,000.00 |
| Asset Notes: | The real estate owned by this LLC was the subject of the adversary proceeding for substantive consolidation.  The adversary proceeding was settled.  See, Doc. 149.  See, also Asset 12.  The | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 19-52861 | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | VILLAVICENCIO, JOSE R. | Date Filed (f) or Converted (c): | 05/01/2019 (f) |
| For the Period Ending: | 03/31/2025 | §341(a) Meeting Date: | 06/10/2019 |
| | | Claims Bar Date: | 09/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| payments due under that compromise have been made.  The value of this asset is listed for litigation purposes only and is not an indication of the actual value of the asset.  While the interest of the LLC in certain real estate has been settled, the ownership interest remains an asset to be administered.  The value of this ownership interest is not known and is listed for litigation purposes only. | | | | | |
| 16   JRV SEPIRA LLC 100 % | Unknown | $496,900.00 | | $0.00 | FA |
| **Asset Notes:**    The valuation placed by the Trustee is based on the County Auditor's value of the real estate owned by this entity.  This entity is owned by the IRA referenced in Asset 18.  This asset is therefore duplicated by Asset 18.   All proceeds received from the sale of assets owned by this LLC will be listed with Asset 18.  Identifying this asset as Fully Administered is not an admission that the assets owned by this LLC have been fully administered. | | | | | |
| 17   South German Village Medical Inc. 100 % | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    There is no evidence that this entity owns any real estate.  Because of the lack of records maintained by the Debtor, the notation that this asset has been fully administered is not an admission by the Trustee that there are in fact no assets owned by this entity. | | | | | |
| 18   IRA Madison Trust (JRV SEPIRA LLC) | $240,000.00 | $1,117,200.00 | | $172,273.70 | $944,926.30 |
| **Asset Notes:**    This asset owns the entity listed in Asset 16.   The valuation placed by the Trustee is based on the County Auditor's value of the real estate owned by this entity.  The value of the real estate will be determined as it is sold.  The Debtor claimed an exemption in this asset.  The Trustee's objection to the claimed exemption was sustained, including through the appeals referenced in the notes. | | | | | |
| 19   12007 Cypress Rd. Orlando, FL 32836   (u) | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| **Asset Notes:**     Timeshare Deeded to South German Village Medical Center | | | | | |
| 20   Grayson County Virginia Property   (u) | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:**     Undeveloped Plot of Land, Landlocked | | | | | |
| 21   1980 Porsche   (u) | $300.00 | $300.00 | | $0.00 | FA |
| 22   Chevrolet Corvette 1978   (u) | $300.00 | $300.00 | | $0.00 | FA |
| 23   Datsun 240 1974   (u) | $200.00 | $200.00 | | $0.00 | FA |
| 24   Oldsmobile Toronado 1966   (u) | $0.00 | $400.00 | | $0.00 | FA |
| 25   AMC--AMX   (u) | $300.00 | $300.00 | | $0.00 | FA |
| 26   Lotus Exprit 1974   (u) | $0.00 | $200.00 | | $0.00 | FA |
| 27   Ford F-150 1992   (u) | $300.00 | $300.00 | | $0.00 | FA |
| 28   Mitsubishi 3000 GT 1996   (u) | $400.00 | $400.00 | | $0.00 | FA |
| 29   Nissan Maxima 2000   (u) | $300.00 | $300.00 | | $0.00 | FA |
| 30   Chevrolet Box Truck   (u) | $400.00 | $400.00 | | $0.00 | FA |
| 31   Ford Van 1996   (u) | $0.00 | $400.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-52861 | | | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|---|---|
| Case Name: | VILLAVICENCIO, JOSE R. | | | Date Filed (f) or Converted (c): | 05/01/2019 (f) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 06/10/2019 |
| | | | | Claims Bar Date: | 09/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32  Toyota Camry 1993 (u) | $300.00 | $300.00 | | $0.00 | FA |
| 33  Toyota Camry 2003 (u) | $300.00 | $300.00 | | $0.00 | FA |
| 34  Avoidance Claim related to Assets 2 and 3 above (u) | $0.00 | $123,600.00 | | $80,000.00 | FA |
| Asset Notes:  This avoidance claim is Adv. Pro 21-2017. | | | | | |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $672,600.00 | $2,225,641.45 | | $613,840.15 | $1,086,926.30 |

**Major Activities affecting case closing:**

03/31/2025   The Debtor filed a Pro Se Appeal in the Sixth Circuit Court of Appeals on January 21, 2025, even though the appeal was dismissed. A Motion to Reinstate the Appeal was then filed by the Debtor to reinstate the appeal on February 5, 2025. On February 21, 2025, the Appeal was reinstated. In the Appeal, on February 25, 2025, the Debtor filed a Motion requesting the Court to assign court appointed legal counsel. The Trustee filed a response on March 4, 2025. The Court of Appeals has not ruled at this point. After the Court reinstated the Appeal, the Trustee filed his Brief on March 18, 2025. No further action has been taken at the Appellate Court.

The Trustee received updated title reports on the real estate owned by JRV Sepira LLC. The Trustee is working with the title agency and will be filing a Motion to Sell Real Estate by JRV Sepira LLC by April 21, 2025.

The Trustee also inquired with counsel for the Ohio Department of Taxation regarding judgment liens. It was determined that the Ohio Department of Taxation was paid in full. The claim of the Ohio Department of Taxation in the amount of $50,000 (Claim 7) was withdrawn.

The Trustee continues to monitor the Receivership proceedings and the sale of property in the name of South German Village Medical Center LLC, an entity that does not exist, with the proceeds to be turned over.

01/01/2025   On October 25, 2024, an order was entered authorizing the employment of an accountant to file all tax returns required in this case (doc. 197).

Attorney Fees and Expenses were awarded and paid in the amount of $163,000 and $1,940.87. Mediator Fees were paid in the amount of $2,500.00.

After the Bankruptcy Appellate Panel dismissed an Appeal by an Order entered on October 8, 2024, the Debtor filed a Pro Se appeal to the Sixth Circuit Court of Appeals. The Debtor's brief is due on January 6, 2025.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-52861 | | | Trustee Name: | Myron N. Terlecky |
| Case Name: | VILLAVICENCIO, JOSE R. | | | Date Filed (f) or Converted (c): | 05/01/2019 (f) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 06/10/2019 |
| | | | | Claims Bar Date: | 09/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/01/2024    The Trustee has reached an agreement with the attorney for Verna Coward who has a judgment lien on real estate in Franklin County, Ohio and in Florida. A motion to compromise that claim was filed on July 18, 2024. The Trustee filed a Motion to Sell Florida Real Estate on July 18, 2024.

On May 22, 2024, the Debtor filed a Motion to Reopen the Case (sic). A response was filed since the case was already open. On July 19, 2024, the Court denied the Motion to Reopen.

On August 21, 2024, the Debtor, on a pro se basis, filed an Appeal of the July 19 Order to the Bankruptcy Appellate Panel for the Sixth Circuit Court of Appeals. The Appeal was not timely filed. .

Orders authorizing the sale of the Florida real estate were entered on August 9, 2024, and an Amended Order was entered on August 27, 2024. The Amended Order was entered as the August 7 Order did not include the legal description that was to be attached to the Order. The Florida real estate was sold on August 20, 2024. The total net proceeds to the bankruptcy estate from the sale of the Florida real estate was over $72,000. The net proceeds from the sale of the Florida real estate is the amount after the payment to Verna Coward, which compromise was approved on August 29, 2024 (Doc. 181).

The final payment on the compromise regarding the substantive consolidation adversary proceeding that was approved on June 7, 2024, was received on August 8, 2024, in the amount of $70,00.00.

07/01/2024    On April 25, 2024, a motion to approve the compromise regarding the substantive consolidation lawsuit was filed and approved on June 7, 2024.

03/31/2024    The Motion to Withdraw the Reference in the pending Substantative Consolidation adversary proceeding was denied by the District Court by an Order entered on October 12, 2023.

A mediation is scheduled for April 3, 2024, in the Adversary Proceeding for Substantive Consolidation and for Turnover of Property of the Estate.

After filing briefs in January 2023, the Sixth Circuit Court of Appeals, on December 26, 2023, entered an Order affirming the District Court's Order that affirmed the Bankruptcy Court's Order sustaining an Objection to the claimed exemption and denied the Debtor's Motions as moot.  The Debtor on March 26, 2024, filed a petition for Writ of Certiori with the US Supreme Court.

The Trustee continues to monitor proceedings in the Franklin County Municipal Court, Environmental Division, with respect to properties that are in the name of LLCs in which the Debtor has an interest.

On January 2, 2024, the Court entered an Order Granting Motion of Chapter 7 Trustee for Authority to Liquidate Assets of JRV SEPIRA, LLC (See, Asset 16). The Trustee has collected certain funds arising out of the foreclosure sales in the Franklin County Common Pleas Court.

On March 22,2024, an Application to employ a realtor to sell real estate owned by the Debtor located in Florida was filed.  The Trustee will be moving to sell all other real estate by May 15, 2024.

| | | | **SUBTOTALS** | **$0.00** | **$0.00** |

FORM 2

Page No: 5

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 19-52861 | | | Trustee Name: | Myron N. Terlecky |
| Case Name: | VILLAVICENCIO, JOSE R. | | | Date Filed (f) or Converted (c): | 05/01/2019 (f) |
| For the Period Ending: | 03/31/2025 | | | §341(a) Meeting Date: | 06/10/2019 |
| | | | | Claims Bar Date: | 09/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/31/2023 | On January 13, 2022, an Opinion and Order was entered sustaining the Trustee's Objection to the Debtor's Claimed Exemptions (Doc #100). The U.S. District Court affirmed the Bankruptcy Court on January 27, 2023. The Debtor filed a pro se appeal to the 6th Circuit Court of Appeals. the Trustee's brief is due July 31, 2023. .<br><br>The Adversary Proceeding for an Avoidance Claim, filed on April 8, 2021, Adv. Pro. 21-2017, was settled and the sum of $80,000 was received in November, 2022.<br><br>The Adversary Proceedings for Substantive Consolidation and for Turnover of Property of the Estate is the subject of a Motion to Withdraw the reference. No trial date has been set.<br><br>Real estate owed by LLCs in which the Debtor has an interest is being foreclosed upon in the Court of Common Pleas of Franklin County, Ohio. The Trustee has filed a Motion to Intervene in each case and is seeking to have any excess funds paid over to the bankruptcy estate.<br><br>The resolution of the appeal and the pending adversary proceeding will determine the administration of this case. |
| 11/22/2022 | An Order approving a Compromise with the Defendant in Adv Pro 21-2017 (Asset 34) was entered on August 4, 2022. The Defendant failed to perform and a Motion to vacate the Compromise was filed on Sept 14, 2022 (Doc 116). An Agreed Order on the Motion to Vacate was entered on November 14, 2022 (Doc.117), The settlement payment was received today, and the Adversary Proceeding will be dismissed. |
| 03/31/2022 | On January 13, 2022, an Opinion and Order was entered sustaining the Trustee's Objection to the Debtor's Claimed Exemptions (Doc #100). The Debtor has filed an appeal of that Opinion. The resolution of the appeal and the pending adversary proceedings will determine the administration of this case. |
| 06/30/2021 | On July 14, 2020, an Objection to Debtor's Claim of Exemptions was filed (Doc. 55). A hearing on the claim for exemption was held on December 14, 2020. Post-hearing briefs were completed on February 1, 2021. An Adversary Proceeding for an Avoidance Claim was filed on April 8, 2021, Adv. Pro. 21-2017.<br>On April 30, 2021, Adv. Pro. 21-2019 was filed for Substantive Consolidation and for Turnover of Property of the Estate seeking to substantively consolidate various limited liability companies in which the Debtor had an interest in the Debtor's bankruptcy case.<br>The filing of the Final Report will depend upon the resolution of the referenced Adversary Proceedings. |
| 06/30/2020 | The Trustee is preparing a Complaint to substantively consolidate the assets of the Debtor with his interest in a number of business entities. An Objection to the IRA Exemption set forth in the Schedules will be filed by July 14, 2020. |
| 06/30/2019 | The meeting of creditors was adjourned to July 15, 2019. Debtor was to provide documentation to allow a determination to be made as to the value of his assets. Debtor failed to do so. Trustee is investigating the value of the assets and avoidance claims. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | 12/31/2026 | /s/ MYRON N. TERLECKY |
|---|---|---|---|---|
| | | | | MYRON N. TERLECKY |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 19-52861 | | Trustee Name: | Myron N. Terlecky |
| --- | --- | --- | --- | --- |
| Case Name: | VILLAVICENCIO, JOSE R. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0281 | | Checking Acct #: | ******0271 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2024 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/23/2022 | (34) | KEMBA FINANCIAL CREDIT UNION | Payment of Avoidance Claim | 1241-000 | $80,000.00 | | $80,000.00 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $118.91 | $79,881.09 |
| 01/04/2023 | 3001 | INSURANCE PARTNERS | Pro Rata Bond Payment--Invoice #1074499 | 2300-000 | | $4.57 | $79,876.52 |
| 06/21/2023 | (18) | FRANKLIN COUNTY CLERK OF COURTS | Payment for Real Estate Sold at State Court Foreclosure Sale. 2581 Parkwood Ave., Cols, OH | 1129-000 | $59,494.65 | | $139,371.17 |
| 08/11/2023 | (18) | FRANKLIN COUNTY SHERIFF'S OFFICE | Payment on Real Estate at 637 S. Wheatland Ave. | 1129-000 | $51,653.59 | | $191,024.76 |
| 08/24/2023 | (18) | FRANKLIN COUNTY SHERIFF'S OFFICE | Payment on Real Estate at 1003 McClelland Ave. | 1129-000 | $61,125.46 | | $252,150.22 |
| 11/29/2023 | (12) | FRANKLIN COUNTY SHERIFF'S OFFICE | Payment of Proceeds for 1037 & 1039 James Rd. South German Village LLC | 1129-000 | $56,566.45 | | $308,716.67 |
| 11/30/2023 | 3002 | INSURANCE PARTNERS | Bond Payment | 2300-000 | | $54.56 | $308,662.11 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $443.97 | $308,218.14 |
| 08/08/2024 | (15) | Land and Mortgage Title Agency | Payment of Settlement Proceeds re: the settlement of Adv. Pro. 21-2019 (See also, Doc. 149) | 1249-000 | $70,000.00 | | $378,218.14 |
| 08/21/2024 | | LEADING EDGE TITLE OF CENTRAL FLORIDA, LTD | Payment on Sale of Real Estate | * | $76,423.87 | | $454,642.01 |
| | {5} | | Gross Proceeds                $129,000.00 | 1110-000 | | | $454,642.01 |
| | | | HOA--Outstanding Balance to Arias Bosinger, PLLC                ($21,950.19) | 4120-000 | | | $454,642.01 |
| | | | Property Taxes to Orange County Tax Collector/County Taxes                ($20,522.99) | 2820-000 | | | $454,642.01 |
| | | | Realtor Commissions                ($7,740.00) | 3510-000 | | | $454,642.01 |
| | | | Credit for HOA Proration                $193.80 | 2420-000 | | | $454,642.01 |
| | | | Settlement Charges                ($2,556.75) | 2500-000 | | | $454,642.01 |

| | | | | **SUBTOTALS** | $455,264.02 | $622.01 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** 19-52861 | **Trustee Name:** Myron N. Terlecky |
| **Case Name:** VILLAVICENCIO, JOSE R. | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***0281 | **Checking Acct #:** ******0271 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** |
| **For Period Beginning:** 04/01/2024 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** 03/31/2025 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/21/2024 | | LEADING EDGE TITLE OF CENTRAL FLORIDA, LTD | Payment on Sale of Real Estate | * | $68,575.35 | | $523,217.36 |
| | {6} | | Gross Proceeds $106,000.00 | 1110-000 | | | $523,217.36 |
| | | | HOA Assessment and Estoppel Reimbursements ($15,524.80) | 4120-000 | | | $523,217.36 |
| | | | Orange County Taxes/County Taxes ($13,401.66) | 2820-000 | | | $523,217.36 |
| | | | Realtors Commission ($6,360.00) | 3510-000 | | | $523,217.36 |
| | | | Credit for HOA Proration $142.56 | 2420-000 | | | $523,217.36 |
| | | | Settlement Charges ($2,280.75) | 2500-000 | | | $523,217.36 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $604.83 | $522,612.53 |
| 09/03/2024 | 3003 | Verna R. Coward and Verna R. Coward, Administrator | Payment on Compromise of Claims--Sale Proceeds from 5449 Hansel Ave. Order Entered 8-29-24 | 4110-000 | | $34,287.68 | $488,324.85 |
| 09/03/2024 | 3004 | Verna R. Coward and Verna R. Coward, Administrator | Payment on Compromise--Sale Proceeds from 5465 Hansel Ave. Order Entered 8-29-24 | 4110-000 | | $38,211.93 | $450,112.92 |
| 09/11/2024 | 3005 | Land and Mortgage Title | Payment of Administrative Expense Claim Order Entered 9-9-2024 (Doc. 187) | 2990-000 | | $3,000.00 | $447,112.92 |
| 09/25/2024 | | Leading Edge Title of Central Florida, Ltd | Refund of Overpayment of Taxes | 2820-002 | | ($118.57) | $447,231.49 |
| 09/25/2024 | | Leading Edge Title of Central Florida Ltd | Refund of Overpayment of Taxes | 2820-002 | | ($72.75) | $447,304.24 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $615.83 | $446,688.41 |
| 09/30/2024 | 3006 | Verna R. Coward and Verna R. Coward, Administrator | Payment on Compromise Order (Doc. 181) 5449 Hansel Ave. Refund of tax Overpayment | 4110-000 | | $36.38 | $446,652.03 |
| 09/30/2024 | 3007 | Verna R. Coward and Verna R. Coward, Administrator | Payment on Compromise Order (Doc. 181) 5465 Hansel Ave. Refund of tax Overpayment | 4110-000 | | $59.29 | $446,592.74 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $558.36 | $446,034.38 |
| 11/08/2024 | 3008 | STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO. LPA | Attorney for Trustee Fees (Order Entered 11-7-24) Doc. 199 | 3110-000 | | $163,000.00 | $283,034.38 |

**SUBTOTALS**  $68,575.35   $240,182.98

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 19-52861 | | Trustee Name: | Myron N. Terlecky |
| Case Name: | VILLAVICENCIO, JOSE R. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0281 | | Checking Acct #: | ******0271 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2024 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2024 | 3009 | STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA | Attorney for Trustee Expenses (Order Entered 11-7-24) Doc. 199 | 3120-000 | | $1,940.87 | $281,093.51 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $437.94 | $280,655.57 |
| 12/16/2024 | 3010 | INSURANCE PARTNERS | Bond Payment | 2300-000 | | $92.75 | $280,562.82 |
| 12/30/2024 | 3011 | WILLIAM B. LOGAN | Payment of Mediator Fees (Administrative Expense Claim)--Order Entered 12-26-24 (Doc. 205) | 3721-000 | | $2,500.00 | $278,062.82 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $350.78 | $277,712.04 |
| 01/09/2025 | 3006 | STOP PAYMENT: Verna R. Coward and Verna R. Coward, Administrator | Payment on Compromise Order (Doc. 181) 5449 Hansel Ave. Refund of tax Overpayment | 4110-004 | | ($36.38) | $277,748.42 |
| 01/09/2025 | 3007 | STOP PAYMENT: Verna R. Coward and Verna R. Coward, Administrator | Payment on Compromise Order (Doc. 181) 5465 Hansel Ave. Refund of tax Overpayment | 4110-004 | | ($59.29) | $277,807.71 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $347.25 | $277,460.46 |
| 02/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $346.82 | $277,113.64 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $346.39 | $276,767.25 |

**SUBTOTALS** $0.00 $6,267.13

**FORM 2**
Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 19-52861 |
| Case Name: | VILLAVICENCIO, JOSE R. |
| Primary Taxpayer ID #: | **-***0281 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2024 |
| For Period Ending: | 03/31/2025 |

| | |
|---|---|
| Trustee Name: | Myron N. Terlecky |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0271 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $523,839.37 | $247,072.12 | $276,767.25 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $523,839.37 | $247,072.12 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $523,839.37 | $247,072.12 | |

**For the period of 04/01/2024 to 03/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $305,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $305,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $336,894.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $336,894.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/22/2022 to 3/31/2025**

| | |
|---|---|
| Total Compensable Receipts: | $613,840.15 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $613,840.15 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $337,072.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $337,072.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-52861 | |
| Case Name: | VILLAVICENCIO, JOSE R. | |
| Primary Taxpayer ID #: | **-***0281 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2024 | |
| For Period Ending: | 03/31/2025 | |

| | |
|---|---|
| Trustee Name: | Myron N. Terlecky |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0271 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $523,839.37 | $247,072.12 | $276,767.25 |

| For the period of 04/01/2024 to 03/31/2025 | | For the entire history of the account between 11/22/2022 to 3/31/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $305,000.00 | Total Compensable Receipts: | $613,840.15 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $305,000.00 | Total Comp/Non Comp Receipts: | $613,840.15 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $336,894.86 | Total Compensable Disbursements: | $337,072.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $336,894.86 | Total Comp/Non Comp Disbursements: | $337,072.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ MYRON N. TERLECKY

MYRON N. TERLECKY