UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

## RESPONSE OF CHAPTER 7 TRUSTEE IN OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL (DOC. 219)

Now comes Myron N. Terlecky, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jose R. Villavicencio (the "Debtor"), by and through the undersigned counsel, and hereby submits his response in opposition (the "Response") to the *Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P 8005* (Doc. 219) (the "Motion") filed by the Debtor on July 24, 2025.  A memorandum in support is attached.

Respectfully submitted,

/s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Loni R. Sammons (0102196)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
          jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee

## MEMORANDUM IN SUPPORT

## I.      INTRODUCTION AND BACKGROUND

The Motion and related notice of appeal represent the latest attempt by the Debtor to interfere with and delay the Trustee's administration of this Chapter 7 bankruptcy case. The Debtor lacks standing to oppose the Motion to Sell, as defined below, and the Debtor lacks standing to appeal the Order of Sale, as defined below. For these reasons and because the Motion fails to meet the requirements for a stay pending appeal, the Motion should be denied.

On January 2, 2024, this Court entered its *Order Granting Motion of Chapter 7 Trustee for Authority to Liquidate Assets of JRV Sepira LLC* (Doc. 139) which authorizes the Trustee to sell the assets of the LLC to, first, pay the creditors of the LLC, and second, for the benefit of the bankruptcy estate. On April 15, 2025, the Trustee filed his *Motion of Chapter 7 Trustee for Authority to Sell Real Estate Located at (1) 409-411 St. Clair Avenue, Columbus, Ohio, (2) 527-529 Stewart Avenue, Columbus, Ohio, (3) 2269 Jefferson Avenue, Columbus, Ohio and (4) 354 Harris Avenue, Columbus, Ohio Free and Clear of all Claimed Liens, Interests or Encumbrances* (Doc. 210) (the "Motion to Sell"). The Motion to Sell sought authority to sell three pieces of real estate owned by JRV Sepira, LLC (the "LLC") and one piece of real estate jointly owned by the Debtor and another party.

No response or opposition was filed to the Motion to Sell. The Debtor did not file any response or opposition to the Motion to Sell. On July 11, 2025, this Court entered its *Order Granting Motion of Chapter 7 Trustee for Authority to Sell Real Estate Located at (1) 409-411 St. Clair Avenue, Columbus, Ohio, (2) 527-529 Stewart Avenue, Columbus, Ohio, (3) 2269 Jefferson Avenue, Columbus, Ohio and (4) 354 Harris Avenue, Columbus, Ohio Free and Clear of all Claimed Liens, Interests or Encumbrances (Doc. 210)* (Doc. 213) (the "Order of Sale").

As to the one piece of real estate jointly owned by the Debtor and another party, an agreement was reached authorizing the Trustee to sell the real estate located at 354 South Harris Ave., Columbus, Ohio (the "South Harris Real Estate").  An Order approving the disposition of the proceeds and contemplating the sale of the South Harris Real Estate was entered on June 7, 2024 (the "June 7 Order")  (See, Doc. 149).  The Debtor, over a year ago, failed to take any action with respect to the terms of the June 7, 2024 Order.  Through the Motion and appeal, the Debtor now challenges the sale of the South Harris Real Estate, along with the sale of other real estate.

In his Motion, the Debtor suggests that on July 23, 2025, he became aware of the Motion to Sell for the first time.  In order to clarify any ambiguity with that statement, the Trustee notes that the Debtor was served with the Motion to Sell at a number of different addresses, each of which the Debtor has used since the commencement of this case.

Local Bankruptcy Rule 4002 imposes upon the Debtor an obligation to file a notice of any change of address (LBR 4002-2(a)).  In a case that has been pending for over five (5) years, the Debtor and his counsel have failed to file such a notice.  The Motion to Sell also was served upon the Debtor at the addresses listed below and upon his counsel of record.  If counsel for the Debtor failed to advise him of the Motion to Sell, then the Debtor should seek the appropriate relief against his counsel.

The reason for serving the Debtor at each of the addresses  listed below was done to avoid the continued frivolous claims of lack of notice, notwithstanding the failure of the Debtor and his current counsel to comply with the obligations required by the Local Bankruptcy Rules.  The Trustee utilized the following addresses as set forth in the Motion to Sell:

     a.     Jose R. Villavicencio
              P O Box 32185
              Columbus, OH  43232

This is the mailing address listed by the Debtor in his bankruptcy petition and remains the

Debtor's mailing address on the Court's docket.  See, Doc. 1

      b.       Jose R. Villavicencio
              3339 Daglow Rd.
              Columbus, OH  43232

This is the address referenced by the Debtor as where he lived when the bankruptcy case was

filed and utilized by the Debtor when proceedings pro se notwithstanding having an attorney of

record. See Doc. 1; see also, Doc. 218.

      c.       Jose Villavicencio
              1664 Parsons Ave.
              Columbus, OH 43207

This is the address utilized by the Debtor in a myriad of pleadings filed in other matters. See,

*Villavicencio v. City of Columbus*, Case No. 25CV0134; U.S. District Court, Southern District of

Ohio, Doc. 1; (a copy of the In Forma Pauperis Application is attached as Exhibit A). See, also,

Notice of Appeal to the Sixth Circuit, Docs. 176 and 193.

      d.       Jose Villavicencio
              669 South 22nd St.
              Columbus, OH 43205

This is the address utilized by the Debtor in a myriad of pleadings filed in other matters. See, *State

of Ohio, City of Columbus v South German Village Med. Center,* Notice of Change of Contact

Information, filed on September 15, 2023,  in the Franklin County Municipal Court, Environmental

Division Case 16EVH60013 (the "Environmental Court Case"), a copy of which is attached as

Exhibit B; a Motion filed by the Debtor on October 30, 2023, in the Environmental Court Case , a

copy of which is attached hereto as Exhibit C; a Notice of Appeal filed on November 15, 2023, by

the Debtor in the Environmental Court Case, a copy of which is attached hereto as Exhibit D; and,

a Complaint filed on November 8, 2025, in the Common Pleas Court of Franklin County, Ohio, a

copy of which is attached hereto as Exhibit E.

On July 24, 2025, the Debtor filed his *Notice of Appeal and Statement of Election* (Doc.

218) with respect to the Order of Sale.  On the same date, the Debtor filed the Motion.  The Motion

alleges, among other things, that the Debtor is likely to succeed on this appeal because of an

"overlapping" appeal before the U.S. Court of Appeals for the Sixth Circuit (Case No. 24-3963)

(the "Sixth Circuit Appeal"), and that without a stay, the Debtor will suffer irreparable injury.

## II.   LAW AND ARGUMENT

Stays pending appeal are governed by Fed. R. Bankr. P. 8007 (formerly Bankr. R. 8005).

As this Court has explained:

> Bankruptcy Rule 8005 authorizes a stay pending appeal upon motion by a party in interest.
> It is well established in this circuit that this Court must weigh the following when
> considering a motion for  a stay pending appeal: "(1) the likelihood that the party seeking
> the stay will prevail on the merits of the appeal; (2) the likelihood that the moving party
> will be irreparably harmed absent a stay; (3) the prospect that others will be harmed if the
> court grants the stay; and (4) the public interest in granting the stay." *Mich. Coalition of
> Radioactive Material Users, Inc. v. Griepentrog*, 945 F. 2d 150, 153 (6th Cir. 1991); *In re
> Smithers*, 2005 Bankr. LEXIS 2899, *3-4 (Bankr. S.D. Ohio 2005).

*In re Gress*, 435 B.R. 520, 523 (Bankr. S.D. Ohio 2010) (Preston, J.).  Furthermore, "The movant

is always required to demonstrate more than the mere 'possibility' of success on the merits. For

example, even if a movant demonstrates irreparable harm that decidedly outweighs any potential

harm to the defendant if a stay is granted, he is still required to show, at a minimum, 'serious

questions going to the merits.'"  *In re Gress*, 435 B.R. at 523 (quoting *Mich. Coalition*, 945 F.2d

at 153).

In the present case, the Debtor cannot demonstrate a likelihood that he will prevail on the

merits because the Debtor lacked standing to oppose the Motion to Sell in the first place.  "It is

well-established that a Chapter 7 debtor is a 'party in interest' and has standing to object to a sale

of the assets, or otherwise participate in litigation surrounding the assets of the estate, *only* if there

could be a surplus after all creditors' claims are paid." *60 E. 80th St. Equities, Inc. v. Sapir (In re*

*60 E. 80th St. Equities)*, 218 F.3d 109, 115 (2nd Cir. 2000) (emphasis added).   That is, unless a

debtor can demonstrate that there is a reasonable possibility of a surplus to be received by the

debtor, the debtor has no pecuniary interest in the outcome of a sale of assets.   Further, to

demonstrate standing, "the debtor cannot simply claim that there is a theoretical chance of a surplus

in the estate, but must show that such surplus is a reasonable possibility." *Simon v. Amir (In re*

*Amir)*, 436 B.R. 1, 10 (B.A.P. 6th 2010) (internal citations and quotations omitted).   The debtor

has the burden of demonstrating a reasonable possibility of a surplus.   *In re Underwood*, 583 B.R.

438, 441 (Bankr. E.D. Mich. 2018) (citing *In re Lunan*, 523 Fed. App'x. 339, 340 (6th Cir. 2013)).

Here, the Debtor failed to demonstrate a reasonable possibility of a surplus, and, considering the

multimillion-dollar judgment against him, the Debtor cannot meet this burden.

> Standing is a jurisdictional issue.  *In re Troutman Enterprises, Inc.*, 286 F.3d 359, 364 (6th
> Cir. 2002).  "In essence the question of standing is whether the litigant is entitled to have
> the court decide the merits of the dispute or of particular issues." *Warth v. Seldin*, 422 U.S.
> 490, 498, 95 S.Ct. 2197, 45 L.Ed. 2d 343 (1975). Standing is a "qualifying hurdle that [a
> plaintiff] must satisfy even if raised sua sponte by the court." *Community First Bank v.
> Nat'l Credit Union Admin.*, 41 F.3d 1050, 1053 (6th Cir. 1994); *Newsome v. Batavia Local
> School District*, 842 F.2d 920 (6th Cir. 1988) (issues of standing can be raised by this Court
> sua sponte because standing is "always a "threshold inquir[y]")…."

*In re St. Michael Motor Express*, 2016 Bankr. LEXIS 959, *9 (Bankr. W.D. Tenn. 2016).

The Debtor's lack of standing also bars his appeal, an issue the Trustee will address with

the district court.  "The lack of standing is a jurisdictional bar to appellate review. An appellate

court must therefore raise the issue of standing *sua sponte* because it is 'under an independent

obligation to police its own jurisdiction.'" *Amir*, 436 B.R. at 9 (quoting *SEC v. Basic Energy &*

*Affiliated Res., Inc.*, 273 F.3d 657, 665 (6th Cir. 2001)) (internal citation omitted).

Because the Debtor has not demonstrated the reasonable likelihood of a surplus, the Debtor cannot demonstrate irreparable harm, the second factor listed in the *Gress* and *Mich. Coalition* cases, above.  Again, the Debtor is not harmed by the sale of property of the estate because the Debtor has no pecuniary interest in the property.  Without the likelihood of a surplus, the Debtor will not be harmed by the consummation of the sales contemplated by the Order of Sale.

Conversely, the Trustee and creditors of this estate will be further harmed by the delay that would be caused by a stay pending appeal.  The Debtor has filed several appeals in this case and has generally done whatever he could to thwart the efforts of the Trustee to administer assets of the estate.  Enough is enough.  The Motion is another frivolous attempt to cause delay in this case, and it should be denied.

## III.   CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that this Court deny the Motion and grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Loni R. Sammons (0102196)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
       jwk@columbuslawyer.net
       lrs@columbuslawyer.net
Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing RESPONSE OF CHAPTER 7 TRUSTEE IN OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL (DOC. 219) was served (i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by **first class U.S. Mail** on July 30, 2025 addressed to the parties listed below:

Jose R. Villavicencio
PO Box 32185
Columbus, OH  43232

Also Served At:

Jose R. Villavicencio
3339 Daglow Rd.
Columbus, OH  43232

         And

Jose Villavicencio
1664 Parsons Ave.
Columbus, OH 43207

         And

Jose Villavicencio
669 South 22nd Street
Columbus, OH 43205

Mark J. Bamberger, Esq.[1]
PO Box 189
Spring Valley, OH 45370

         And

Mark J. Bamberger, Esq.[2]
140 E Broadway Ave.
Tipp City, OH 45371

---

[1] While service of a responsive pleading is not required to be sent by regular mail to ECF participants, this pleading is being served by regular mail on counsel for the Debtor.  See, ECF Procedure 9 and LBR 9103-3.

[2] This address is from utilizing the Google search engine to locate any change of address for Debtor's counsel of record..

And

Mark J. Bamberger, Esq.[3]
5601 Rahn de Vue Place
Washington Township, OH 45459

/s/ John W. Kennedy
John W. Kennedy  (0042672)

---

[3] This address for counsel of the Debtor was obtained from the Ohio Supreme Court Attorney Directory.

# EXHIBIT A

Jose Villavicencio
Full Name
1664 Parsons Avenue
Columbus OH 43207

Complete Mailing Address
614 972 3126
Daytime Telephone Number

Plaintiff

JUDGE  WATSON

MAGISTRATE JUDGE  VASCURA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

Jose Villavicencio

(full name)

Plaintiff,

v.

City of Columbus
c/o Zach Klein
77 North Front Street
Columbus OH 43215

Defendant(s).

Case No. 2:25 CV 0134

(to be assigned by the Court)

**IN FORMA PAUPERIS
APPLICATION**
(nonprisoner)

I request that the Court allow me to proceed in forma pauperis in this action
because I am unable to pay the filing fee at the time of filing as a result of my poverty.  I
swear or affirm, under penalty of perjury, that the following information is true and
correct to the best of my knowledge.

In Forma Pauperis Application (nonprisoner) - 1

## AFFIDAVIT

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1000 | $ n/a | $ 1000 | $ n/a |
| Self-employment | $ 0 | $ n/a | $ 0 | $ n/a |
| Income from real property (such as rental income) | $ 0 | $ n/a | $ 0 | $ n/a |
| Interest and dividends | $ min | $ n/a | $ min | $ n/a |
| Gifts | $ 0 | $ n/a | $ 0 | $ n/a |
| Alimony | $ 0 | $ n/a | $ 0 | $ n/a |
| Child support | $ 0 | $ n/a | $ 0 | $ n/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ n/a | $ 0 | $ n/a |
| Disability (such as social security, insurance payments) | $ 0 | $ n/a | $ 0 | $ n/a |
| Unemployment payments 0 | $ 0 | $ n/a | $ 0 | $ n/a |
| Public-assistance (such as welfare) | $ 0 | $ n/a | $ 0 | $ n/a |
| Other (specify): _____ | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2. List your employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| South German Village LLC | 1664 Parsons Ave Columbus OH 43207 | 2013 - 2024 | $1000 + RENT + COMPANY CAR |

In Forma Pauperis Application (nonprisoner) - 2

3. List your spouse's employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| n/a | | | |
| | | | |

4. How much cash do you and your spouse have? $ 92 .
Below, state any money you and your spouse have in bank accounts or other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|----------------------|-----------------|-----------------|------------------------|
| Bank of America | checking | $ 90.98 | $ n/a |
| | | $ | $ |
| | | $ | $ |

5. List the assets (with values) that you own or your spouse owns. *(Do not list clothing and ordinary household furnishings.)*

| Home ( Address and Value) | Other real estate (Address and Value) | Motor vehicle #1 (Value) |
|---------------------------|----------------------------------------|--------------------------|
| no car | none | Make: n/a |
| | | Year: n/a |
| | | Model: |

| Motor vehicle #2 (Value) | Other assets (item and value) | Other assets (item and value) |
|--------------------------|-------------------------------|-------------------------------|
| Make: n/a | | |
| Year: | | |
| Model: | | |

6. Does anyone owe you or your spouse money? State the person's name and the amount owed.
no

In Forma Pauperis Application (nonprisoner) - 3

7. On the chart below, estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $0 | $ n/a |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $75 | $ n/a |
| Home maintenance (repairs and upkeep) | $0 | $ n/a |
| Food | $320 | $ n/a |
| Clothing | $30 | $ n/a |
| Laundry and dry-cleaning | $10 | $ n/a |
| Medical and dental expenses | $20 | $ n/a |
| Transportation (not including motor vehicle payments) | $0 | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $55 | $ n/a |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ n/a |
|    Homeowner's or renter's | $0 | $ n/a |
|    Life | $0 | $ n/a |
|    Health | $none | $ n/a |
|    Motor Vehicle | $95 | $ n/a |
|    Other: | $ | $ n/a |
| Taxes (not deducted from wages or included in Mortgage payments) (specify):_____ | $150 | $ n/a |
| Car payment (creditor):_____ | $0 | $ n/a |
| Credit card (name): PenFed Credit Union | $115 | $ n/a |
| Credit card (name):_____ | $ | $ n/a |
| Department store (name):_____ | $0 | $ n/a |
| Other:_____ | $ | $ n/a |
| Alimony, maintenance, and support paid to others | $0 | $ n/a |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $60 (gas) | $ n/a |
| Other (specify): misc/discretionary | $50 | $ n/a |
| Total monthly expenses: | $1000 | $ n/a |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|------|--------------|-----|
| none | | |
| | | |
| | | |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    Yes  /No/  _(circle one)_

If yes, describe: ___no change.. May get less wages if properties owned by LLC's are sold___

10. Have you paid, or will you be paying, an attorney, paralegal, document preparation service, or anyone else any money for services in connection with this case, including the completion of this form? Yes /No/  _(circle one)_   If yes, how much? $ _zero_

If yes, state the attorney's or person's name, address, and telephone number:
___n/a___

11. Provide any other information that will help explain why you cannot pay the filing fee. If you live with someone who is not your spouse, explain how much they contribute.
___in the middle of bankruptcy.  SEP-IRA all gone___

12. Age: _62_    Years of schooling: _20_

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee in my case. I believe I am entitled to redress for the reasons set forth in my complaint. I swear or affirm under penalty of perjury under the laws of the United States of America that my answers on this form are true and correct. (_See_ 28 U.S.C. § 1746 and 18 U.S.C. § 1621.)

Executed this _18th_ day of ___February___ , 20_25_

Plaintiff    Jose Villavicencio

RECEIVED

FEB 11 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN          DIVISION

JEFFERSON A NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Jose Villavicencio
_____
(Enter Above the Name of the Plaintiff in this Action)

VS.

City of Columbus
_____
(Enter above the name of the Defendant in this Action)

2:25 CV 0134

If there are additional Defendants, please list them:

Franklin County Environmental Court
_____

JUDGE   WATSON

_____

_____

MAGISTRATE JUDGE   VASCURA

_____

**COMPLAINT**

I.   Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Jose Villavicencio
_____
Name - Full Name Please - PRINT

1664 Parsons Avenue
_____
Street Address

Columbus OH 43207
_____
City, State and Zip Code

614 9723126
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. City of Columbus, c/o Zah Klein
   Name - Full Name Please

   77 North Front Street, Columbus OH   43215
   Address: Street, City, State and Zip Code

2. Franklin County Environmental Court c/o Stephanie Mingo

   375 S High Street, 15th Flr, Columbus OH 43215

3. _____

   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The defendant filed a lawsuit against the plaintiff as well as the other LLC's, of which the defendant is a partial or full owner. The properties concerned were fully under the control of Rent Due LLC. The defendant subsequently dismissed all charges against Rent Due LLC, who subsequently took over $300, 000. Defendant then held plaintiff fully responsible for correcting issues that came about because of Rent Due LLC.

The defendant denied plaintiff the usual procedure for addressing violations of housing code by hiring inspectors who violated department procedures. Inspectors also were repeatedly changed, so that the violations kept changing as well.

The defendant did not give proper notice of a status conference. When plaintiff failed to show up, the defendant asked the court to put properties in receivership despite the absence of a hearing as required by law.

The defendant subsequently asked the environmental court to disqualify the plaintiff from participating in the court deliberation which eventually resulted in the sale of the properties. Multiple provisions of the Ohio Revised Code were violated in the process.

Multiple attempts by the plaintiff to participate in the judicial process were all denied. Thus, the case is simultaneously on appeal at the county level.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                          Caption

_____          _____ vs. _____

_____          _____ vs. _____

_____          _____ vs. _____


V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

1) Hold the city responsible for the loss  of the  over

$300,000 that Rent Due LLC could have used to  correct

housing issued that came fully as a result of its control

2) Rescind all sales of  property that came  about after

plaintiff was deprived of due process of law

3) Put a stay on all  orders for sale of the property by

the municipal court.

4) Expunge  civil  offenses on the plaintiff's  record

5) Refund all penalties levied on the plaintiff and the LLC,s

6) Mandate retention of records  by  the  Code Enforcement

department related to the plaintiff  all the  LLC's until such

time that  the  case is  decided in Federal Court.

7) Freeze further disbursement of funds to pay the current

receiver, New Perspective Asset Management


I state under penalty of perjury that the foregoing is true and correct.  Executed on
this 11 th day of February              , 20 25 .

_Jon Villaviancio_
Signature of Plaintiff

-4-

JS 44 (Rev...)

Case 2:19-bk-52861    Doc 223    Filed 07/30/25    Entered 07/30/25 13:13:22    Desc Main
Case: 2:25-cv-00134-MHW-C...    Document    Page 20 of 42

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jose Villavicencio

### DEFENDANTS
City of Columbus
Franklin County Environmental Court

**(b)** County of Residence of First Listed Plaintiff   Franklin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Franklin
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983
Brief description of cause:
Plaintiff deprived of due process on multiple occasion

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio  �ji̇

| | |
|---|---|
| Jose Villavicenclo <br><br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Franklin County Environmental Court <br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2 : 2 5 CV 0 1 3 4 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Franklin County Environmental Court
c/o Stephanie Mingo
375 S high Street,   15th    Flr
Columbus OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jose Villavicencio
1664 Parsons Avenue
Columbus OH 43207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  02/11/2025     _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▾

| | | |
|---|---|---|
| Jose Villavicencio | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25 CV 0134 |
| City of Columbus | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     City of Columbus

c/o Zach Klein
77 North Front Street
Columbus OH 43215


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jose Villavicencio
1664 Parsons Avenue
Columbus OH 43207



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:     02/08/2025

_____
*Signature of Clerk or Deputy Clerk*

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Jose Villavicencio | COURT CASE NUMBER |
|---|---|
| DEFENDANT City of Columbus | TYPE OF PROCESS |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
c/o Zach Klein
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
77 North Front Street, Columbus OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jose Villavicencio
1664 Parsons Avenue
Columbus OH 43207

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 614 9723126 | DATE 2/14/25 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of Individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ a.m. ☐ p.m. |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Jose Villavicencio | COURT CASE NUMBER |
|---|---|
| DEFENDANT Franklin County Environmental Court | TYPE OF PROCESS |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
c/o Stephanie Mingo

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
375 South High Street, 15th Flr, Columbus OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jose Villavicencio
1664 Parsons Avenue
Columbus OH 43207

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 614 9723126 | DATE 02/11/2025 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

| | |
|---|---|
| 1. CLERK OF THE COURT | |
| 2. USMS RECORD | |
| 3. NOTICE OF SERVICE | |
| 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | PRIOR EDITIONS MAY BE USED |
| 5. ACKNOWLEDGMENT OF RECEIPT | |

Form USM-285
Rev. 12/15/80
Automated 01/00

# EXHIBIT B

# IN THE FRANKLIN COUNTY MUNICIPAL COURT
## ENVIRONMENTAL DIVISION
### COLUMBUS, OHIO

2023 SEP 15 PM 2: 51

STATE OF OHIO,
CITY OF COLUMBUS,

          **Plaintiff,**

vs.

South German Village
      **Defendant.**   Med Center

:
:
:  **JUDGE STEPHANIE MINGO**
:
:
:  CASE #: 16 EVH 60013
:
:
:
:
:
:

## NOTICE OF CHANGE OF CONTACT INFORMATION

I, JOSE VILLAVICENCIO , hereby notify the court of the following changes in

contact information:

**Name:** _____     ( ) **Plaintiff**   ( X ) **Defendant**

**Updated Contact Information:**

669 S 2rnd Street

Columbus OH 43205

_____

_____

_____

Respectfully Submitted,

_____
Signature

8/6/23
Date

# EXHIBIT C

**Franklin County Environmental Court**

**Franklin County Ohio**

FILED

2023 OCT 30  PM 3:40

| | |
|---|---|
| Plaintiff    City of Columbus | Consolidated Case Numbers |
| | 2016 EVH 60013 |
| | 2021 EVH 60053 |
| | 2022 EVH 60082 |
| | 2022 EVH 60507 |

Vs

Defendant    Villavicencio et al                    Judge Stephanie Mingo

## <u>Motion to Compel the Receiver,</u>
## <u>NPAM, to Follow City Ordinances/Regulations</u>
## <u>In the Performance of Its Duties/Responsibilities</u>

Now comes, the defendant, Jose Villavicencio, asking the court to exercise its

oversight responsibilities over the receiver, New Perspective Asset Management.

It has become apparent that the receiver has not followed actual city ordinances

in the performance of its job.    The following is proof of this:

1) 1931 Parsons Avenue has been boarded up in a manner inconsistent with

city standards (see Appendix A).    The plywood used to board the property are not cut

to fit the opening in the windows and doors.

2)  Ann Street property  has been boarded up in a manner that is not compliant with city standards.  The plywood used to board the property  are not cut to fit the opening of the windows and door.

3) 238-240 Reeb property has been boarded up in a  manner not  compliant with city's municode.  The plywood used to board the property are not  cut to fit the opening of the windows and doors.

4) 929 Bellows has been boarded up in a manner not compliant with the city's code.  The plywood used to board the property is not  cut to fit the opening  of the windows and doors.

The reason behind the  requirement that the  boards must be cut to fit the opening is that the boards become  less susceptible to prying.  This is the reason why previous  code inspectors have us redo the boarding to  comply with this.

The structures described above have been boarded up appropriately.   1931 Parsons avenue had the posterior  portion of the building  boarded up by the city when the property was under  the control of the previous  receiver, Rent due LLC.  The posterior  doors and anterior doors  have likewise been boarded up by the city's crew in the case of 238-240 Reeb Avenue, as well as in the case of  929 Bellows avenue. Why NPAM had to redo  the work done  by the city's crew is hard to explain,  especially since the manner  they did  this now  makes the  structures noncompliant.

The only logical way to explain this is that  NPAM has endeavored to increase the expenses associated with the management of the buildings , knowing that the case has been appealed to the appellate court.

Moreover, the receiver, NPAM, had installed new railing at 238-240 Reeb Avenue, and has indicated to the tenant at 377 Berkeley that they will be installing railings in that address as well. The height of these porches is 30 inches and less, and thus, there is no need for a porch railing. This has been the case even in 2016, when both properties passed inspection without railings. Even in the more recent cases, the said properties have not been cited for a lack of railings.

Kayla Harris, of 1270 South Ohio was told that they will tear down the front porch tomorrow. Once again, there is flagrant violations in the front porch at this time, and Kayla Harris is asking the court to add her as a party to the above cases as well as petition the court for an emergency restraining order for NPAM to perform such a tsk.

Once again, this is seen as an effort by the receiver to increase its scope of work and increase its reimbursement.

I am therefore requesting an immediate cessation of any similar work, and requesting a hearing from the city to rule on this.

Jose Villavicencio

669 S 22nd St

Columbus OH 43205

**IN THE CIRCUIT COURT**
**ENVIRONMENTAL COURT**
**Franklin County, Ohio**

City of Columbus
  **Plaintiff**
  **-vs**

2016 EVH 60013 2021 EVH 60053
2022 EVH 60082 2022EV

Jose Villavicencio
South German Village LLC
Argous LLC, JRV Sepira LLC

**Defendant**

**AFFIDAVIT**

I,    Jose Villavicencio of Franklin County, Ohio, being duly sworn, deposes and

affirm upon oath, that assertions made here are the truth to the best of my determination

**STATE OF OHIO**
**COUNTY OF FRANKLIN**

SUBSCRIBED TO AND SWORN BEFORE ME, this 10/05/2023.

Signature _____ (Seal)

**My Commission expires_____**

## CERTIFICATE OF SERVICE

I certify that on October 23, 2023, a copy of the foregoing  motion was served  by  regular U.S. Mail on the following parties:

Prosecuting Attorney, City of Columbus,
375 South High ST, 17TH fLOOR
Columbus OH   43215

Myron Terlecky
Trustee
575 South 3rd Street
Columbus, OH 43215

NPAM % Attorney Koutinho
10 West Broad  Street  Suite 2400
Columbus OH   43215

Michael Vasko
19 N High St
Canal Winchester OH 43110

Jose Villavicencio

# EXHIBIT D

# IN THE FRANKLIN COUNTY MUNICIPAL COURT
## CIVIL DIVISION
### FRANKLIN COUNTY, OHIO

FILED

23 NOV 15 AM 9:41

FRANKLIN COUNTY
MUN~~~~ COURT
~~~~

City of Columbus
375 S High St   17th flr
Columbus OH   43215

PLAINTIFF'S NAME AND ADDRESS

-vs-

CASE NUMBER: 2016 CVH 6008

JOSE VILLAVICENCIO et al
669 S 22nd St
Columbus  OH   43205

DEFENDANT'S NAME AND ADDRESS

## NOTICE OF APPEAL

Notice is hereby given that _JOSE VILLAVICENCIO et al_ hereby appeals to
(PARTY NAME)

the Court of Appeals, Tenth Appellate District of Franklin County, Ohio, from the final

Judgment entry of the Franklin County Municipal Court entered on _Aug 21 2023_.
(DATE)

_Jose Villamach_
(SIGNATURE)

JOSE VILLAVICENCIO
669 S 22nd St
Columbus OH 43205
(614) 902-7725
(NAME AND ADDRESS)

CV APPEAL FORM

PAID   NOV 1 5 2023   By _____

# INSTRUCTIONS
# TO THE CLERK
## *LORI M. TYACK, CLERK*
### FRANKLIN COUNTY MUNICIPAL COURT, COLUMBUS, OHIO



CITY OF COLUMBUS

_____ **Plaintiff**

VS.

_____ **Defendant**

Jose Vladvicowies et al

_____ **Date**

Case No. 2011 CV EVH 50013

Signature _Jon Williams_

Attorney Code _____

Attorney for _____

FILED 23 NOV 15 AM 9:41 FRANKLIN COUNTY COURT

**To the Clerk: Please issue**

____ Writ of Restitution - $35.00 (Includes Service)
  (Red Tag)

____ Set Out - $45.00 (Includes Service)

____ Replevin - $35.00 (Includes Service)
  (You must complete bailiff instructions)

____ Execution - $35.00 (Includes Service)
  (You must complete bailiff instructions)

____ Execution/Vehicle - $835.00 (Includes Service)
  (You must complete bailiff instructions)

____ Exemplified Copy or Certificate of Copy - $20.00

____ Certificate of Judgment - $10.00

____ Revivor - $30.00
  (Up to 3 defendants and/or addresses with 1 type of service)

____ Certificate of Judgment to BMV - $10.00
  Date of Loss _____
  Date of Birth _____
  Social Security # _____
  Drivers License # _____
  License Plate # _____

✓ Appeal - $50.00

____ Transfer from Small Claims - $45.00

____ Certified Copies - $1.00 ea.

____ Other _____

_____

____ Assignment of Judgment - $20.00

____ Docket Transcript - $20.00

____ Out of County Sheriff - $41.00
  County Name _____

____ Post Judgment Motion - $20.00

____ Objection to Magistrate's Report - $20.00

____ Amended Complaint - $20.00
  (plus service fees, if requested)

____ Third Party Complaint - $20.00
  (plus service fees, if requested)

____ Counterclaim/Crossclaim - $20.00 ea.
  (plus service fees, if requested)

____ Order to Show Cause - $50.00
  (Includes Service)

____ Ordinary Mail Svc - $3.00 ea.

____ Certified Mail Svc - $6.00 ea.

____ Bailiff Svc - $25.00 ea.

____ Jury Demand Fee - $10.00

____ Jury Demand Deposit - $500.00

____ New Address

_____
Street

_____
City          State       Zip code

CV-PRE02 (Rev 11/15/07)

# EXHIBIT E

Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 Nov 08 3:32 PM-23CV007986

0G615 - B67

## In the Court of Common Pleas Franklin County
## Civil Division

Plaintiff Name:  Jose Villavicencio                          Case No:
Plaintiff Address: 669 S 22nd Street
                   Columbus OH 43205

Plaintiff Name:  Tracey Johnson
                 377 Berkeley Rd
                 Columbus OH 43203


### VS


Defendant Name:    Stephanie Mingo
Defendant Address  375 S High St 15th flr
                   Columbus OH  43215

Defendant Name    New Perspective Asset Management
Defendant Address: 129 S High  Street
                   Dublin Ohio 43017


## COMPLAINT

Plaintiff, Jose Villavicencio,  plaintiff Tracey Johnson  and Bruce Harris,  residents of  Franklin

County, Ohio, bring forth the following causes of  action and aver the following.


1.  Plaintiffs and Mr Harris are  individuals   who reside in Franklin County Ohio

2. Defendants are personnel and representative of the Environmental Court who are being accused of abuse of judicial power and who have transgressed upon the rights of the plaintiffs

3. Tenant Bruce Harris has lived in 1270 South Ohio Avenue for the last 5 years. He has gone through one receivership, from 2019 to 2021 through the Franklin County Common Pleas Court. At the beginning of the first receivership, he got notification and had her day in court. Plaintiff Tracey Johnson has lived in 377 Berkeley for the last 3 years

4. Plaintiffs did not get any notification of the receivership though the Franklin County Environmental Court.

5. There was never any hearing done prior to 1270 S Ohio Avenue being put on receivership, and the first awareness of receivership this was when a representative showed up and demanded rent. The same goes for 377 Berkeley and 669 S. 22nd Street.

6. At that time, the receiver admitted that there were no code violations inside the houses and that the outside of the house was mostly in compliance.

7. The interaction between the receiver and Bruce Harris became more acrimonious when Bruce Harris informed them that he had paid for an entire year's rent at a discounted rate in March of this year, when she was given the opportunity when the company, South German Village LLC, was in need of funding. The same is true with Stacey Johnson

8. Bruce Harris was told last week that the porch was going to be torn down. Mr Harris protested and informed receiver that there was no code violations in the front porch. Plaintiff Jose Villavicencio, manager of South German Village LLC, was told that the porch was being demolished. Plaintiff Villaviencio came and told contractors that there is currently an appeal being filed. NPAM, the receiver, threatened Jose Villavicencio with contempt of court and came with the police.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 Nov 08 3:32 PM-23CV007986
0G615 - B69

9. Plaintiff Tracey Johnson was told that he needed railing in his porch, as well as concrete parking pads in the back.

10. Bruce Harris was told yesterday that the toys of his 4 children cannot be left out in the yard and that the fences are going to be removed and replaced. Trees were cut down without discussing it with the tenants and the cuttings were piled in the back of the property.

11. Bruce Harris informs the contractors of NPAM that the fencing was not even two years old on one side, and that the other side had been an old fence of the neighbor's.

12. Bruce Harris and Stacey Johnson are concerned that the receiver is attempting to pile up unnecessary expense and construction costs in order to encumber the property and force a sale. They had every intention of staying on in their place despite the steady gentrification.

13. Plaintiff Jose Villvicencio has filed multiple motions in the environmental court. There is clear error when Judge Mingo concluded that the properties under south German Village LLC has deteriorated to the point that it has become a clear danger to the occupants, and so approved a vague plan put up by the receiver to rehab and then sell the properties. That plan had no specific items listed, and did not even confine the receiver to just addressing the issue of violations. The oversight of the welfare of long term tenants- tenants who are to be let go in the plan to upgrade and sell the units- reveals the hypocrisy of the concern of this judge on the tenants' safety and welfare.

14. It was pointed out in a motion to stay the receivership that there was no proper notification, as admitted by Attorney Zach Gwinn, city attorney, to Attorney Coutino of NPAM. While a hearing prior to receivership is not explicitly required by law, impractical in the face of abandoned and truly blighted properties, the law nevertheless requires

0G615 - B70

that opportunity needs to be given to people who have interest in the property and who may be able to remedy the situation. When interest was shown by parties filing motions before the receivership was recorded and made official,when frantic denials of proper notification were made by multiple tenants who showed up in court, when multiple motions to stay judge's receivership orders and when an attempt was made to elevate this case to the court of appeals, an impartial, unbiased and fair-minded judge should have ordered a formal hearing. Not to do so should constitute judicial misconduct.

15. But this judge has shown partiality, and denied an attorney's telephone request for continuance in the last hearing held April 13, 2023. At that time, there was a schedule to have another status conference on 27th of July 27 2023. Plaintiff Jose Villavicencio was not allowed on April 13 to question any allegations made by witnesses for the city prosecutors. When he lost his private attorney shortly after that, he was never notified of the July 27 of the status conference where the motion for receivership was discussed in the absence of any other legal representation, representation which had been present throughout the previous 2 years.

16. The fact that even properties without violation, and properties with minimal violations were all included in the package to be 'rehabbed', upgraded and to be sold shows clear intent on parch of the judge who continued to do nothing when made aware of the over eagerness on part of the city attorney to prosecute, to reward NPAM and other developers, over the interest of long term tenants. The overall welfare of the residents of the city is obviously something that has been lost on this judge.

17. The plaintiffs would like to have a different judge on this matter, as well as a jury to address this important matter of tenant rights, a city's right to address blighted property, and the right of people to remain in areas that are suffering from gentrification.

18. The plaintiffs ask the Court to halt all activities of the receiver, as well as have a jury

trial to determine outcome of these issues

Submitted together by

*Jose Villavicencio*

Jose Villavicencio
669 S 22nd Street
Columbus OH 43205
614 9027725

*Tracey Johnson*

Tracey Johnson
377 Berkeley Rd
Columbus OH  43203