United States Bankruptcy Court
Southern District of Ohio

| | |
|---|---|
| Jose Villavicencio | Judge John Hoffman |
| vs | FILED OH S BANKRUPTCY<br>AUG 8 2025 PM 2:54 |
| Myron Terlecky<br>Trustee | Case No 2:19-bk-52861 |

### CERTIFICATE OF NOT ORDERING ANY TRANSCRIPTS

Pursuant to Fed R. Bankr. P 8009, Jose Villavicencio, appellant hereby certifies that he is not ordering any scripts.

Appellant maintains that he did not receive notice of the motion hearing to sell the properties, but learned upon it when he received the approved order for such.

As is probably the case with people who file bankruptcy, the appellant is representing himself as he is unable to afford counsel. Likewise, the appellant is not able to afford for the transcripts of the motion hearing to sell the properties.

Yours Truly

*[signature]*

Jose Villavicencio
Manager; SGV LLC, Argos LLC
Owner, JRV Sepira LLC