**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In Re: JOSE R. VILLAVICENCIO,                              Bankruptcy Case No. 2:19-bk-52861

    Debtor,

**ATTORNEY MARK J. BAMBERGER'S MOTION TO WITHDRAW**

NOW COMES Attorney Mark J. Bamberger, Esq. to respectfully request permission to withdraw from the above-styled case. The rationale for this request is that Attorney Bamberger has lost contact with this Defendant and has not spoken to him for roughly two (2) years. It has been longer than that since he had anything to do with this matter. It would be inappropriate for Attorney Bamberger to continue in this matter and therefore he requests permission to withdraw from same.

Respectfully submitted,

THE MARK BAMBERGER CO., LLC

___/s/ *Mark J. Bamberger*_____
Mark J. Bamberger, Esq. (OH#0082053)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2026, a copy of the foregoing pleading was submitted on the following registered ECF participants electronically through the court's ECF System at the email addresses registered with the court and courtesy copies via direct email:

John W Kennedy on behalf of Appellee Myron N. Terlecky
jwk@columbuslawyer.net

Myron N. Terlecky, as Appellee
mnt@columbuslawyer.net, mlv@columbuslawyer.net

THE MARK BAMBERGER CO., LLC

___/s/ *Mark J. Bamberger*_____
Mark J. Bamberger, Esq. (OH#0082053)

2