### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re: JOSE R. VILLAVICENCIO,                    Bankruptcy Case No. 2:19-bk-52861

Debtor,

### ATTORNEY MARK J. BAMBERGER'S MOTION TO WITHDRAW

NOW COMES Attorney Mark J. Bamberger, Esq. to respectfully request permission to withdraw from the above-styled case. The rationale for this request is that Attorney Bamberger has lost contact with this Defendant and has not spoken to him for roughly two (2) years. It has been longer than that since he had anything to do with this matter. It would be inappropriate for Attorney Bamberger to continue in this matter and therefore he requests permission to withdraw from same.

Respectfully submitted,

THE MARK BAMBERGER CO., LLC

___/s/ *Mark J. Bamberger*_____
Mark J. Bamberger, Esq. (OH#0082053)

### CERTIFICATE OF SERVICE, [Per LBR §9013.39b)]

I hereby certify that a copy of the foregoing *Motion to Withdraw by Attorney Mark Bamberger* (Doc. 244) was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **first class mail** on March 27, 2026, addressed to:

Debtor Jose Villavicencio
PO Box 32185
Columbus, Ohio 43232

And the creditors and parties in interest shown as follows:

**Affiliated Tax Co LLC - 17**
PO Box 645040
Cincinnati, OH 45264
*Added: 11/13/2024*
*(Creditor)*

| | | |
|---|---|---|
| **Asst US Trustee (Col)**<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215<br>614-469-7411<br>ustpregion09.cb.ecf@usdoj.gov<br>*Added: 05/01/2019*<br>*(U.S. Trustee)* | represented by | **Pamela Arndt**<br>DOJ-Ust<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215<br>614-469-7415<br>Pamela.D.Arndt@usdoj.gov<br>*Assigned: 05/10/19* |

**Christine Bowen**
RE/MAX Town & Country
1315 Tuskawilla Rd., Suite 101
Winter Springs, FL 32708
*Added: 05/01/2024*
*(Realtor)*

| | | |
|---|---|---|
| **Verna Coward**<br>c/o Brian Green<br>25101 Chagrin Blvd. #220<br>Beachwood, OH 44122<br>*Added: 05/03/2019*<br>*(Creditor)* | represented by | **Brian Green**<br>25101 Chagrin Blvd<br>Ste 220<br>Beachwood, OH 44122<br>216-831-5100<br>bgreen@shaperolaw.com<br>*Assigned: 05/03/19* |

**Theodore W Johnson**
Johnson & Company CPA, LLC
87 Preswicke Mill
Blacklick, OH 43004
*Added: 10/25/2024 (Accountant)*

2

**Richard F Kruse**
Gryphon USA, Ltd.
PO Box 78
Lewis Center, OH 43035
*Added: 07/11/2025*
*(Auctioneer)*

| | | |
|---|---|---|
| **New Perspective Asset Management, LLC**<br>c/o James A. Coutinho<br>ALLEN STOVALL NEUMAN & AS<br>10 WEST BROAD ST<br>SUITE 2400<br>COLUMBUS, OH 43215<br>United States<br>*Added: 07/17/2024*<br>*(Interested Party)* | represented by | **James A Coutinho**<br>Allen Stovall Neuman & Ashton<br>LLP<br>10 West Broad Street<br>Suite 2400<br>Columbus, OH 43215<br>614-221-8500<br>614-221-5988 (fax)<br>coutinho@asnalaw.com<br>*Assigned: 07/17/24* |
| **Ohio Department of Taxation**<br>*Added: 12/08/2024*<br>*(Creditor)* | represented by | **Brian M Gianangeli**<br>The Law Office of Charles Mifsud,<br>LLC<br>6305 Emerald Parkway<br>Dublin, OH 43016<br>614-389-5282<br>614-389-2294 (fax)<br>bgianangeli@mifsudlaw.com<br>*Assigned: 12/08/24* |
| **Rent Due LLC**<br>c/o Maria Mariano Guthrie<br>Kegler, Brown, Hill & Ritter<br>65 E. State Street, Ste. 1800<br>Columbus, OH 43215<br>*Added: 11/07/2019*<br>*(Creditor)* | represented by | **Maria C Mariano Guthrie**<br>Kegler Brown Hill & Ritter<br>65 East State Street<br>Suite 1800<br>Columbus, OH 43215<br>614-462-5437<br>mguthrie@keglerbrown.com<br>*Assigned: 11/07/19* |
| **TLOA Acquisitions, LLC**<br>*Added: 05/09/2019*<br>*(Creditor)* | represented by | **Austin B Barnes, III**<br>Law Offices of Manbir S. Sandhu,<br>LLC<br>1213 Prospect Avenue, Suite 300<br>Cleveland, OH 44115<br>216-373-5512<br>216-373-1002 (fax)<br>abarnes@sandhu-law.com<br>*Assigned: 05/09/19* |

3

| | | |
|---|---|---|
| **Tax Ease Ohio, LLC**<br>*Added: 05/17/2019*<br>*(Creditor)* | represented by | **Austin B Barnes, III**<br>Law Offices of Manbir S. Sandhu, LLC<br>1213 Prospect Avenue, Suite 300<br>Cleveland, OH 44115<br>216-373-5512<br>216-373-1002 (fax)<br>abarnes@sandhu-law.com<br>*Assigned: 05/17/19* |
| **Myron N Terlecky**<br>575 S Third Street<br>Columbus, OH 43215<br>614-228-6345<br>mnt@columbuslawyer.net<br>*Added: 05/01/2019*<br>*(Trustee)* | represented by | **John W Kennedy**<br>Strip Hoppers Leithart McGrath & Terleck<br>575 S. Third St.<br>Columbus, OH 43215<br>(614) 228-6345<br>(614) 228-6369 (fax)<br>jwk@columbuslawyer.net<br>*Assigned: 09/14/22* |
| | | **Loni Rae Sammons**<br>Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA<br>575 South Third Street<br>Columbus, OH 43215<br>614-228-6345<br>lrs@columbuslawyer.net<br>*Assigned: 07/12/23* |

**US Bank as Customer**
c/o Liege Tax Liens LLC 18
P.O. Box 645040
Cincinnati, OH 45264
*Added: 11/13/2024 (Creditor)*

## MANDATORY NOTICE [per LBR §9013.1(a)]

Attorney Mark Bamberger has filed papers with the court to obtain a withdrawal from this matter. relief sought in motion/objection).

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by first class mail to the United States Bankruptcy Court, Southern District of Ohio, Eastern Division at 170

North High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System. The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to Attorney Mark Bamberger, Esq., 5601 Rahn De Vue Place, Dayton, Ohio 45459 and the others to be served via ECF.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

\*\*\*

Declaration of Mailing and Certificate of Service on March 26, 2026.

THE MARK BAMBERGER CO., LLC

___/s/ ***Mark J. Bamberger*_____
Mark J. Bamberger, Esq. (OH#0082053)