**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman Jr.*

**John E. Hoffman, Jr.**
United States Bankruptcy Judge

**Dated: March 30, 2026**

<br>

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| JOSE R. VILLAVICENCIO, | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR STRIP, HOPPERS, LEITHART, MCGRATH &
TERLECKY CO., LPA, AND REIMBURSEMENT OF EXPENSES INCURRED
AS ATTORNEYS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF
JULY 1, 2024, THROUGH OCTOBER 31, 2025 (DOC. 237)**

This matter came before the Court upon the *Second Interim Application for Allowance of Compensation for Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Reimbursement of Expenses Incurred as Attorneys to the Chapter 7 Trustee for the Period of July 1, 2024, through October 31, 2025* (the "Application"), filed on December 22, 2025 (Doc. 237).  The Application seeks an allowance of fees by Myron N. Terlecky and the law firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA (the "Applicant") for the period July 1, 2024, through October 31,

2025, in the amount of $62,563.75[1] and the reimbursement of expenses in the amount of $1,532.68.

The Application was served on the Debtor, counsel for the Debtor and the Office of the United

States Trustee and those parties requesting notice.  Notice of the Application (see, Doc. 238) was

served on the Debtor, counsel for the Debtor, the Office of the U.S. Trustee (the "UST") and all

creditors and parties in interest (Doc 175).  The period for filing an objection to the Application

has lapsed and no other response or objection has been filed.

Based upon the merits of the Application, proper notice having been given to the Debtor,

counsel for the Debtor, the Office of the U. S. Trustee, and all creditors and parties in interest, and

no objection having been filed, the Court finds that the services rendered by the Applicant for

which compensation and reimbursement of expenses is sought were beneficial to the estate and its

creditors and are reasonable to the extent allowed herein.

It is therefore ORDERED and DECREED that, pursuant to 11 U.S.C. §§330 and 331,

Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-1, the fees for legal

services rendered by Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA for the period of July

1, 2024, through October 31, 2025, are approved in the amount of $62,563.75 and that the

reimbursement of expenses advanced by Applicant for the period of July 1, 2024, through October

31, 2025, are approved in the amount of $1,532.68; and it is further

ORDERED and DECREED that the Trustee be, and he hereby is, authorized to pay the

approved fees and expenses to the extent funds are available without further order.

IT IS SO ORDERED.

---

[1] The total fees sought are $67,963.75.  Applicant made a voluntary reduction of $5,400.00.

2

SUBMITTED BY:


 /s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
         jwk@columbuslawyer.net
Attorneys for Chapter 7 Trustee


Default List