**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| JOSE R. VILLAVICENCIO, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

_____

Myron N. Terlecky, Chapter 7 Trustee
575 S. Third St.                                            Adv. Pro. No. _____
Columbus, OH  43215

       Plaintiff,

   Vs.

Jose R. Villavicencio
3339 Daglow Rd.
Columbus, OH  43232

       And

South German Village Limited Liability Company
c/o Frederick Neff, Stat. Agent
1743 South High Street
Columbus, OH 43207

       Defendants.

**COMPLAINT (1) TO QUIET TITLE, (2) FOR TURNOVER OF PROPERTY OF THE
ESTATE, (3) FOR DECLARATORY JUDGMENT, AND (4) TO AVOID AND
RECOVER TRANSFERS AND RELATED RELIEF**

Myron N. Terlecky, Chapter 7 Trustee (the "Plaintiff" or "Trustee") for the estate of Jose

R. Villavicencio, hereby states the following for his complaint against Defendant Jose R.

Villavicencio, and Defendant South German Village Limited Liability Company:

## JURISDICTION AND VENUE

1.      This adversary proceeding (the "Adversary Proceeding") arises under the above-captioned bankruptcy case, *In re Jose R. Villavicencio*, Case No.  19-52861 (the "Bankruptcy Case"), which is pending in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division.

2.      Jurisdiction of this Adversary Proceeding is proper pursuant to 28 U.S.C. 157 and 1334; 11 U.S.C. 105, 541, 542 and 543; Rules 7001 and 7003 of the Federal Rules of Bankruptcy Procedure; and the General Order of Reference entered in this district.

3.      This is a core proceeding as defined in 28 U.S.C. 157(b)(2)(A), (E) and (O).

4.      Venue is proper pursuant to 28 U.S.C. 1409(a) and Rule 1071-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Ohio.

5.      This Court has the authority to grant the relief requested by Plaintiff pursuant to Fed. R. Bankr. P. 7001(a) and (i).

6.      This Court has personal jurisdiction over each defendant pursuant to Rule 7004(f) of the Federal Rules of Bankruptcy Procedure and as a result of the Defendant's minimum contacts with the United States. See Fed.R.Bankr.P. 7004(d) and (f); Fed.R.Civ.P. 4(k)(1)(C)

## THE PARTIES

7.      Jose R. Villavicencio (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code") on May 1, 2019 (the "Petition Date").

8.      The Plaintiff is the duly appointed, qualified and acting Chapter 7 Trustee appointed in the Bankruptcy Case pursuant to 11 U.S.C. 701 and 702, with standing and authority to bring these proceedings, and brings these actions solely in his capacity as trustee.

9.     The Debtor is an individual residing in Franklin County, Ohio, and is the debtor in the Bankruptcy Case.

10.     Defendant South German Village LLC ("SGV") is an Ohio limited liability company that conducts business in Franklin County, Ohio and is owned wholly or in part by Debtor.  Debtor's Schedule A/B filed in the Bankruptcy Case (Doc. 1) indicates that the Debtor owns five percent (5%) of SGV.

### FACTUAL BACKGROUND

11.     On or about January 11, 1999, the Debtor filed a trade name registration with the Ohio Secretary of State, filing number 199901200989, registering the trade name "South German Village Medical Center" (the "First Registration").

12.      On or about January 12, 2004, the First Registration was cancelled by operation of law in filing number 200401285387.

13.     On or about September 25, 2007, Joseph Miccio filed a trade name registration with the Ohio Secretary of State, document number 200726900576, registering the trade name "South German Village Medical Center" (the "Second Registration").

14.     On or about September 25, 2012, the Second Registration was cancelled by operation of law in document number 201226965975.

15.     On or about August 31, 2023, SGV filed a trade name registration with the Ohio Secretary of State, document number 202324303198, registering the trade name "South German Village Medical Center LLC" (the "Third Registration").

16.     The Third Registration was filed by the Debtor as manager of SGV more than four years after the Petition Date and was done to attempt to shield the real estate owned by South German Village Medical Center LLC from being included in the Debtor's bankruptcy estate.

3

17.    At no time relevant herein was "South German Village Medical Center LLC" a limited liability company registered with the State of Ohio.

18.    "South German Village Medical Center LLC" is not a legal entity.

19.    The following parcels of real estate (collectively, the "Properties") located in Franklin County, Ohio have deeds purporting to transfer each of the Properties to "South German Village Medical Center LLC":

a. 36 East Innis Avenue, Columbus, Ohio 43207, more fully described in the quit claim deed recorded February 25, 2013, as Instrument Number 201302250031814 and attached hereto as "Exhibit A."

b. 377 Berkely Road, Columbus, Ohio 43205, more fully described in the quit claim deed recorded September 26, 2012, as Instrument Number 201209260143830 and attached hereto as "Exhibit B."

c. 445-451 Morrill Avenue, Columbus, Ohio 43207, more fully described in the general warranty deed recorded June 21, 2011, as Instrument Number 201106210077551 and attached hereto as "Exhibit C.

d. 463 South 22nd Avenue, Columbus, Ohio 43205 more fully described in the quit claim deed recorded September 26, 2012, as Instrument Number 201209260143831 and attached hereto as "Exhibit D.

e. 669 South 22nd Avenue, Columbus, Ohio 43205, more fully described in the quit claim deed recorded September 26, 2012, as Instrument Number 201209260143827 and attached hereto as "Exhibit E."

f.  848 Heyl Avenue, Columbus, Ohio 43206, more fully described in the quit claim deed recorded September 26, 2012, as Instrument Number 201209260143825 and attached hereto as "Exhibit F."

g.  1084-1086 Fulton Street, Columbus, Ohio 43205, more fully described in the general warranty deed recorded August 9, 2012, as Instrument Number 201208090115570 and attached hereto as "Exhibit G."

h.  2185 Middlehurst Drive, Columbus, Ohio 43219, more fully described in the quit claim deed recorded September 26, 2012, as Instrument Number 201209260143828 and attached hereto as "Exhibit H.

20.   At all times relevant herein, the Debtor was the beneficial owner of the Properties by virtue of his leasing the Properties, collecting rent from the Properties, maintaining the Properties, etc.

21.   As of the Petition Date, the Debtor was in possession each of the Properties either by himself or through his tenant.

**COUNT ONE – QUIET TITLE**

22.   The Plaintiff incorporates the allegations made in each of the foregoing paragraphs as if fully rewritten.

23.   As of the Petition Date, the Debtor was in possession of the Properties through his tenants.

24.   As of the Petition Date, the Debtor's rights to bring actions to quiet title under O.R.C. §5303.01 became property of the bankruptcy estate in the Bankruptcy Case pursuant to section 541 of the Bankruptcy Code.

25.   The Plaintiff is entitled to bring this action to quiet title under O.R.C. §5303.01.

26.     The Plaintiff is entitled to judgment quieting title against the defendants, finding that the Debtor owned the Properties as of the Petition Date, and finding that the Properties are property of the estate in the Bankruptcy Case pursuant to section 541 of the Bankruptcy Code.

### COUNT TWO – TURNOVER OF PROPERTY OF THE ESTATE

27.     The Plaintiff incorporates the allegations made in each of the foregoing paragraphs as if fully rewritten.

28.     As of the Petition Date, the Debtor was the beneficial owner of the Properties.

29.     The Properties constitute property of the estate in the Bankruptcy Case pursuant to section 541 of the Bankruptcy Code.

30.     The Debtor remains in possession, custody, and control of the Properties.

31.     The Plaintiff is entitled to judgment directing the Debtor to deliver to the Plaintiff, and account for the Properties pursuant to section 542 of the Bankruptcy Code.

### COUNT THREE – DECLARATORY JUDGMENT

32.     The Plaintiff incorporates the allegations made in each of the foregoing paragraphs as if fully rewritten.

33.     As of the Petition Date, the Debtor was the beneficial owner of the Properties.

34.     The Properties constitute property of the estate in the Bankruptcy Case pursuant to section 541 of the Bankruptcy Code.

35.     The Plaintiff is entitled to declaratory judgment finding that the Properties are property of the estate pursuant to section 541 of the Bankruptcy Code.

### COUNT FOUR – AVOIDABLE TRANSFER

36.     The Plaintiff incorporates the allegations made in each of the foregoing paragraphs as if fully rewritten.

37. To the extent the Third Registration transferred any interest of the Debtor in property to SGV (the "Alleged Transfer"), such transfer was an unauthorized post-petition transfer which is avoidable pursuant to section 549 of the Bankruptcy Code.

38. The Plaintiff is entitled to judgment avoiding the Alleged Transfer the transferred property for the benefit of the bankruptcy estate in the Bankruptcy Case.

## COUNT FIVE – RECOVERY OF TRANSFER

39. The Plaintiff incorporates the allegations made in each of the foregoing paragraphs as if fully rewritten.

40. SGV is either the initial transferee or the entity for whose benefit the Alleged Transfer was made and/or an immediate and/or mediate transferee as contemplated by section 550(a) of the Bankruptcy Code.

41. Pursuant to section 550 of the Bankruptcy Code, the Plaintiff may recover for the benefit of the estate property transferred or its value to the extent a transfer is avoided under section 549 of the Bankruptcy Code.

42. The Plaintiff is entitled to judgment against SGV awarding the property transferred or its value to the extent that this Court has avoided the Alleged Transfer pursuant to the Bankruptcy Code, plus prejudgment interest thereon from and after August 31, 2023 at the rate specified in 28 U.S.C. §1961(a), post-judgment interest at comparable rates, and costs.

Based upon the foregoing, the Plaintiff requests the following relief:

a. On Count One, for judgment quieting title against the defendants, finding that the Debtor owned the Properties as of the Petition Date, and finding that the Properties are property of the estate in the Bankruptcy Case pursuant to section 541 of the Bankruptcy Code;

b.       On Count Two, for judgment directing the Debtor to deliver to the Plaintiff, and account for, the Properties pursuant to section 542 of the Bankruptcy Code;

c.       On Count Three, for declaratory judgment finding that the Properties are property of the estate pursuant to section 541 of the Bankruptcy Code;

d.       On Count Four, for judgment avoiding the Alleged Transfer pursuant to section 549 of the Bankruptcy Code;

e.       On Count Five, for judgment against SGV recovering the Alleged Transfer or the value thereof, together with interest thereon from and after August 31, 3023 at the rate specified under 28 U.S.C. §1961(a), and post-judgment interest at comparable rates, and costs; and

f.       For the cost of attorney fees of this action and such other and further relief as is appropriate.

Respectfully submitted,


 /s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
T: (614) 228-6345 F: (614) 228-6369
Email: mnt@columbuslawyer.net
        jwk@columbuslawyer.net
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing COMPLAINT (1)TO QUIET TITLE, (2) FOR TURNOVER OF PROPERTY OF THE ESTATE, (3) FOR DECLARATORY JUDGMENT, (4) TO AVOID AND RECOVER TRANSFERS AND RELATED RELIEF was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) by first class U.S. mail on March 31, 2026, addressed to the following parties:

Office of the U.S. Trustee
170 N. High St., Ste. 200
Columbus, OH  43215

Mark J. Bamberger, Esq.[1]
140 E Broadway Ave.
Tipp City, OH 45371

    And

Mark J. Bamberger, Esq.[2]
5601 Rahn de Vue Place
Washington Township, OH 45459

Service of the Complaint will be made on the Debtor, his attorney of record and Defendants  in accordance with Bankruptcy Rule 7004.

/s/ John W. Kennedy
John W. Kennedy (0042672)

---

[1] This address is from utilizing the Google search engine to locate any change of address for Debtor's counsel of record.  It is noted that Debtor's counsel has filed a Motion to withdraw as counsel (See, Doc 246); however, there is no mailing address disclosed on said Motion.
[2] This address for counsel of the Debtor was obtained from the Ohio Supreme Court Attorney Directory.

# EXHIBIT A

**TRANSFERRED**

**FEB 2 5 2013**

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

2013022500031814
Pgs: 2   $28.00   T20130016921
02/25/2013 4:28PM  BXWORLD CLASS
Terry J. Brown
Franklin County Recorder

**Conveyance**

Mandatory- 2.80

Permissive- 2.80

CLARENCE E. MINGO II
FRANKLIN COUNTY AUDITOR

# QUIT CLAIM DEED

KNOW ALL PERSONS BY THESE PRESENTS, THAT: **Dawn A. Haskins-Powell,** an unmarried woman, (the "Grantor" herein), for a valuable consideration paid, does hereby grant, convey, release and forever quit-claim to **South German Village Medical Center LLC,** a Limited Liability Company, (the "Grantee" herein), my/our entire right, title and interest in the following described real property (herein called the "Property):

SEE EXHIBIT "A"

Also Known As: 36 Innis Avenue, Columbus, OH 43207

SAVE AND EXCEPT, easements and restrictions of record, zoning ordinances, real estate taxes and assessments, if any prorated to the date of this deed.

The County Auditor's Tax Parcel Number for the Property is as follows: 010-050784-00

The Prior Instrument Reference as to the Property is Instrument Number 200811060163186, Recorder's Office, Franklin County, Ohio.

Executed on this  15  day of February, 2013

*[signature]*

Dawn A. Haskins-Powell

STATE OF OHIO, COUNTY OF  Franklin , SS:

The foregoing instrument was acknowledged before me this 15TH day of February, 2013, by DAWN A. HASKINS-POWELL, AN UNMARRIED WOMAN, the Grantor(s), and that the same was her free act and deed.

In testimony whereof, I have hereunto set my name and official seal at on the day and year last aforesaid.

*[signature]*

Notary Public

My Commission Expires  6-20-2016

STACY J. IACOBUCCI
Notary Public, State of Ohio
My Commission Expires 6-20-2016

This Instrument was prepared by:     Duncan Simonette, Inc.
155 E. Broad Street, Ste. 2200
Columbus, OH 43215

FIRM FILE NO: WC1302-015-INNIS

Property: 36 Innis Avenue, Columbus, OH 43207

# Exhibit A
### Legal Description

Situated in the County of Franklin, in the State of Ohio and in the City of Columbus:

Being the West one-half of Lot Number Eight (8) of L.A. and J.W. Durrett's Subdivision of Lot Number Seven (7) of their former Subdivision of part of half Section 43, Township 5, Range 22, Refugee Lands, as per Plat Book 3, Page 304, Plat Records of Franklin County, Ohio.

PPN: 010-050784-00

DESCRIPTION VERIFIED
DEAN C. RINGLE P.E., P.S.

BY:

DATE

KOuS
AU OF
(010)
050784

# EXHIBIT B

TRANSFERRED

SEP 2 6 2012

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

Conveyance
Mandatory
Permissive

CLARENCE E. MINGO II
FRANKLIN COUNTY AUDITOR

16249

Prepared By/Return To:
SOUTH GERMAN VILLAGE
MEDICAL CENTER, LLC
1763 South High Street
Columbus, OH 43207

2012092601438 30
Pgs: 3    $56.00    T20120072043
09/26/2012 11:23AM HAC
Daphne Hawk
Franklin County Recorder

## QUIT CLAIM DEED

THIS INDENTURE WITNESSETH, that **OH SEVEN, LLC**, whose mailing address is 1112 Price Avenue, Columbia, SC 29201, "Grantor", does by these presents, sell, remise, release and forever quit claim unto **SOUTH GERMAN VILLAGE MEDICAL CENTER, LLC**, whose mailing address is, 1763 South High Street, Columbus, OH 43207, "Grantee", the following described real estate in the County of Franklin, in the State of Ohio:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

More Commonly Known As:  377 BERKELEY ROAD, COLUMBUS, OH 43205

Parcel ID:  010-043652-00

PRIOR RECORDING: 12/21/11 – INSTRUMENT NUMBER 201112210166501

Subject to any and all Restrictions, Conditions, Covenants, Rights, Rights of Way and Easements shown now of record, if any.

TO HAVE AND TO HOLD, the said described premises unto the Grantee, heirs and assigns, so that neither the said Grantor, nor any successors or other persons claiming under Grantor, shall at any time hereafter, by any way or means, have claim or demand any right, title or interest in or to the aforesaid described premises or its appurtenances, or any part thereof.

The undersigned person executing this deed on behalf of Grantor represents and certifies that he is duly authorized and fully empowered to execute and deliver this deed as a Managing Member of OH SEVEN, LLC.

IN WITNESS WHEREOF, Grantor has executed this Deed this 13th day of July, 2012.

Signed in the presence of:

_____

Printed name: Michael Kohler

_____

Printed name: Aaron Carde

OH SEVEN, LLC

By: _____

ALEX SZKARADEK
Title: Managing Member

STATE OF SC
COUNTY OF Richland

Before me, a Notary Public in and for said County and State, personally appeared ALEX SZKARADEK, as Managing Member of OH SEVEN, LLC, who acknowledged the execution of the foregoing Deed for and on behalf of said Grantor, and who, having been duly sworn, stated that any representations therein contained are true.

WITNESS my hand and notarial seal this 13h day of July, 2012.

_____
Notary Public

My commission expires:

JONATHAN E. BUERKERT
Notary Public, South Carolina
My Commission Expires
May 06, 2018

**EXHIBIT "A"**

SITUATED IN THE STATE OF OHIO, COUNTY OF FRANKLIN AND CITY OF COLUMBUS:

BEING A PART OF LOT NUMBER EIGHT (8) OF THOMAS MILLER'S HEIRS SUBDIVISION OF PART OF HALF OF SECTION 22, TOWNSHIP 5, RANGE 22, REFUGEE LAND, AS NUMBERED AND DELINEATED UPON THE RECORED PLAT THEREOF, OF RECORD IN PLAT BOOK 4, PAGE 72 AND 73, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID LOT NUMBER 8, SAID POINT BEING THE INTERSECTION OF THE WEST LINE OF BERKELEY ROAD AND THE SOUTH LINE OF A TWENTY-FIVE (25) FOOT ALLEY; THENCE SOUTH ALONG THE EAST LINE OF SAID LOT NUMBER 8 AND THE WEST LINE OF BERKELEY ROAD, A DISTANCE OF 51.81 FEET TO A POINT; THENCE WEST, PARALLEL TO THE NORTH LINE OF SAID LOT NUMBER 8 A DISTANCE OF 71.90 FEET; THENCE NORTH, PARALELL TO THE EAST LINE OF SAID LOT NUMBER 8 AND THE WEST LINE OF BERKELEY ROAD A DISTANCE OF 51.81 FEET TO THE NORTH LINE OF SAID LOT NUMBER 8, SAID POINT BEING IN THE SOUTH LINE OF A 25 FOOT ALLEY; THENCE EAST ALONG THE NORTH LINE OF SAID LOT NUMBER 8 AND THE SOUTH LINE OF SAID 25 FOOT ALLEY A DISTANCE OF 71.90 FEET TO THE PLACE OF BEGINNING.

I-36 of
All of
(010)
043652

DESCRIPTION VERIFIED
DEAN C. RINGLE, P.E., P.S.
BY:
DATE: 9/21/12

# EXHIBIT C

TRANSFERRED

JUN 21 2011

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

836.9

Conveyance

Mandatory- 16.00

Permissive- 16.00

CLARENCE E. MINGO II
FRANKLIN COUNTY AUDITOR

201106210077551
Pgs: 2    $28.00      T20110038903
06/21/2011 3:18PM   BXHOSTETLER B
Daphne Hawk
Franklin County Recorder

(REPRINTED 10/880)

GENERAL WARRANTY DEED

**ACE PPG Investments 2 LLC**, organized and existing under the laws of the State of Ohio, for valuable consideration paid, grants, with general warranty covenants to **South German Village Medical Center LLC**, whose tax mailing address is:

1763 S. High Street
Columbus, Ohio 43207

The following real property: **Situated in the City of Columbus, County of Franklin, and State of Ohio and bounded and described as follows: to wit:**
**Being part of Lot Number One (1) of Nathaniel Merion's Subdivision of a part of Half Section No. 41, Township No. 5, Range 22, Refugee Lands, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book No. 1, Page 305, Recorder's Office, Franklin County, Ohio and being particularly described as follows:**
**Beginning at an iron stake at the Southeast Corner of Parsons Avenue and Morrill Avenue; thence East on the South line of said Morrill Avenue One Hundred Forty (140) feet to a twenty foot alley; thence south on a line parallel with said Parsons Avenue Ninety (90) feet to a point; thence west parallel with said Morrill Avenue One Hundred Forty (140) feet to the east line of Parsons Avenue; thence North on the east line of said Parsons Avenue Ninety (90) feet to the place of beginning, and being known as Lots Nos. 19, 20 and 21 of a Subdivision of said Lot No. 1 made by L.B. Tussing as shown on the records of the County Auditor of said county.**
**Excepting therefrom the following premises:**
**Situated in the City of Columbus, County of Franklin and State of Ohio:**
**Being Sixty Five (65) feet off the west end of the following described premise:**
**Being part of Lot Number One (1) of Nathaniel Merion's Subdivision of a part of Half Section No. 41, Township No. 5, Range 22, Refugee Lands, as the same is numbered and designated on the recorded plat thereof, of record in Plat Book No. One, Page 305, Recorder's Office, Franklin County, Ohio and being particularly described as follows:**
**Beginning at an iron stake at the Southeast Corner of Parsons Avenue and Morrill Avenue; thence east on the south line of said Morrill Avenue One Hundred Forty (140) feet to a twenty foot alley; thence south on a line parallel with said Parsons Avenue Ninety (90) feet to a point; thence west parallel with said Morrill Avenue One Hundred and Forty (140) feet to the east line of Parsons Avenue; thence north on the east line of said Parsons Avenue Ninety (90) feet to the place of beginning, and being known as Lots Nos. 19, 20 and 21 of the Subdivision of said Lot No. 1 made by L.B. Tussing as shown on the records of the County Auditor of said county.**
**Together with an Easement for purposes of pedestrian ingress and egress over a strip of and two and one half (2 ½) feet in width immediately adjacent and adjoining said premises on the east end thereof and extending from Morrill Avenue in a southerly direction approximately forty (40) feet.**

K-060
ALL OF
(010)
001479

**Parcel Number: 010-0001479**
**Property Address: 445-450 Morrill Avenue Columbus, Ohio 43207**

**Situated in the City of Columbus, County of Franklin, and State of Ohio and bounded and described as follows, to wit:**
**Being Sixty Five (65) feet off the west end of the following described premises:**
**Being Lot Number One (1), of Nathaniel Merion's Subdivision, of a part of Half Section No. 41, Township No. 5, Range 22, Refugee Lands, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 1, Page 305, Recorder's Office, Franklin County, Ohio, and being particularly described as follows:**

Beginning at an iron stake at the Southeast Corner of Parsons Avenue and Morrill Avenue; thence east on the south line of said Morrill Avenue One Hundred Forty (140) feet to a twenty foot alley; thence south on a line parallel with said Parsons Avenue Ninety (90) feet to a point; thence west parallel with said Morrill Avenue One Hundred and Forty (140) feet to the east line of Parsons Avenue; thence north on the east line of said Parsons Avenue Ninety (90) feet to the place of beginning, and being known as Lots Nos. 19, 20 and 21 of the Subdivision of said Lot No.1 made by L.B. Tussing as shown on the records of the County Auditor of said county.

Together with an easement for purposes of pedestrian ingress and egress over a strip of land two and one half (2 ½ feet) in width immediately adjacent and adjoining said premises on the east end thereof and extending from Morrill Avenue in the southerly direction approximately forty (40) feet.

Parcel Number: 010-039982

Property Address: 1660-1668 Parsons Avenue Columbus, Ohio 43207

Prior Deed Reference: Instrument Number 2010011030147459, Recorder's Office, Franklin County, Ohio.

IN WITNESS WHEREOF, grantor has caused its corporate name to be subscribed hereto by: ACE PPG Investments 2 LLC by Andrew P. Lallathin, Member hereunto duly authorized by resolution of its board of directors, this 16th day of June 2011.

RE: ACE PPG Investments 2 LLC
BY: Andrew P. Lallathin, Member

Andrew P. Lallathin, Member

Witness

State of Ohio
County of Franklin                        SS.

BE IT REMEMBERED, that on this 16th day of June, 2011, before me, the subscriber, a Notary Public, in and for said state, personally appeared Andrew P. Lallathin, Member Grantor(s) in the forgoing Deed, and acknowledged the signing thereof to be their voluntary act and deed, pursuant to authority of its board of directors.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my seal on this day and year aforesaid.

ERICA EWING
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES MARCH 8, 2012

Notary Public

This instrument was prepared by: David G. Simonette, Attorney at Law
503 South Front Street Suite 210 Columbus, Ohio 43215

Hostetler Title

# EXHIBIT D

Conveyance

Mandatory-

Permissive-

CLARENCE E. MINGO II
FRANKLIN COUNTY AUDITOR

Prepared By/Return To:
SOUTH GERMAN VILLAGE
MEDICAL CENTER, LLC
1763 South High Street
Columbus, OH 43207

TRANSFERRED

SEP 2 6 2012

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

16250

201209260143831
Pgs: 2   $48.00   T20120072043
09/26/2012 11:24AM HRC
Daphne Hawk
Franklin County Recorder

## QUIT CLAIM DEED

THIS INDENTURE WITNESSETH, that **OH SEVEN, LLC**, whose mailing address is 1112 Price Avenue, Columbia, SC 29201, "Grantor", does by these presents, sell, remise, release and forever quit claim unto **SOUTH GERMAN VILLAGE MEDICAL CENTER, LLC**, whose mailing address is, 1763 South High Street, Columbus, OH 43207, "Grantee", the following described real estate in the County of Franklin, in the State of Ohio:

BEING EIGHTY-TWO (82) FEET OFF OF THE EAST END OF THE LOT NUMBER SIXTY-EIGHT (68) OF KRUMM, SERGEANT AND KRUMM'S SUBDIVISION OF RESERVE AND LOTS 64 AND 69 OF ADAM LUCKHAUPT'S SUBDIVISION, TO SAID CITY OF COLUMBUS, OHIO, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN PLAT BOOK 4, PAGES 366 AND 367, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO.

More Commonly Known As: 463 S. 22ND AVENUE, COLUMBUS, OH 43205

Parcel ID: 010-030360-00

PRIOR RECORDING: 12/21/11 – INSTRUMENT NUMBER 201112210166498

Subject to any and all Restrictions, Conditions, Covenants, Rights, Rights of Way and Easements shown now of record, if any.

TO HAVE AND TO HOLD, the said described premises unto the Grantee, heirs and assigns, so that neither the said Grantor, nor any successors or other persons claiming under Grantor, shall at any time hereafter, by any way or means, have claim or demand any right, title or interest in or to the aforesaid described premises or its appurtenances, or any part thereof.

The undersigned person executing this deed on behalf of Grantor represents and certifies that he is duly authorized and fully empowered to execute and deliver this deed as a Managing Member of OH SEVEN, LLC.

DESCRIPTION VERIFIED
DEAN C. RINGLE, P.E., P.S
BY: JVS
DATE: 9/21/12

IN WITNESS WHEREOF, Grantor has executed this Deed this 13th day of July, 2012.

Signed in the presence of:

Printed name: Michael Kohler

Printed name: Aaron Carde

OH SEVEN, LLC

By: _____
ALEX SZKARADEK
Title: Managing Member

STATE OF SC
COUNTY OF Richland

Before me, a Notary Public in and for said County and State, personally appeared ALEX SZKARADEK, as Managing Member of OH SEVEN, LLC, who acknowledged the execution of the foregoing Deed for and on behalf of said Grantor, and who, having been duly sworn, stated that any representations therein contained are true.

WITNESS my hand and notarial seal this 13h day of July, 2012.

_____
Notary Public

My commission expires:

JONATHAN E. BUERKERT
Notary Public, South Carolina
My Commission Expires
May 06, 2018

# EXHIBIT E

2012092601 43827
Pgs: 3    $56.00    T20120072043
09/26/2012 11:20AM HAC
Daphne Hawk
Franklin County Recorder

**TRANSFERRED**

Prepared By/Return To:
SOUTH GERMAN VILLAGE
MEDICAL CENTER, LLC
1763 South High Street
Columbus. OH 43207

SEP 2 6 2012

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

*QUIT CLAIM DEED*

*16252*

| Conveyance |
| Mandatory- 4.50 |
| Permissive- 4.50 |
| CLARENCE E. MINGO II |
| FRANKLIN COUNTY AUDITOR |

THIS INDENTURE WITNESSETH, that **OH SEVEN, LLC**, whose mailing address is 1112 Price Avenue, Columbia, SC 29201, "Grantor", does by these presents, sell, remise, release and forever quit claim unto **SOUTH GERMAN VILLAGE MEDICAL CENTER, LLC**, whose mailing address is, 1763 South High Street, Columbus, OH 43207, "Grantee", the following described real estate in the County of Franklin, in the State of Ohio:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

More Commonly Known As:  669 South 22nd Street, Columbus, OH  43205

Parcel ID:  010-043166-00

Subject to any and all Restrictions, Conditions, Covenants, Rights, Rights of Way and Easements shown now of record, if any.

TO HAVE AND TO HOLD, the said described premises unto the Grantee, heirs and assigns, so that neither the said Grantor, nor any successors or other persons claiming under Grantor, shall at any time hereafter, by any way or means, have claim or demand any right, title or interest in or to the aforesaid described premises or its appurtenances, or any part thereof.

The undersigned person executing this deed on behalf of Grantor represents and certifies that he is duly authorized and fully empowered to execute and deliver this deed as a Managing Member of OH SEVEN, LLC.

IN WITNESS WHEREOF, Grantor has executed this Deed this 5th day of March, 2012.

Signed in the presence of:

Printed name: Tricia Woods

Printed name: Sebastian Per

OH SEVEN, LLC

By: _____
ALEX SZKARADEK
Title: Managing Member

STATE OF SC
COUNTY OF Richland

Before me, a Notary Public in and for said County and State, personally appeared ALEX SZKARADEK, as Managing Member of OH SEVEN, LLC, who acknowledged the execution of the foregoing Deed for and on behalf of said Grantor, and who, having been duly sworn, stated that any representations therein contained are true.

WITNESS my hand and notarial seal this 5th day of March, 2012.

_____
Notary Public

My commission expires:

EXHIBIT "A"

Situated in the County of Franklin, in the State of Ohio and in the City of Columbus:

Being Lot Number One Hundred Seven (107) of John W. Andrew's Amended Plat and Resubdivision, to the City of Columbus, Ohio, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 4, Page 446, Recorder's Office, Franklin County, Ohio.

PPN: 010-043166-00
More commonly known as: 669 S. 22nd Street, Columbus, OH 43205

# EXHIBIT F

2012092601438825
Pgs: 4   $64.00   T20120072043
09/26/2012 11:18AM HAC
Daphne Hawk
Franklin County Recorder

**TRANSFERRED**

Prepared By/Return To:
SOUTH GERMAN VILLAGE
MEDICAL CENTER, LLC
1763 South High Street
Columbus, OH 43207

SEP 2 6 2012

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

*QUIT CLAIM DEED*

*16254*

| Conveyance |
| Mandatory- 4.50 |
| Permissive- 4.50 |
| CLARENCE E. MINGO II<br>FRANKLIN COUNTY AUDITOR |

THIS INDENTURE WITNESSETH, that **OH SEVEN, LLC**, whose mailing address is 1112 Price Avenue, Columbia, SC 29201, "Grantor", does by these presents, sell, remise, release and forever quit claim unto **SOUTH GERMAN VILLAGE MEDICAL CENTER, LLC**, whose mailing address is, 1763 South High Street, Columbus, OH 43207, "Grantee", the following described real estate in the County of Franklin, in the State of Ohio:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

More Commonly Known As: 848 Heyl Avenue, Columbus, OH 43206

Parcel ID: 010-031225-00

Subject to any and all Restrictions, Conditions, Covenants, Rights, Rights of Way and Easements shown now of record, if any.

TO HAVE AND TO HOLD, the said described premises unto the Grantee, heirs and assigns, so that neither the said Grantor, nor any successors or other persons claiming under Grantor, shall at any time hereafter, by any way or means, have claim or demand any right, title or interest in or to the aforesaid described premises or its appurtenances, or any part thereof.

The undersigned person executing this deed on behalf of Grantor represents and certifies that he is duly authorized and fully empowered to execute and deliver this deed as a Managing Member of OH SEVEN, LLC.

IN WITNESS WHEREOF, Grantor has executed this Deed this 5th day of March, 2012.

Signed in the presence of:

OH SEVEN, LLC

Printed name: Tricia Words

Printed name: Sebastian Pail

By: _____
ALEX SZKARADEK
Title: Managing Member

STATE OF SC
COUNTY OF Richland

Before me, a Notary Public in and for said County and State, personally appeared ALEX SZKARADEK, as Managing Member of OH SEVEN, LLC, who acknowledged the execution of the foregoing Deed for and on behalf of said Grantor, and who, having been duly sworn, stated that any representations therein contained are true.

WITNESS my hand and notarial seal this 5th day of March 2012.

_____
Notary Public

My commission expires:

EXHIBIT "A"

Parcel 1:

Situated in the State of Ohio, County of Franklin, and City of Columbus and being further described as follows:

Being Lot Number One Hundred Twenty Six (126) of Richard Sinclair's West Addition, to the City of Columbus, as the same is numbered and delineated upon the recorded plat thereof, of record, in Plat Book Number 4, Page 403, Recorder's Office, Franklin County, Ohio.

F-004
ALL OF
(010)
053335

PPN: 010-053335-00
More commonly known as: 58 Hawkes Avenue, Columbus, OH 43222

Parcel 2:

Situated in the County of Franklin, City of Columbus and State of Ohio:

Being Lot Number Twenty-One (21), in Lewis Southern Heights addition to the City of Columbus, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 16 Page 61, Recorder's Office, Franklin County, Ohio.

N-1485
ALL OF
(010)
114242

Subject to restrictions, reservations and easements of record, including easement of record in Instrument #20031117036696, and further subject to real estate taxes and assessments which are now or may hereafter become liens on said premises.

PPN: 010-114242-00
More commonly known as: 614 Lock Avenue, Columbus, OH 43207

Parcel 3:

Situated in the County of Franklin, in the State of Ohio and in the City of Columbus:

Being Thirty (30) feet off of the South side of Lot Eighty-one (81), of Theo. M. Butler's Amended Subdivision of George Heyle's Outlot Nos. 1, 2, 3, 7, 0 and 11 Addition to the City of

Cust Nme: ET JOHNSON Date/Time: 9/20/2012 4:47:33 PM TransID: @TransID@

Exhibit A

Legal Description

Columbus, as the same is numbered and delineated upon the recorded plat thereof, of record in
Plat Book 4, page 242, Recorder's Office, Franklin County, Ohio.

PPN: 010-031225-00
More commonly known as: 848 Heyl Avenue, Columbus, OH 43206

J-028
ALL OF
(010)
031225

DESCRIPTION VERIFIED
DEAN C. RINGLE, P.E., P.S.
BY:
DATE: 09/26/2012

# EXHIBIT G

TRANSFERRED

AUG - 8 2012

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

12710

| Conveyance |
| Mandatory- 4.50 |
| Permissive- 4.50 |
| CLARENCE E. MINGO II FRANKLIN COUNTY AUDITOR |

2012080901155570
Pgs: 2  $28.00   T2012B058244
08/09/2012 1:47PM  BXHOSTETLER
Daphne Hawk
Franklin County Recorder

GENERAL WARRANTY DEED BY A CORPORATION, NO 32-A   (REPRINTED 10/880)

## GENERAL WARRANTY DEED

### Hostetler Title

**Advanced Innovative Property Solutions LLC, an Ohio Limited Liability Company,** organized and existing under the laws of the State of Ohio, for valuable consideration paid, grants, with general warranty covenants to South German Village Medical Center LLC, an Ohio Limited Liability Company, whose tax mailing address is:

1730 S. High Street
Columbus, Ohio 43207

The following real property: **Situated in the State of Ohio, County of Franklin and City of Columbus, and being described as follows:**

**Being part of Lots Nos. 44 and 45 of Adam Luckhaupt's Subdivision, as the same are numbered and delineated upon the recorded plat thereof, of record in Plat Book No. 3, Page 378, Recorder's Office, Franklin County, and described as follows:**

**Beginning at the South East corner of said Lot No. 45;**

**Thence West along the North line of Fulton Street 38 ½ feet;**

**Thence North parallel with the West line of Champion Avenue 65.82 feet to a point in the North line of said Lot No. 44;**

**Thence East along the North line of said Lot No. 44 38 ½ feet to the West line of Champion Avenue;**

**Thence South along said West line of Champion Avenue 65.82 feet to the place of beginning.**

**The above described premises being 38 ½ feet off of the East side of Lot No. 44 and 45.**

I-44
Allot
(010)
5007

**Parcel Number: 010-005007**
**Property Address: 1084-1086 Fulton Street Columbus, Ohio 43205**

Prior Deed Reference: Instrument Number 2012080901155568,
Recorder's Office, Franklin County, Ohio.

Exceptions to the Warranties; except all easements, conditions and restrictions of record, if any, and taxes and assessments here after due and payable.

DESCRIPTION VERIFIED
DEAN C. RINGLE, P.E., P.S.

BY: _____
DATE: 08 Aug 12

IN WITNESS WHEREOF, grantor has caused its corporate name to be subscribed hereto by: **Advanced Innovative Property Solutions LLC by Eric Pifer, Member** hereunto duly authorized by resolution of its board of directors, this 5th day of July 2012.

**RE: Advanced Innovative Property Solutions LLC**
**BY: Eric Pifer, Member**

Eric Pifer, Member

Witness

State of Ohio
County of Franklin                      SS.

BE IT REMEMBERED, that on this 25th day of July, 2012, before me, the subscriber, a Notary Public, in and for said state, personally appeared **Eric Pifer, Member** Grantor(s) in the forgoing Deed, and acknowledged the signing thereof to be their voluntary act and deed, pursuant to authority of its board of directors.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my seal on this day and year

**ERICA EWING**
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES MARCH 8, 2017

Notary Public

This instrument was prepared by:  David G. Simonette, Attorney at Law
503 South Front Street Suite 210 Columbus, Ohio 43215

# EXHIBIT H

**201209260143828**
Pgs: 3    $56.00    T20120072043
09/26/2012 11:21AM HAC
Daphne Hawk
Franklin County Recorder

## TRANSFERRED

Prepared By/Return To:
SOUTH GERMAN VILLAGE
MEDICAL CENTER, LLC
1763 South High Street
Columbus, OH 43207

**SEP 2 6 2012**

CLARENCE E. MINGO II
AUDITOR
FRANKLIN COUNTY, OHIO

### QUIT CLAIM DEED

*11.251*

Conveyance

Mandatory- *4.50*

Permissive- *4.50*

CLARENCE E. MINGO II
FRANKLIN COUNTY AUDITOR

THIS INDENTURE WITNESSETH, that **OH SEVEN, LLC**, whose mailing address is 1112 Price Avenue, Columbia, SC 29201, "Grantor", does by these presents, sell, remise, release and forever quit claim unto **SOUTH GERMAN VILLAGE MEDICAL CENTER, LLC**, whose mailing address is, 1763 South High Street, Columbus, OH 43207, "Grantee", the following described real estate in the County of Franklin, in the State of Ohio:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

More Commonly Known As: 2185 Middlehurst Drive, Columbus, OH 43219

Parcel ID: 010-166946-00

Subject to any and all Restrictions, Conditions, Covenants, Rights, Rights of Way and Easements shown now of record, if any.

TO HAVE AND TO HOLD, the said described premises unto the Grantee, heirs and assigns, so that neither the said Grantor, nor any successors or other persons claiming under Grantor, shall at any time hereafter, by any way or means, have claim or demand any right, title or interest in or to the aforesaid described premises or its appurtenances, or any part thereof.

The undersigned person executing this deed on behalf of Grantor represents and certifies that he is duly authorized and fully empowered to execute and deliver this deed as a Managing Member of OH SEVEN, LLC.

IN WITNESS WHEREOF, Grantor has executed this Deed this 5th day of March, 2012.

Signed in the presence of:

OH SEVEN, LLC

Printed name: TRICIA WOODS

By: _____
ALEX SZKARADEK
Title: Managing Member

Printed name: Sebastian Fair

STATE OF SC
COUNTY OF Richland

Before me, a Notary Public in and for said County and State, personally appeared ALEX SZKARADEK, as Managing Member of OH SEVEN, LLC, who acknowledged the execution of the foregoing Deed for and on behalf of said Grantor, and who, having been duly sworn, stated that any representations therein contained are true.

WITNESS my hand and notarial seal this 5th day of March, 2012.

_____
Notary Public

My commission expires:

Exhibit A

Legal Description

Situated in the County of Franklin, State of Ohio and City of Columbus:

Being Thirty-one (31) of Block "N" of Amvet Homestead Subdivision Number 2, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 21, Page 51, Recorder's Office, Franklin County, Ohio.

N-148-L
ALL OF
(010)
166946

PPN: 010-166946-00
More commonly known as: 2185 Middlehurst Drive, Columbus, OH 43219