UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

**WITNESS AND EXHIBIT LIST OF CHAPTER 7 TRUSTEE FOR HEARING ON DEBTOR'S OBJECTION TO STIPULATION FOR RELIEF FROM STAY (DOCS. 255, 256 AND 258)**

Myron N. Terlecky, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jose R. Villavicencio (the "Debtor"), in accordance with this Court's *Order Setting Hearing on Debtor's Objection to Stipulation for Relief From Stay* (Doc. 255), entered on May 26, 2026 (Doc. 265) (the "Hearing Order"), files his witness and exhibit list for the hearing on (1) the *Debtor's Objection to Stipulation for Relief From Stay* (Doc. 255), (2) the *Combined Motion To Strike And Response Of Chapter 7 Trustee To Debtor Jose Villavicencio's Objection To Stipulation For Relief From Stay* (Doc. 256) and (3) the *Receiver New Perspective Asset Management, LLC's  Response to Debtor's Objection to Stipulation for Relief From Stay* (Doc. 258).

**Witness List**

The following are witnesses that may be called by the movements at the hearing scheduled on June 17, 2026 with respect to the matters set forth above:

| Witness Name | Synopsis of Testimony |
|---|---|
| A.   **Myron N. Terlecky**<br>**575 South Third St.**<br>**Columbus, Ohio 43215** | All matters relating to the pleadings set forth above. |
| B.   **Representative of New Perspective Asset Management, LLC** | All matters relating to the pleadings set forth above |

**c/o James A. Coutinho, Stat. Agent**
**10 W. Broad St., #2400**
**Columbus, OH  43215**

C.   **Jose R. Villavicencio**                    All matters relating to the pleadings
                                                  set forth above.

The Trustee reserves the right to (1) cross examine any witnesses called by any other party; (2) call any witnesses identified in any other party's witness list; (3) call additional witnesses that may be necessary for impeachment or rebuttal purposes at the hearing; and (4) call any foundation witnesses required to authenticate or load the foundation for any documentary evidence.

## Exhibit List

The following exhibits may be offered into evidence by the Trustee at the hearing and any future evidentiary hearing with respect to the above-referenced contested matters.

| Designation | Description | Identified | Admitted |
|---|---|---|---|
| Trustee Exhibit 1 | Stipulation for Relief from Stay filed in the Franklin County Municipal Court, Environmental Division | | |
| Trustee Exhibit 2 | Order entered in the Franklin County Municipal Court, Environmental Division, on May 20, 2026 | | |
| Trustee Exhibit 3 | Summary of sale proceeds in the Franklin County Municipal Court, Environmental Division | | |
| | Rebuttal and demonstrative exhibits as necessary | | |

Trustee reserves the right to request that the court takes judicial notice of any exhibits as necessary.

2

Respectfully submitted,

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Loni R. Fultz (0102196)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
        jwk@columbuslawyer.net
        lrf@columbuslawyer.net
Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing WITNESS AND EXHIBIT LIST OF CHAPTER 7 TRUSTEE FOR HEARING ON DEBTOR'S OBJECTION TO STIPULATION FOR RELIEF FROM STAY (DOCS.  255, 256 AND 258) was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) b y **first class U.S. Mail** on June 10, 2026 addressed to all creditors and parties in interest on the attached mailing matrix and those parties listed below: :

Jose R. Villavicencio
PO Box 32185
Columbus, OH  43232

Also Served At:

Jose R. Villavicencio
3339 Daglow Rd.
Columbus, OH  43232

        And

Jose Villavicencio
1664 Parsons Ave.
Columbus, OH 43207

        And

3

Jose Villavicencio
669 South 22nd Street
Columbus, OH 43205


/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)