**Jose R. Villavicencio**   1086 East Fulton Street, Columbus, OH 43205

RECD OH S BANKRUPTCY
JUN 30 2026 PM3:29

June 30, 2026

Clerk of the Court United States Bankruptcy Court Southern District of Ohio, Eastern

Division 170 North High Street Columbus, OH 43215

**RE: EMERGENCY FILING AND REQUEST FOR IMMEDIATE JUDICIAL**

**REVIEW Case:** *In re: Jose R. Villavicencio*, **Case No. 19-52861 (Judge Hoffman)**

Dear Clerk of Court,

Please accept for immediate filing the following emergency documents in the

above-referenced bankruptcy case:

1.  **Corrected Emergency Motion to Vacate Order Approving Compromise of Claims Under Rule 60(b);**

2.  **Emergency Motion for Stay Pending Resolution of Motion to Vacate and for Temporary Restraining Order;** and

3.  **Proposed Order Granting Emergency Motion for Stay.**

This is an emergency filing of the utmost urgency. As detailed in the enclosed motions, the

Debtor is currently being subjected to an illegal self-help eviction at his home of 30 years,

located at 3339 Daglow Road, Columbus, Ohio. Purported purchasers, acting under a void

court order of which the Debtor never received notice, are **actively removing the Debtor's**

**personal property, including vehicles and business equipment, at this very moment.**

This illegal removal of property is occurring in direct defiance of orders from the Columbus

Police Department, as documented in the police report(s) referenced in the motions.

Furthermore, a review of the Franklin County Auditor's official records, a copy of which is

attached to the Debtor's motion, confirms that the sale of the property has not been recorded

or finalized. The property remains titled in the name of Joseph Miccio.

Immediate judicial intervention is required to prevent further irreparable harm and the

permanent loss of the Debtor's property. I respectfully request that you bring these filings to

the immediate attention of the Honorable Judge John E. Hoffman, Jr. for same-day review

and entry of the enclosed Proposed Order granting a Temporary Restraining Order.

Thank you for your immediate attention to this critical matter.

Respectfully submitted,

Jose R. Villavicencio, *Pro Se*





