**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman Jr.*
_____

**John E. Hoffman, Jr.**
**United States Bankruptcy Judge**

**Dated: June 30, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

**ORDER ON DEBTOR'S OBJECTION TO STIPULATION FOR RELIEF FROM STAY (DOC.  255) AND COMBINED MOTION TO STRIKE AND RESPONSE OF CHAPTER 7 TRUSTEE TO DEBTOR JOSE VILLAVICENCIO'S OBJECTION TO STIPULATION FOR RELIEF FROM STAY (DOCS. 255 & 256)**

This matter came before the Court upon the *Debtor's Objection to Stipulation for Relief from Stay* filed on April 7, 2026 (Doc. 255) (the "Debtor's Objection"), the *Combined Motion to Strike and Response of Chapter 7 Trustee to Debtor Jose Villavicencio's Objection to Stipulation for Relief from Stay (Doc. 255)* filed on April 24, 2026 (Doc. 256) ("Motion to Strike"), and the *Receiver New Perspective Asset Management, LLC Response to Debtor's Objection to Stipulation for Relief from Stay* filed on April 28, 2026 (Doc. 258) (the "Receiver's Response"). This Court entered its *Order Setting Hearing on Debtor's Objection to Stipulation for Relief from Stay* on May 26, 2026 (Doc. 265) (the "Hearing Order").  Pursuant to the Hearing Order, a hearing was

1

held on June 17, 2026 (the "Hearing"), with respect to the Debtor's Objection, the Motion to Strike, and the Receiver's Response.

The Debtor failed to appear at the Hearing.  The Chapter 7 Trustee testified at the Hearing and exhibits were admitted into evidence. The Court deemed the Debtor's Objection to be a motion.  The Court considered the arguments in the Debtor's Objection and determined that they were all without merit.

For the reasons set forth at the hearing, the Debtor's Objection is DENIED.

IT IS SO ORDERED.


Submitted by:


 /s/   Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Loni R. Fultz (0102196)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslaywer.net
         jwk@columbuslawyer.net
         lrf@columbuslawyer.net
Attorneys for Chapter 7 Trustee

Default List