**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman Jr.*

**John E. Hoffman, Jr.**
United States Bankruptcy Judge

**Dated: July 1, 2026**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re*: | : | Case No. 19-52861 |
| | : | |
| Jose R. Villavicencio, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Judge Hoffman |

### ORDER GRANTING ATTORNEY MARK J. BAMBERGER'S MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR (DOC. 246)

This matter is before the Court on the motion of attorney Mark J. Bamberger to withdraw as counsel to the Debtor (the "Motion") (Doc. 246). Good cause having been shown, the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Copies to:

Default List