FILED OH S BANKRUPTCY
SEP 30 2026 PM1:28 SK

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

In re: Case No. 19-52861, 26-02027, 19-52861

**JOSE R. VILLAVICENCIO,**) Chapter 7

) **Judge John E. Hoffman, Jr.**

Debtor. )

**DEBTOR'S MOTION TO WITHDRAW FILINGS IN BANKRUPTCY CASE AND ADVERSARY PROCEEDING**

Jose R. Villavicencio (the "Debtor"), proceeding *pro se*, respectfully moves this Honorable Court for the entry of an order deeming certain filings withdrawn and dismissed without prejudice. In support of this Motion, the Debtor states as follows:

1. On September 16, 2026, the Debtor was found in contempt of court by the Franklin County Municipal Court, Environmental Division (the "State Court"), in Case No. 2016 EVH 60013, and was sentenced to serve ten (10) days in the Franklin County Corrections Center.
2. The State Court's sentence included a purge condition requiring the Debtor to withdraw certain specific filings made by the Debtor in the United States Bankruptcy Court for the Southern District of Ohio.
3. **THIS MOTION IS FILED UNDER DURESS.** The Debtor is currently incarcerated and is filing this motion for the sole and exclusive purpose of satisfying the purge condition imposed by the State Court and securing his release from custody. This motion is filed under protest. The Debtor explicitly reserves all rights to refile any or all of the withdrawn motions upon his release from custody, should he so choose. The Debtor does not waive any substantive claims, defenses, or rights by this coerced withdrawal.

4. Pursuant to the State Court's order, the Debtor respectfully requests that this Court enter an order deeming the following filings as withdrawn and dismissed **WITHOUT PREJUDICE**:

    a. **In Adversary Proceeding No. 26-02027** (*Terlecky v. New Perspective Asset Management, LLC*):

        i. Doc. 14 – Second Motion to Dismiss

        ii. Doc. 18 – Motion for Leave to File Late Appeal

        iii. Doc. 21 – Emergency Motion to Vacate Agreed Judgment Entry

        iv. Doc. 22 – Motion to Intervene

    b. **In Bankruptcy Case No. 19-52861**:

        i. Doc. 262 – Motion for Preliminary Injunction

        ii. Doc. 289 – Motion to Disqualify and Remove the Chapter 7 Trustee for Cause Pursuant to 11 U.S.C. § 324

5. The Debtor further requests that the attempted Adversary Complaint filed by the Debtor in May 2026 against the state-court receiver, New Perspective Asset Management, LLC (which was never properly docketed by the Clerk), be deemed dismissed and withdrawn without prejudice.

6. This withdrawal is compelled by the State Court's purge condition and is not voluntary. The Debtor's counsel in the State Court proceeding, Christopher L. Signil, Esq., and the Receiver's counsel, James A. Coutinho, Esq., have been notified of this filing.

7. The Debtor respectfully requests that the Court enter an order withdrawing these filings without prejudice and deeming them dismissed, so that the Debtor may provide proof of compliance to the State Court and be released from custody.

WHEREFORE, the Debtor, Jose R. Villavicencio, respectfully requests that this Court enter an order granting the relief requested herein and deeming the above-listed filings withdrawn and dismissed without prejudice.

Dated: September 16, 2026

Respectfully submitted,

/s/ Jose R. Villavicencio **Jose R. Villavicencio, *Pro Se*** Debtor 1086 E. Fulton Street

Columbus, OH 43205

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, a true and correct copy of the foregoing Motion to Withdraw was served via first class U.S. Mail, postage prepaid, and/or via email upon the following parties:

Myron N. Terlecky, Chapter 7 Trustee Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA 575 South Third Street Columbus, OH 43215

James A. Coutinho, Esq. Allen Stovall Neuman & Ashton LLP 10 West Broad Street, Suite 2400 Columbus, OH 43215

Christopher L. Signil, Esq. signil@signillaw.com

Office of the United States Trustee 200 N. High St., Suite 309 Columbus, OH 43215

/s/ Jose R. Villavicencio **Jose R. Villavicencio, *Pro Se***

**NOTICE OF RIGHT TO OBJECT**

**NOTICE OF RIGHT TO OBJECT AND HEARING**

TO: Myron N. Terlecky, Chapter 7 Trustee; James A. Coutinho, Esq.; Christopher L. Signil, Esq.; the United States Trustee; and all parties in interest:

PLEASE TAKE NOTICE that Jose R. Villavicencio, Debtor herein, has filed the foregoing Debtor's Motion to Withdraw Filings in Bankruptcy Case and Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and 9013, and Local Bankruptcy Rule 9013-1, you are hereby notified that:

1. YOU HAVE THE RIGHT TO OBJECT to the foregoing Motion.
2. ANY OBJECTION MUST BE FILED WITH THE COURT and served on Jose R. Villavicencio at 1086 E. Fulton Street, Columbus, OH 43205.
3. ANY OBJECTION MUST BE FILED NO LATER THAN 21 DAYS from the date this notice was served.
4. IF NO TIMELY OBJECTION IS FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.
5. IF A TIMELY OBJECTION IS FILED, THE COURT WILL SET A HEARING DATE AND NOTICE WILL BE PROVIDED.

Dated: September 16, 2026

/s/ Jose R. Villavicencio **Jose R. Villavicencio, *Pro Se***